# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE DOE, | |
| Plaintiff, | Civil Action No.: 19-20674(FLW) |
| v. | |
| | **ORDER** |
| THE COLLEGE OF NEW JERSEY, | |
| Defendant. | |

**THIS MATTER** having been opened to the Court by Sergey J. Litvak, Esq., counsel for Plaintiff Jane Doe ("Doe" or "Plaintiff"), on an appeal of the Magistrate Judge's Order, dated January 22, 2020, denying Plaintiff's motion to proceed under a pseudonym; it appearing that Defendant The College of New Jersey ("Defendant"), through its counsel, Raajen V. Bhaskar, Esq.. opposes the appeal; it appearing that the Court having reviewed the parties' submissions in connection with the appeal, for the reasons set forth in the Opinion filed on this date, and for good cause shown,

**IT IS** on this 2nd day of July, 2020,

**ORDERED** that Plaintiff's appeal of the Magistrate Judge's Order dated January 22, 2020 is **DENIED**; and it is further

**ORDERED** that the Magistrate Judge's denial of Plaintiff's request to proceed under a pseudonym is **AFFIRMED**; and it is further

**ORDERED** that Plaintiff is directed to amend the caption in this matter to reflect her identity by no later than July 9, 2020.

2

<u>/s/ Freda L. Wolfson</u>
Hon. Freda L. Wolfson
U.S. Chief District Judge
