Case 3:19-cv-20674-FLW-ZNQ   Document 80   Filed 05/20/21   Page 1 of 1 PageID: 458



# Litvak Legal Group, PLLC., Attorneys at Law

Neshaminy Plaza ~ 3070 Bristol Pike, Bldg One, Suite 204, Bensalem, PA 19020

215.515.7113, 267.443.7755 ~ jlitvak@litvaklegalgroup.com Fax 267-543-5706

May 20, 2021

**VIA ECF ONLY**

Clerk of the U.S. District Court for the District of N.J.
UNITED STATES DISTRICT COURT
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: JANE DOE V. THE COLLEGE OF NEW JERSEY**
**Civil Action No. 19-cv-20674**

Dear Clerk of the Honorable Court:

     This firm represents Plaintiff, Jane Doe, in the above-referenced matter. Pursuant to the order of the Chief Judge Frieda Wolfson (ECF No. 79), Plaintiff in the above captioned matter was ordered to change the caption of the case to reflect her true identity.
     Therefore, Plaintiff in the above matter requests this Honorable Court to change the Caption of the case to **Nonna Y. Sorokina** v. The College of New Jersey to reflect her true identity. Please find a copy of the amended case caption attached.

     Thank you for your attention to this matter.

Respectfully submitted,

  /s/ S.J. Litvak
Sergey Joseph Litvak, Esq.
Attorney for Plaintiff.
Litvak Legal Group, PLLC.