

## *State of New Jersey*

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO Box 112
TRENTON, NJ 08625-0112

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

June 21, 2021

**VIA ECF**

Hon. Zahid N. Quraishi, U.S.D.J.
U.S. District Court - District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> **Re**:  <u>Sorokina v. The College of New Jersey</u>
> Docket No. 19-cv-20674

Dear Judge Quraishi:

This office represents defendant, The College of New Jersey ("TCNJ"), in the above-docketed matter. Kindly accept this letter in response to Plaintiff's written discovery dispute letter.

A status call was held on 2/9/21. My notes indicate that Your Honor instructed defendant to produce the personnel files of Dr. Choi and Dr. Kim, and supplement our discovery responses to include information regarding disciplinary proceedings or investigations for misconduct, limited to tenure track faculty members in the Finance Department of the School of Business (the same position and department as plaintiff) during the years of plaintiff's employment. We submit defendant TCNJ has complied with your instructions.

> **Defendant's discovery responses and subsequent exchanges with plaintiff's counsel**

Attached as Exhibit A are defendant TCNJ's initial response to plaintiff's request for production of documents and Exhibit B, defendant TCNJ's initial answers to interrogatories. Attached as Exhibit C are TCNJ's supplemental discovery letter dated 4/14/21 served in accordance with Your Honor's instructions. We amended



answers to interrogatories nos. 11, 12, 13, and 14 regarding discipline and investigations.  We also supplemented TCNJ's response to plaintiff's request for documents no. 2, 3 & 9 to include the personnel files of Dr. Kim and Choi, and investigative records regarding Dr. Mayo.  All responses were limited to persons similarly situated to plaintiff: Department of Finance tenure track faculty during the period of plaintiff's employment. We amended the responses as follows.

Interrogatory no. 11 seeks information regarding investigations as to performance or conduct of any individual. Defendant's response, limited to the Department of Finance tenure track faculty members during the time of plaintiff's employment, identified a complaint against Dr. Mayo and the documents of that investigation were provided.

Interrogatory no. 12 seeks information regarding disciplinary actions, terminations, etc. and defendant responded that it had no such information with respect to the Department of Finance tenure track faculty members during the time of plaintiff's employment.

Interrogatory no. 13 seeks information against individuals who suffered adverse employment actions arising from allegations of misconduct. The defendant's response, limited to the Finance Department tenure track faculty during the time of plaintiff's employment was none.

Interrogatory no. 14 seeks information related to employee acts of insubordination. Defendant's response, limited to tenure track Department of Finance faculty members during the time of plaintiff's employment, was none.

We also amended our response to plaintiff's request for documents. In response to Request for Production no. 2 and no. 3 we provided the personnel files of Dr. Kim and Dr. Choi. In response to request for Production no. 9, we provided records of the Dr. Mayo investigation.

Plaintiff's counsel responded to our 4/14/21 letter supplementing TCNJ's discovery responses by email dated 5/12/21 (Exhibit D) stating that he was going to "raise 3 issues with the court regarding the discovery". Issue no. 1 pertained to plaintiff's request for Production no. 2 and the documents related to performance for Dr. Choi and Dr. Kim; issue 2 was his request for personnel files of other TCNJ faculty; issue 3 his request for personnel files of Dr. Keep, Dr. Patrick and Dr. Mayo.

I responded to these 3 issues via email on 5/21/21 (Exhibit E, last section). I advised plaintiff's counsel that the issue no. 1, performance documents as to Dr. Kim and Dr. Choi, would be provided, and these were forwarded to plaintiff's counsel via email on 5/31/21 (Exhibit F). With respect to issues 2 and 3 I advised plaintiff's counsel that these were not requested in plaintiff's request for production, and asked plaintiff to provide us with a supplemental request. Plaintiff never served us with a supplemental request.

On 5/27/21 I received another email from plaintiff's counsel identifying 6 new "issues" (Exhibit G) with respect to defendant's document production. The issues raised, as stated by plaintiff's counsel, were:

1. No 1. document request, the response is incomplete. As we learned from the documents produced so far, along with the testimony of Tammy Dietrich at the deposition, the Dean's Office maintained the second personnel file in the School of Business. I believe that TCNJ did not produce any of the documents from that file at all.
2. Request No. 3, TCNJ has not produced any documents.
3. Request No. 4 TCNJ has not produced any documents. This is my request that we discussed two weeks ago on the phone. I do not need their complete files, however, I will need their hiring, reappointment, and promotion papers.
4. Request No. 9 TCNJ has not produced any documents. These are the documents I was referring to in our conversation two weeks ago and also in the email. I am not seeking their complete personnel files, just the part related to the reports of discrimination, etc.
5. Request No. 14 TCNJ has not produced any documents. I hope you recall from the recent deposition that there were at least several discipline issues with other faculty.
6. Request No. 22 TCNJ has not produced and documents.

By email dated 5/31/21 (Exhibit F) I responded and explained when and where defendant provided the documents. My response was:

1. In response to your document request no. 1  the Dean's Office records were produced and marked  TCNJ 476-600;
2. In response to your document request no. 3 I have attached the reappointment and promotion documents for Dr. Choi and Dr. Kim. These documents were served with our April 14, 2021 supplemental response;
3. Your document request no. 4 pertains to student teaching evaluations and not to hiring, reappointment or promotion documents as stated by you and therefore no response is provided;

4. Documents in response to your document request no. 9 were served with our April 14, 2021 supplemental response: Mayo Final Letter, Mayo Report and Dr. Pogue Statement;

5.     Documents in response to your document request no. 14 were served with our April 14, 2021 supplemental response. I disagree with your recollection of Ms. Dietrich's deposition testimony;

6.     In response to your document request no. 22 we objected to the request on the grounds that the question is ambiguous and calls for a legal conclusion. It is our position that no "adverse employment actions" against Finance Dept. faculty members have been undertaken during the years in question and therefore no documents provided.

Defendant TCNJ submits that the above demonstrates our efforts to provide plaintiff with the required discovery.

**Defendant's response to plaintiff's 6/1/21 discovery dispute letter items A through H**

Our response to items A through H as raised in plaintiff's dispute letter are as follows:

A. Production Request No. 2:

**Response**: Defendant provided the personnel files of Dr. Choi and Dr. Kim with its 4/14/21 letter (Exhibit C) and with its 5/31/21 email (Exhibit F). Defendant has no other documents in its possession.

B. Production Request No. 3:

**Response:** Defendant TCNJ attached the reappointment and promotion documents for Dr. Kim with its 5/31/21 email to plaintiff (Ex. F). Dr. Kim was the only Finance department tenure track professor, other than plaintiff, hired after 2013.

C. Production request No. 4:

**Response:** Plaintiff's counsel never requested the student evaluations prior to the submission of his 6/1/21 discovery dispute letter. Neither was it 1 of 3 issues raised in his 5/12/21 email (Exhibit D) nor in his 5/27/21 email (Exhibit G). Although he did reference production request no 4 in his 5/27/21 email, he specifically asked for promotion and reappointment documents. We responded that promotion and reappointment records were not included within 4 and made no response. Plaintiff's counsel never followed up with clarification. In any event we will make available all student evaluations limited to the Department of Finance tenure track

faculty during the period of plaintiff's employment.

D. Production request No. 9:

**Response:** In Request no. 9 plaintiff seeks documents relating to complaints of discrimination or unfair treatment. Defendant has no such documents limited to the Department of Finance during the period of plaintiff's employment.

E. Production Request No. 14:

**Response**: This request seeks disciplinary records. Defendant has no disciplinary records of Department of Finance tenure track faculty during the period of plaintiff's employment.

F. Production request No. 15:

**Response:** This is the first time plaintiff is requesting travel related documents. We have provided a comprehensive spread sheet of the travel request records (EX H) and object to plaintiff raising this issue at this late stage. We also submit the approximately 20 pages of summaries provided to plaintiff (Exhibit H) is detailed and comprehensive. Subject to our objections, TCNJ has binders estimated to contain several thousand pages of travel documents and we will make the documents available for inspection by plaintiff at TCNJ upon reasonable notice.

G. Production request No. 22:

**Response:** This document request relates to adverse employment actions and corresponds with plaintiff's interrogatory no. 13. Defendant responded (Ex. C) there were no adverse employment actions and therefore no documents responsive to the production request.

H. Production request No. 1:

**Response:** Defendant responded in its 5/31/21 email (Ex. F) that the Dean's Office records were produced and marked TCNJ 476-600 in response to Plaintiff's Request for Production no. 1 (Ex A).

Based upon the foregoing, we submit that defendant has conferred with plaintiff's counsel and provided the requisite discovery to plaintiff as instructed by the Court.

Respectfully submitted,

GURBIR S. GREWAL
Attorney General of New Jersey

By: */s/ John P. Cascio*
John P. Cascio
Deputy Attorney General

RVB
Encl.

cc:   S. Joseph Litvak, Esq. (via email)

# EXHIBIT A

GURBIR S. GREWAL
Attorney General of New Jersey
R.J. Hughes Justice Complex – P.O. Box 112
Trenton, NJ 08625
*Attorney for TCNJ*

By:    John P. Cascio (009881985)
       Raajen V. Bhaskar (035242012)
       Deputy Attorneys General
       (609) 376-2440
       John.Cascio@law.njoag.gov
       Raajen.Bhaskar@law.njoag.gov

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DOE, | ) | CIVIL ACTION – LAW |
| | ) | |
| *Plaintiff,* | ) | CASE NO. 3:19-cv-20674 |
| | ) | |
| v. | ) | **TCNJ's Responses to** |
| | ) | **Plaintiff's First Set of** |
| THE COLLEGE OF NEW | ) | **Requests for Production** |
| JERSEY, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**TO:    Sergey Joseph Litvak, Esq.**
**Litvak Legal Group, PPLC**
**3070 Bristol Pike – Ste. 204**
**Bensalem, PA 19020**
*Attorney for Plaintiff*

COUNSEL:

PLEASE TAKE NOTICE that the undersigned attorney for defendant, The College of New Jersey ("TCNJ" or "Responding Defendant"), hereby provides the following responses to the first set of requests for production propounded upon it by plaintiff, "Jane Doe."

GURBIR S. GREWAL
Attorney General of New Jersey


By:  */s/ Raajen V. Bhaskar*
      Raajen V. Bhaskar (035242012)
      Deputy Attorney General

Dated:  December 8, 2020

## GENERAL OBJECTIONS

1.     Responding Defendant objects to each request that is unduly burdensome in that it requires Defendant to provide information which is beyond the scope of the personal knowledge of the individual(s) answering these requests and within the scope of personal knowledge of person(s) unknown to the individual(s) responding to these requests or person(s) over whom this Defendant has no control. This objection shall be referred to hereafter as the "absence of control" objection.

2.     Responding Defendant objects to each request that would impose an excessive or undue burden or that is made with the intent to harass. This objection shall be referred to hereafter as the "undue burden" objection.

3.     Responding Defendant objects to each request that is vague, ambiguous, over broad, includes compound or multiple questions or otherwise lacks sufficient definition to permit the individual responding to these requests to formulate a meaningful response. This objection shall be referred to hereafter as the "ambiguous" objection.

4.     Responding Defendant objects to each request that seeks information prepared or developed in anticipation of litigation or subsequent to the filing of this lawsuit by or through the direction of legal counsel on the grounds that such material is protected from disclosure as attorney-work-product. This objection shall be referred to hereafter as the "work-product" objection.

5.     Responding Defendant objects to each request that seeks information which is irrelevant to the issues in this matter and is not reasonably calculated to lead to the discovery of relevant admissible evidence. This objection shall be referred to hereafter as the "relevance" objection.

6.     Responding Defendant objects to each request that seeks information that is protected from disclosure by the attorney-client communication privilege. This objection shall be referred to hereafter as the "privilege" objection.

7.     Responding Defendant objects to each request that seeks disclosure of information which is confidential or which contains proprietary information. This objection shall be referred to hereafter as the "confidentiality" objection.

8.     Responding Defendant objects to each request that is repetitive in nature, excessive and harassing. This objection shall be referred to hereafter as the "repetitive" objection.

9.     Responding Defendant objects to each request that lacks sufficient foundation to understand, uses terms that have not been defined, assumes facts not of record, uses terminology known only to petitioner or is otherwise unintelligible in form. This objection shall be referred to hereafter as the "form" objection.

10.    Responding Defendant objects to each request that requires it to "identify any and/or all witnesses" and identify any and/or all "documents" or similar requirements. This objection shall be referred to hereafter as the "overbroad" objection.

11.    Responding Defendant objects to each request that seeks documents related to matters outside the time period relevant to Plaintiff's claims or the statute of limitations regarding such claims. This objection shall be referred to hereafter as the "time frame" objection.

12.    Responding Defendant objects to each request that requires it to make a legal conclusion which it is not qualified to make. This objection shall be referred to hereafter as the "legal conclusion" objection.

13.    Responding Defendant objects to each request that seeks documents that are protected from disclosure by the executive privilege. This objection shall be referred to hereafter as the **"executive"** objection.

14.    Responding Defendant objects to each request that requires it to produce public documents without plaintiff first exhausting administrative remedies to obtain same. This objection shall be referred to hereafter as the "public document" objection.

15.    Responding Defendant objects to each request that seeks advisory, consultative, or deliberative communications that are part of the decision making process of a governmental agency. This objection shall be referred to hereafter as the "deliberative process" objection.

16.    Responding Defendant objects to each request to produce personnel records that are confidential under the provisions of N.J.A.C. 10A:31-4.4, N.J.A.C. 4A:1-2.2(a), Executive Orders 9 (Governor Hughes), 11 (Governor Byrne), and 26 (Governor McGreevey) regarding the disclosure of personnel records by government agencies (Orders available online at http://www.njarchives.org/links/regulations.html). This objection shall be referred to hereafter as the "confidential personnel records" objection.

17.    Responding Defendant objects to each request that seeks production of documents from a State Equal Employment Opportunity Office ("EEO office" or "EEO/AA office") insofar as EEO complaints and files are confidential pursuant to N.J.A.C. 4A:7-3.1, which requires protection of the "privacy interests of those involved" in an EEO investigation, including without restriction any witness, and requires that "confidentiality . . . be maintained throughout the investigatory process," and Defendant cannot produce any such documents without a Consent Protective Order in place and/or cannot produce any such documents without a court order compelling production. This objection shall be referred to hereafter as the "confidential EEO records" objection.

18.    Responding Defendant objects to each request that seeks disclosure of documents regarding the medical condition, psychological condition, or disability of any individual other than plaintiff; or, client/patient services that are confidential pursuant to state and/or federal law. Pertinent laws and regulations include, but are not limited to, N.J.S.A. 2A:84A-22.2 (physician-patient privilege); N.J.S.A. 45:14B-28 (psychologist-patient privilege); N.J.S.A. 2A:84A-22.13 (victim-counselor privilege); N.J.S.A. 26:5C-7 (confidentiality of AIDS/HIV infection records); N.J.S.A. 30:4-24.3 (confidentiality of person receiving services in non-correctional institutions of the State); N.J.S.A. 30:4-3.19 (confidentiality of person reporting patient abuse at State institution); the Health Insurance Portability and Accountability Act of 1996 (HIPAA) 45 C.F.R. 160 and 164 (confidentiality of medical records generally); 42 C.F.R. 2.13 (confidentiality of alcohol and drug abuse patient records); 34 C.F.R. 361.38 (confidentiality of vocational rehabilitation information); Americans with Disabilities Act 42 U.S.C. § 12112(d)(3)(B) (confidentiality of medical information related to disability and employment). This objection shall be referred to hereafter as the "confidential medical records" objection.

19.    Responding Defendant objects to each request that seeks documents that is shielded from disclosure by the official information or governmental privilege, including, but not limited to, records of confidential investigations by the government of the State through its authorized agents. This objection shall be known as the "official information" objection.

20.    Responding Defendant objects to each request that seeks Electronically Stored Information ("ESI") that is not reasonably accessible because of undue burden or cost. This objection shall be known as the "ESI" objection.

**21.** Responding Defendant objects to each request that exceeds the requirement of Fed.R.Civ.P. 34(a) to produce items for the propounding party "to inspect, copy, test, or sample."

**22.** Responding Defendant objects to each request that fails to "describe with reasonable particularity each item or category of items to be inspected" as required by Fed.R.Civ.P. 34(b).

## TCNJ's Responses to Plaintiff's First Set of Requests for Production

1.      All documents contained in Plaintiff's personnel files) in the possession of Defendant, TCNJ, including, but not limited to, all performance evaluations, grievances, human resources investigations, and charges or complaints of discrimination filed by Plaintiff.

**RESPONSE:       Responding Defendant refers Plaintiff to the documents produced in response to her first notice to produce (TCNJ 476-600). Responding Defendant reserves the right to supplement or amend this response as discovery continues.**

2.      All documents contained in Dr. Choi's and Dr. Kim's personnel file(s), including, but not limited to, evaluations, grievances, human resources investigations, and charges of discrimination. This request does not include or seek the production of social security numbers, bask account information, drivers' license numbers, insurance information or information related to the employee's family members, if any, contained in the requested personnel file(s).

**RESPONSE:       Responding Defendant objects to this request on the following bases: (1) Confidentiality, (2) Confidential Personnel Records, (3) Overbroad, (4) Ambiguous and (5) Time Frame. The materials sought in this request constitute confidential personnel records that are not subject to disclosure pursuant to N.J.S.A. 47:1A-10, Executive Order 9 (Hughes) and Executive Order 11 (Byrne). See general objections, above.**

1em

3.     All documents related to hiring, promotion and reappointment and tenue [sic] review documents of all School of Business' tenue-track [sic] faculty hired on or after 2013.

**RESPONSE:     Responding Defendant objects to this request on the following bases: (1) Overbroad, (2) Confidential Personnel Records, (3) Confidentiality, (4) Ambiguous and (5) Relevance. The materials sought in this request constitute confidential personnel records that are not subject to disclosure pursuant to N.J.S.A. 47:1A-10, Executive Order 9 (Hughes) and Executive Order 11 (Byrne). See general objections, above.**

4.     All students' evaluations of teaching for all TCNJ School of Business' tenue-track [sic] faculty. This request for production is limited to the period of time beginning one year prior to Plaintiff's employment through the present.

**RESPONSE:     Responding Defendant objects to this request on the following bases: (1) Overbroad, (2) Confidentiality, (3) Confidential Personnel Records and (4) Relevance. See general objections, above. Subject-to and without waiving the foregoing objections, Responding Defendant refers Plaintiff to the documents produced in response to her first notice to produce (TCNJ 658-72). Responding Defendant reserves the right to supplement or amend this response as discovery continues.**

5.     All documents which constitute, reflect or relate to any comparison made between Plaintiff and any individual employed by Defendant TCNJ in the period of time beginning 5 years prior to Plaintiff's employment through the present who held the same or similar position, title, job duties or job description as Plaintiff.

**RESPONSE:     Responding Defendant objects to this request on the following bases: (1) Overbroad, (2) Ambiguous, (3) Relevance and (4) Form. See general objections, above. Subject-to and without waiving the foregoing objections, Responding Defendant refers Plaintiff to**

**the documents produced in response to Plaintiff's first request for production (TCNJ 314, 319-21, 388-90, 392, 401). Responding Defendant reserves the right to supplement or amend this response as discovery continues.**

6.    All documents that were identified or reviewed or relied upon by Defendant in responding to Plaintiff's, First Set of Interrogatories to Defendant, TCNJ.

**RESPONSE:    Responding Defendant objects to this request on the following bases: (1) Form and (2) Ambiguous. See general objections, above. Subject-to and without waiving the foregoing objections, Responding Defendant refers Plaintiff to the documents produced along with Responding Defendant's Initial Disclosures (TCNJ 1-269) and in response to her first request for production (TCNJ 270-715). Responding Defendant reserves the right to supplement or amend this response as discovery continues.**

7.    All documents related to or reflecting the facts and circumstances of any discipline of Plaintiff or concerning any alleged misconduct engaged in by Plaintiff during Plaintiff's employment by TCNJ.

**RESPONSE:    Responding Defendant objects to this request on the following bases: (1) Form and (2) Ambiguous. See general objections, above. Subject-to and without waiving the foregoing objections, Responding Defendant is not in possession of any documents responsive to this request. By way of further response, Responding Defendant directs Plaintiff to the documents produced in response to her first request for production (TCNJ 270-600), which may contain information responsive to this request. Responding Defendant reserves the right to supplement or amend this response as discovery continues.**

8.      Any and all reports, letters of commendation, reviews, communication between Dr. Choi, Dr. Mayo, Dr. Patrick, Dr. Levin, Dr. Keep, President Foster and other similar documents related to Plaintiff's job performance not contained in Plaintiff's personnel file.

**RESPONSE:      Responding Defendant refers Plaintiff to the documents produced along with Responding Defendant's Initial Disclosures (TCNJ 1-269) and in response to her first notice to produce (TCNJ 270-475, 601-672). Responding Defendant reserves the right to supplement or amend this response as discovery continues.**

9.      Any and all documents reflecting or related to any complaint of discrimination or unfair treatment accusing, naming or relating to conduct or requiring a response from Dr. Kim, Dr. Choi, Dr. Mayo, Dr. Patrick, Dr. Levin, Dr. Keep, other members of faculty or administration of TCNJ's School of Business and President Foster.

**RESPONSE:      Responding Defendant objects to this request on the following bases: (1) Overbroad, (2) Time Frame, (3) Relevance, (4) Confidential EEO Records, (5) Confidentiality, (6) Confidential Personnel Records, (7) Ambiguous and (8) Form. See general objections, above.**

10.      Any and all documents reflecting or relating to any complaint of discrimination or unfair treatment accusing, naming or relating to conduct or requiring a response from Dr. Wong and Dr. Blake.

**RESPONSE:      Responding Defendant objects to this request on the following bases: (1) Overbroad, (2) Time Frame, (3) Relevance, (4) Confidential EEO Records, (5) Confidentiality, (6) Confidential Personnel Records, (7) Ambiguous and (8) Form. See general objections, above. Subject-to and without waiving the foregoing objections, Responding Defendant refers Plaintiff to the documents produced in response to her first notice to produce (TCNJ 673-695). Responding**

**Defendant reserves the right to supplement or amend this response as discovery continues.**

11.     All statements of witnesses or potential witnesses or persons interviewed by Defendant TCNJ in connection with this lawsuit.

**RESPONSE:**     **Responding Defendant objects to this request on the following bases: (1) Overbroad, (2) Time Frame, (3) Confidentiality, (4) Ambiguous and (5) Form. See general objections, above. Subject-to and without waiving the foregoing objections, Responding Defendant has not obtained any statement(s) from "witnesses or potential witnesses" in connection with this lawsuit and has no materials responsive to this request. By way of further response, Responding Defendant directs Plaintiff to the documents produced in response to Plaintiff's first request for admissions (TCNJ 270-475), which may contain information responsive to this request. Responding Defendant reserves the right to supplement or amend this response as discovery continues.**

12.     Any and all documents you intend to introduce into evidence during the trial of this lawsuit.

**RESPONSE:**     **Responding Defendant objects to this request on the following bases: (1) Work-Product, (2) Overbroad, (3) Undue Burden and (4) Legal Conclusion. See general objections, above. Subject-to and without waiving the foregoing objections, Responding Defendant documents responsive to this request upon the close of discovery through the Court mandated pre-trial exchange. By way of further response, Responding Defendant refers Plaintiff to the documents produced along with Responding Defendant's Initial Disclosures (TCNJ 1-269), in response to Plaintiff's first request for production (TCNJ 270-715), as well as all pleadings, and discovery**

**exchanged or to be exchanged by and among the parties which may contain documents responsive to this request. Responding Defendant reserves the right to supplement or amend this response as discovery continues.**

**13.**     Any and all documents reflecting or relating to any communication between Dr. Foster, Dr. Wong and Dr. Blake regarding Plaintiff.

**RESPONSE:**     **Responding Defendant objects to this request on the following bases: (1) Overbroad and (2) Ambiguous. See general objections, above. Subject-to and without waiving the foregoing objections, Responding Defendant refers Plaintiff to the documents produced in response to her first request for production (TCNJ 270-656). Responding Defendant reserves the right to supplement or amend this response as discovery continues.**

**14.**     Any and all disciplinary records against any tenue-track [sic] or tenured faculty in the TCNJ's School of Business. This request for production is limited to the period of time beginning one year prior to Plaintiff's employment through the present.

**RESPONSE:**     **Responding Defendant objects to this request on the following bases: (1) Overbroad, (2) Confidential Personnel Records, (3) Confidentiality, (4) Confidential EEO Records and (5) Relevance. The materials sought in this request constitute confidential personnel records that are not subject to disclosure pursuant to N.J.S.A. 47:1A-10, Executive Order 9 (Hughes) and Executive Order 11 (Byrne). See general objections, above.**

15.    All travel requests and other travel-related documents, including but not limited to, travel approvals and travel reimbursement requests of all tenue-track [sic] or tenured faculty of TCNJ's School of Business. This request for production is limited to the period of time beginning one year prior to Plaintiff's employment through the present.

RESPONSE:    **Responding Defendant objects to this request on the following bases: (1) Relevance, (2) Confidential Personnel Records and (3) Overbroad. See general objections, above. Subject-to and without waiving the foregoing objections, Responding Defendant refers Plaintiff to the documents produced in response to Plaintiff's first request for production (TCNJ 696-715). Responding Defendant reserves the right to supplement or amend this response as discovery continues.**

16.    Documents related to outside of TCNJ employment, consulting, or other teaching and non-teaching activity of Dr. Choi, Dr. Patrick and Dr. Mayo. This request for production is limited to the period of time beginning one year prior to Plaintiff's employment through the present.

RESPONSE:    **Responding Defendant refers Plaintiff to the documents produced in response to Plaintiff's first request for production (TCNJ 601-17). Responding Defendant reserves the right to supplement or amend this response as discovery continues.**

17.    Any and all copies of memoranda, correspondence, notes, emails, electronically stored or generated information, or other documents related to your decision to terminate/not-to-renew Plaintiff's contract.

RESPONSE:    **Responding Defendant refers Plaintiff to the documents produced along with Responding Defendant's Initial Disclosures (TCNJ 1-269), and in response to Plaintiff's first request for production (TCNJ 270-600, 618-56 and 658-72). Responding Defendant reserves the right to supplement or amend this response as discovery continues.**

18.     All documents that support your contention that Plaintiff was not retaliated against.

**RESPONSE:**     **Responding Defendant objects to this request on the following bases: (1) Form and (2) Ambiguous. See general objections, above. Responding Defendant further objects to this request on the ground that it suggests Responding Defendant bears the burden of proving a negative - that is, proving Plaintiff's allegations false. Subject to and without waiving these objections, Responding Defendant refers Plaintiff to its Answer to Plaintiff's Complaint, its answers to Plaintiff's first set of interrogatories, all the documents produced in along with Responding Defendant's Initial Disclosures (TCNJ 1-269) and in response to these requests for production (TCNJ 270-715), as well as any other discovery exchanged or to be exchanged by and among the parties that may be responsive to this request. Responding Defendant reserves the right to supplement or amend this response as discovery continues.**

19.     All documents that support any affirmative defense you have pled.

**RESPONSE:**     **Responding Defendant refers Plaintiff to its Answer to Plaintiff's Complaint, its answers to Plaintiff's first set of interrogatories, all the documents produced in along with Responding Defendant's Initial Disclosures (TCNJ 1-269) and in response to these requests for production (TCNJ 270-715), as well as any other discovery exchanged or to be exchanged by and among the parties that may be responsive to this request. Responding Defendant reserves the right to supplement or amend this response as discovery continues.**

20.    A copy of any Complaint or Petition and any judgment or settlement agreement in any and all lawsuits filed against Defendant TCNJ, College of Business, Dr. Keep, Dr. Patrick individually or collectively in which a discrimination, retaliation, or a violation of Federal or state employment laws.

**RESPONSE:    Responding Defendant objects to this request on the following bases: (1) Absence of Control, (2) Relevance, (3) Public Document, (4) Ambiguous, (5) Form and (6) Time Frame. See general objections, above. Subject-to and without waiving the foregoing objections, Responding Defendant is not in possession of any documents responsive to this request as it pertains to non-parties "Dr. Keep" and "Dr. Patrick." By way of further response, Responding Defendant refers Plaintiff to the documents produced in response to Plaintiff's first request for production (TCNJ 673-95). Responding Defendant reserves the right to supplement or amend this response as discovery continues.**

21.    Copies of any and all books, documents or other tangible things which may or may not be introduced at trial, but which may have a bearing on this lawsuit and may be used as demonstrative evidence at trial.

**RESPONSE:    Responding Defendant objects to this request on the following bases: (1) Work-Product and (2) Legal Conclusion. See general objections, above. Subject-to and without waiving the foregoing objections, see Responding Defendant's response to request no. 12, above. By way of further response, Responding Defendant has yet to determine those disciplines where expert testimony might be required and have yet to retain any expert witnesses. Responding Defendant reserves the right to supplement or amend this response as discovery continues.**

22.     All disciplinary actions, terminations, counseling, write-ups, demotions, human resources investigations or other documents referring to or constituting adverse employment actions considered by or taken by Defendant TCNJ against any individual who held the same or similar position, title, job description or who performed similar duties as Plaintiff and who was employed by Defendant in the period of time beginning one year prior to Plaintiff's employment through the present.

**RESPONSE:** **Responding Defendant objects to this request on the following bases: (1) Overbroad, (2) Ambiguous, (3) Legal Conclusion, (4) Form, (5) Confidential Personnel Records and (6) Confidentiality. The materials sought in this request constitute confidential personnel records that are not subject to disclosure pursuant to N.J.S.A. 47:1A-10, Executive Order 9 (Hughes) and Executive Order 11 (Byrne). See general objections, above.**

23.     All disciplinary- actions, reprimands, terminations, counseling, write-ups, demotions, human resources investigations or other similar documents in which an employee of TCNJ was alleged or found to have acted in an insubordinate manner. This request for production is limited to the period of time beginning one year prior to Plaintiff's employment through the present.

**RESPONSE:** **Responding Defendant objects to this request on the following bases: (1) Overbroad, (2) Ambiguous, (3) Legal Conclusion, (4) Form, (5) Confidential Personnel Records and (6) Confidentiality. The materials sought in this request constitute confidential personnel records that are not subject to disclosure pursuant to N.J.S.A. 47:1A-10, Executive Order 9 (Hughes) and Executive Order 11 (Byrne). See general objections, above.**

24.     Omitted.
**RESPONSE:     N/A**

**25.**     Omitted.
**RESPONSE:     N/A**


**26.**     Omitted.
**RESPONSE:     N/A**


**27.**     Documents related to communication between Dr. Forster, Dr. Wong, Dr. Blake and the members of Promotion and Reappointment Committee with Ms. Tillet.

**RESPONSE:     Responding Defendant objects to this request on the following bases: (1) Ambiguous, (2) Relevance and (3) Form. See general objections, above. Subject-to and without waiving the foregoing objections, Responding Defendant refers Plaintiff to the documents produced along with Responding Defendant's Initial Disclosures (TCNJ 237-52) and in response to Plaintiff's first request for production (TCNJ 270-475). Responding Defendant reserves the right to supplement or amend this response as discovery continues.**


**28.**     Any brochures, pamphlets, codes of conduct, instructions, training information, policies, or procedures created or distributed by Defendant to its employees, officers, directors, agents, servants, representatives, persons, or entities in the last five years regarding Defendant's policies on harassment or retaliation, or the treatment of employees in the workplace.

**RESPONSE:     Responding Defendant objects to this request on the following bases: (1) Overbroad, (2) Ambiguous, (3) Undue Burden and (4) Form. See general objections, above. Subject-to and without waiving the foregoing objections, Responding Defendant refers Plaintiff to the documents produced along with Responding Defendant's Initial Disclosures (TCNJ 31-43). Responding Defendant reserves the right to**

**supplement or amend this response as discovery continues.**

29.     Documents related to all required services performed by Dr. Choi, Dr. Kim and other tenue-track [sic] faculty in the TCNJ's School of Business. This request for production is limited to the period of time beginning one year prior to Plaintiff's employment through the present.

**RESPONSE:**     **Responding Defendant objects to this request on the following bases: (1) Ambiguous, (2) Form, (3) Relevance, (4) Overbroad and (5) Undue Burden. See general objections, above. Subject-to and without waiving the foregoing objections, Responding Defendant is unable to identify documents which may be responsive to this request as written. Responding Defendant reserves the right to supplement or amend this response as discovery continues.**

30.     All notes, memoranda, statements and/or affidavits taken by any person who investigated any complaint filed by Plaintiff against Defendant TCNJ.

**RESPONSE:**     **Responding Defendant objects to this request on the following bases: (1) Ambiguous and (2) Form. See general objections, above. Subject-to and without waiving the foregoing objections, Responding Defendant refers Plaintiff to the documents produced along with Responding Defendant's Initial Disclosures (TCNJ 1-269) and in response to Plaintiff's first request for production (TCNJ 270-475). Responding Defendant reserves the right to supplement or amend this response as discovery continues.**

31.     All documents reviewed or considered by Defendant TCNJ in connection with an investigation conducted by Defendant TCNJ related to Plaintiff's employment.

RESPONSE:     **Responding Defendant objects to this request on the following bases: (1) Ambiguous and (2) Form. See general objections, above. Subject-to and without waiving the foregoing objections, Responding Defendant refers Plaintiff to the documents produced along with Responding Defendant's Initial Disclosures (TCNJ 1-269) and in response to Plaintiff's first request for production (TCNJ 270-715). Responding Defendant reserves the right to supplement or amend this response as discovery continues.**

32.     Any documents related to communication between Dr. Choi, Dr. Patrick, Dr. Levin and Dr. Keep from the time that Dr. Choi was nominated for the Department Chair position.

RESPONSE:     **Responding Defendant objects to this request on the following bases: (1) Ambiguous, (2) Overbroad, (3) Form, (4) Undue Burden and (5) Relevance. See general objections, above. Subject-to and without waiving the foregoing objections, Responding Defendant refers Plaintiff to the documents produced in response to Plaintiff's first request for production (TCNJ 270-715), which may contain information responsive to this request. Responding Defendant reserves the right to supplement or amend this response as discovery continues.**

33.     All documents related to complaints of discrimination, retaliation or unfair treatment, where President foster was directly or indirectly involved, including for periods outside of her present employment with Defendant TCNJ.

RESPONSE:     **Responding Defendant objects to this request on the following bases: (1) Ambiguous, (2) Overbroad, (3) Form, (4) Undue Burden, (5) Relevance, (6) Time Frame, (7) Confidential EEO Records, (8) Confidential**

**Personnel Records and (9) Confidentiality. This request is vague and fails to define the inherently ambiguous phrase "directly or indirectly involved." See general objections, above. Subject-to and without waiving the foregoing objections, Responding Defendant refers Plaintiff to the documents produced in response to Plaintiff's first request for production (TCNJ 270-715), which may contain information responsive to this request. Responding Defendant reserves the right to supplement or amend this response as discovery continues.**

34.   Documents showing starting salaries, salary increases, raises or promotions for all employees in Defendant TCNJ's School of Business from January 1, 2014 to the present.

RESPONSE:   **Responding Defendant objects to this request on the following bases: (1) Overbroad, (2) Relevance, (3) Confidential Personnel Records, (4) Confidentiality and (5) Undue Burden. See general objections, above. Subject-to and without waiving the foregoing objections, to be supplied. Responding Defendant reserves the right to supplement or amend this response as discovery continues.**

SUPP. RESPONSE (12.09.20):   **Responding Defendant objects to this request on the following bases: (1) Overbroad, (2) Relevance, (3) Confidential Personnel Records, (4) Confidentiality and (5) Undue Burden. See general objections, above. Subject-to and without waiving the foregoing objections, Responding Defendant refers Plaintiff to the document produced herewith (TCNJ 716), setting forth TCNJ School of Business faculty members' salary adjustments to since January 1, 2014.**

## CERTIFICATION

The undersigned hereby certifies that they have reviewed the Request for Production and has made or caused a good faith search for documents responsive to the foregoing requests to have been made; and that as of this date, to the best of their knowledge and information, the production is complete and accurate based on information provided by others.

The undersigned acknowledges their continuing obligation to make a good faith effort to identify additional documents that are responsive to the foregoing requests and to promptly serve a supplemental written response and production of such documents, as appropriate, as they become aware of them.

The undersigned hereby certifies that the foregoing statements made by them are true. The undersigned is aware that if any of the foregoing statements made by them are willfully false, they may be subject to punishment.

_Michael J Canavan_
MICHAEL J. CANAVAN
TCNJ Deputy General Counsel

Dated:  12/08/2020

# EXHIBIT B

GURBIR S. GREWAL
Attorney General of New Jersey
R.J. Hughes Justice Complex – P.O. Box 112
Trenton, NJ 08625
*Attorney for TCNJ*

By:   John P. Cascio (009881985)
      Raajen V. Bhaskar (035242012)
      Deputy Attorneys General
      (609) 376-2440
      John.Cascio@law.njoag.gov
      Raajen.Bhaskar@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DOE, | ) | CIVIL ACTION – LAW |
| | ) | |
| *Plaintiff,* | ) | CASE NO. 3:19-cv-20674 |
| | ) | |
| v. | ) | **TCNJ's Answers to** |
| | ) | **Plaintiff's First Set of** |
| THE COLLEGE OF NEW | ) | **Interrogatories** |
| JERSEY, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

TO:   **Sergey Joseph Litvak, Esq.**
      **Litvak Legal Group, PPLC**
      **3070 Bristol Pike – Ste. 204**
      **Bensalem, PA 19020**
      *Attorney for Plaintiff*

COUNSEL:

PLEASE TAKE NOTICE that the undersigned attorney for defendant, The College of New Jersey ("TCNJ" or "Responding Defendant"), hereby provides the following certified answers to the first set of interrogatories propounded upon it by plaintiff, "Jane Doe."

GURBIR S. GREWAL
Attorney General of New Jersey


By:  */s/ Raajen V. Bhaskar*
Raajen V. Bhaskar
Deputy Attorney General

Dated:     December 8, 2020

## GENERAL OBJECTIONS

1.      Responding Defendant objects to each interrogatory that is unduly burdensome in that it requires Defendant to provided information which is beyond the scope of the personal knowledge of the individual(s) answering these requests and within the scope of personal knowledge of person(s) unknown to the individual(s) answering these interrogatories or person(s) over whom this Defendant has no control. This objection shall be referred to hereafter as the "absence of control" objection.

2.      Responding Defendant objects to each interrogatory that would impose an excessive or undue burden or that is made with the intent to harass. This objection shall be referred to hereafter as the "undue burden" objection.

3.      Responding Defendant objects to each interrogatory that is vague, ambiguous, over broad, includes compound or multiple questions or otherwise lacks sufficient definition to permit the individual responding to these requests to formulate a meaningful response. This objection shall be referred to hereafter as the "ambiguous" objection.

4.      Responding Defendant objects to each interrogatory that seeks information prepared or developed in anticipation of litigation or subsequent to the filing of this lawsuit by or through the direction of legal counsel on the grounds that such material is protected from disclosure as attorney work-product. This objection shall be referred to hereafter as the "work-product" objection.

5.      Responding Defendant objects to each interrogatory that seeks information which is irrelevant to the issues in this matter and is not reasonably calculated to lead to the discovery of relevant admissible evidence. This objection shall be referred to hereafter as the "relevance" objection.

6.      Responding Defendant objects to each interrogatory that seeks information that is protected from disclosure by the attorney-client communication privilege. This objection shall be referred to hereafter as the "privilege" objection.

7.      Responding Defendant objects to each interrogatory that seeks disclosure of information which is confidential or proprietary. This objection shall be referred to hereafter as the "confidentiality" objection.

**8.**     Responding Defendant objects to each interrogatory that is repetitive in nature, excessive, and harassing. This objection shall be referred to hereafter as the "repetitive" objection.

**9.**     Responding Defendant objects to each interrogatory that lacks sufficient foundation to be understood, uses terms that have not been defined, assumes facts not of record, uses terminology known only to plaintiff or is otherwise unintelligible in form. This objection shall be referred to hereafter as the "form" objection.

**10.**     Responding Defendant objects to each interrogatory that requires him to identify "any and/or all" witnesses or documents or similar requirements. This objection shall be referred to hereafter as the "overbroad" objection.

**11.**     Responding Defendant objects to each interrogatory that seeks information regarding events occurring outside the time period relevant to plaintiff's claims in this action or the statute of limitations governing such claims. This objection shall be referred to hereafter as the "time frame" objection.

**12.**     Responding Defendant objects to each interrogatory that requires him to make a legal conclusion that he is not qualified to make. This objection shall be referred to hereafter as the "legal conclusion" objection.

**13.**     Responding Defendant objects to interrogatory that seeks information that is protected from disclosure by the executive privilege. This objection shall be referred to hereafter as the "executive" objection.

**14.**     Responding Defendant objects to each interrogatory that requires him to produce public documents without plaintiff first exhausting administrative remedies to obtain same. This objection shall be referred to hereafter as the "public document" objection.

**15.**     Responding Defendant objects to each interrogatory that seeks advisory, consultative, or deliberative communications that are part of the decision-making process of a governmental agency, including documents protected under the provisions of New Jersey Court <u>Rule</u> 1:38-3(e). This objection shall be referred to hereafter as the "deliberative process" objection.

16.     Responding Defendant objects to each interrogatory that seeks information contained in personnel records that are confidential under N.J.A.C. 4A:1-2.2(a), Executive Orders 9 (Governor Hughes), 11 (Governor Byrne) and 26 (Governor McGreevey) regarding the disclosure of personnel records by government agencies (Orders are available at http://www.state.nj.us/infobank/circular/eoindex.htm), or under the provisions of New Jersey Court Rule 1:38-5(e). This objection shall be referred to hereafter as the "confidential personnel records" objection.

17.     Responding Defendant objects to each request that seeks interrogatory that seeks information from the records of a State Equal Employment Opportunity Office ("EEO office" or "EEO/AA office") insofar as EEO complaints and files are confidential pursuant to N.J.A.C. 4A:7-3.1, which requires protection of the "privacy interests of those involved" in an EEO investigation, including without restriction any witness, and requires that "confidentiality . . . be maintained throughout the investigatory process," and Defendant cannot produce any such documents without a Consent Protective Order in place and/or cannot produce any such documents without a court order compelling production. This objection shall be referred to hereafter as the "confidential EEO records" objection.

18.     Responding Defendant objects to each interrogatory that seeks disclosure of information regarding an individual's medical condition, psychological condition, or disability and/or client/patient services that are confidential pursuant to state and/or federal law, including, but not limited to, N.J.S.A. 2A:84A-22.2 (physician-patient privilege); N.J.S.A. 45:14B-28 (psychologist-patient privilege); N.J.S.A. 2A:84A-22.13 (victim-counselor privilege); N.J.S.A. 26:5C-7 (confidentiality of AIDS/HIV infection records); N.J.S.A. 30:4-24.3 (confidentiality of person receiving services in non-correctional institutions of the State); N.J.S.A. 30:4-3.19 (confidentiality of person reporting patient abuse at State institution); the Federal Health Insurance Portability and Accountability Act of 1996 (HIPAA) 45 C.F.R. 160 and 164 (confidentiality of medical records generally); 42 C.F.R. 2.13 (confidentiality of alcohol and drug abuse patient records); 34 C.F.R. 361.38 (confidentiality of vocational rehabilitation information); and the Americans with Disabilities Act 42 U.S.C. § 12112(d)(3)(B) (confidentiality of medical information related to disability and employment). This objection shall be referred to hereafter as the "confidential medical records" objection.

**19.**   Responding Defendant objects to each interrogatory that seeks information that is shielded from disclosure by the official information or governmental privilege, including, but not limited to, records of confidential investigations by the government of the State through its authorized agents. This objection shall be known as the "official information" objection.

**20.**   Responding Defendant objects to each interrogatory that seeks Electronically Stored Information ("ESI") that is not reasonably accessible because of undue burden or cost. This objection shall be known as the "ESI" objection.

<u>TCNJ's Answers to Plaintiff's First Set of Interrogatories</u>

1.     Identify, without referencing pleadings, the person or persons answering these Interrogatories or who contributed information used in answering these Interrogatories. If more than one person provided the answers or contributed such information, identify the specific Interrogatories answered by each person and the information provided.

**ANSWER:**     **Responding Defendant objects to this interrogatory on the following bases: (1) Relevance, (2) Confidentiality and (3) Overbroad. See general objections, above. Subject-to and without waiving the foregoing objections, see the Certification annexed to Defendant's Answers to Plaintiff's First Set of Interrogatories, which speaks for itself.**

2.     Identify, without referencing pleadings, each and every allegation in Plaintiffs Original Petition and Jury Demand filed in this lawsuit which you assert is false or inaccurate and specifically describe in detail all facts, proof, or evidence that you claim prove these allegations to be false or inaccurate, and identify the true or accurate facts which demonstrate or prove the falsity or inaccuracy of such allegations.

**ANSWER:**     **Responding Defendant objects to this interrogatory on the following bases: (1) Relevance, (2) Form, (3) Ambiguous, (4) Undue Burden and (5) Public Document. See general objections, above. Subject-to and without waiving the foregoing objections, Responding Defendant is unable to "[i]dentify . . . each and every allegation in Plaintiff's [Complaint] which [Responding Defendant asserts] is false or inaccurate," without also referencing the pleadings, and is therefore unable to formulate a response to this interrogatory, as stated. By way of further answer, Responding Defendant refers Plaintiff to its Answer to Plaintiff's Complaint. Responding Defendant reserves the right to supplement or amend this answer as discovery continues.**

**3.**     If you have ever talked to the Plaintiff or Plaintiff's co-workers, former co-workers, agents, servants, employees, friends, partners, or anyone who has or who may have knowledge of Plaintiff regarding Plaintiff's claims in this lawsuit or have any knowledge, either directly or indirectly, of any statement or admission of any kind made by Plaintiff or anyone acting on Plaintiffs behalf regarding Plaintiff's claims or any other fact that might be relevant to this lawsuit, describe in detail such statement and/or admission and identify who made the statement or admission, to whom it was made, and the date it was made.

**ANSWER:**     **Responding Defendant objects to this interrogatory on the following bases: (1) Work-Product, (2) Privilege, (3) Confidentiality, (4) Ambiguous, (5) Form, and (6) Overbroad. See general objections, above. Subject-to and without waiving the foregoing objections, Responding Defendant refers Plaintiff to the documents authored by her and produced along with Responding Defendant's Initial Disclosures (TCNJ 1-269), in response to her first request for production (TCNJ 270-715), and those to be produced or exchanged by and among the parties as discovery continues. Responding Defendant reserves the right to supplement or amend this answer as discovery continues.**

**4.**     Describe in details, without referencing pleadings, all facts, proof, or evidence which, in whole or in part, form the basis of any defense or affirmative defenses pled in this lawsuit.

**ANSWER:**     **Responding Defendant objects to this interrogatory on the following bases: (1) Work-Product, (2) Overbroad, (3) Legal Conclusion, (4) Undue Burden and (5) Form. See general objections, above. Subject-to and without waiving the foregoing objections, Plaintiff filed a Charge of Discrimination with the EEOC on or about April 16, 2019. Any acts of discrimination that are alleged to have occurred prior to June 20, 2018 (300 days prior to filing) are time-barred and may not be considered for purposes of Title VII. See 42 U.S.C. § 2000e-5(e)(1). Likewise, as Plaintiff's complaint was filed on November 25, 2019, any acts of alleged discrimination occurring prior to November 25, 2017 (two years prior to filing) are time-**

**barred and may not be considered for purposes of the New Jersey Law Against Discrimination. Responding Defendant reserves the right to supplement or amend this answer as discovery continues.**

5.    Identify each individual who participated in any manner in the decision to terminate Plaintiff including each individual Defendant consulted with and/or who provided information related to the decision to terminate Plaintiff and describe in details the role of that person in the decision to terminate Plaintiff and/or the information provided by each individual.

**ANSWER:    Responding Defendant objects to this interrogatory on the following bases: (1) Overbroad, (2) Form, (3) Ambiguous and (4) Undue Burden. See general objections, above. Subject-to and without waiving the foregoing objections, Responding Defendant did not decide "to terminate Plaintiff." Rather, following Plaintiff's third year of employment, she was not reappointed for a fifth year. Plaintiff remained employed for a full academic year following the non-reappointment decision. The non-reappointment decision was made consistent with TCNJ's Reappointment and Promotion Policy (TCNJ 44-116). The individuals involved in that decision in this case include:**

**<u>Members of Finance Department Promotion and Reappointment Committee ("PRC")</u>**
      **Thomas Patrick, PhD;**
      **Herbert Mayo, PhD; and**
      **Susan Hume, PhD.**

**<u>Dean of School of Humanities and Social Sciences</u>**
      **Jane Wong, PhD (serving in place of recused Interim Dean of the School of Business, Bozena Leven, PhD).**

**<u>Interim Vice Provost</u>**
      **David Blake, PhD (serving in place of recused Interim Provost, William Keep, PhD).**

**TCNJ President**
   **Kathryn A. Foster, PhD.**

**The roles of each of the above-named individuals with regard to Plaintiff reappointment application are set forth in TCNJ's Reappointment and Promotion Policy. Pursuant to the policy, the PRC, the Dean, and the Provost offer recommendations with respect to a candidate's/applicant's reappointment or non-reappointment. The final decision regarding a candidate's/applicant's reappointment is made by the President. Those recommendations and decision, and the reasons therefore, are set forth in the documents prepared by those involved in the reappointment process. Responding Defendant reserves the right to supplement or amend this answer as discovery continues.**

**6.**      Identify any alleged grounds to impeach Plaintiff, including any evidence of prior bad acts, whether they be criminal or otherwise, identify the grounds for impeachment, any witness or other person with knowledge of relevant facts, and the date of the actions that form the basis for impeachment, and all evidence that supports your alleged grounds for impeachment.

**ANSWER:**      **Responding Defendant objects to this interrogatory on the following bases: (1) Legal Conclusion, (2) Work-Product, (3) Form and (4) Ambiguous. This interrogatory is premature in that Plaintiff's credibility, and potential grounds for impeachment, do not become issues until she testifies. See general objections, above. Subject-to and without waiving the foregoing objections, Responding Defendant is unaware of any "prior bad acts" regarding Plaintiff "criminal or otherwise." Responding Defendant reserves the right to supplement or amend this answer as discovery continues.**

7.    Identify and describe in detail FMLA, teaching reductions, remote classes teaching, changed schedule and other accommodations afforded by Defendant TCNJ to tenue-track [sic] faculty during Dr. Keep's employment at TCNJ.

**ANSWER:**   **Responding Defendant objects to this interrogatory on the following bases: (1) Ambiguous, (2) Overbroad, (3) Form,      (4) Confidential      Personnel      Records, (5) Confidential Medical Records, (6) Confidentiality and (7) Time Frame. See general objections, above. Subject-to and without waiving the foregoing objections, with regard to tenure-track faculty within TCNJ's School of Business during Dr. Keep's employment as Dean of the School of Business, two such members have been permitted to teach classes in an online format for a single semester when those faculty members were out of the country for the full semester. By way of further answer, Responding Defendant directs Plaintiff to the documents produced in response to Plaintiff's first request for production (TCNJ 270-475), which may contain additional information responsive to this interrogatory. Responding Defendant reserves the right to supplement or amend this answer as discovery continues.**

8.    Identify and describe in details any internal complaints or allegations made to or filed with Defendant by any current or former employee or student of Defendant during Dr. Keep's employment at TCNJ, alleging that Defendant engaged in discriminatory, retaliatory, or illegal conduct.

**ANSWER:**   **Responding Defendant objects to this interrogatory on the following bases: (1) Ambiguous, (2) Overbroad, (3) Form,      (4) Confidential      Personnel      Records, (5) Confidential      EEO      Records,      (6) Time      Frame, (7) Relevance      and      (8) Confidentiality.      See      general objections, above. Subject-to and without waiving the foregoing objections, only Plaintiff and Dr. Linghui (Lynn) Tang (EEO 2011) have filed "internal complaints or allegations" against Dr. Keep during his employment with Responding Defendant. Responding Defendant reserves the right to supplement or amend this answer as discovery continues.**

9.      Identify and describe in details any external complaints or allegations made to or filed with Defendant by any current or former employee or student of Defendant during Dr. Keep's employment at TCNJ, alleging that Defendant engaged in discriminatory, retaliatory, or illegal conduct.

ANSWER:      **Responding Defendant objects to this interrogatory on the following bases: (1) Ambiguous, (2) Overbroad, (3) Form,     (4) Confidential     Personnel     Records, (5) Confidential     EEO     Records,     (6) Time     Frame, (7) Relevance,     (8) Confidentiality     and     (9) Public Document. See general objections, above. Subject-to and without waiving the foregoing objections, only Plaintiff and Dr. Linghui (Lynn) Tang (DCR 2012) have filed "external complaints or allegations" related to Dr. Keep during his employment with Responding Defendant. Responding Defendant reserves the right to supplement or amend this answer as discovery continues.**

10.      Identify each and every individual employed by TCNJ in the period of time beginning one year prior to Plaintiffs employment through the present date who held or holds the same or similar position, title, job duties or job description as Plaintiff in TCNJ's School of Business.

ANSWER:      **Responding Defendant objects to this interrogatory on the following bases: (1) Overbroad, (2) Relevance, (3) Confidential Personnel Records, (4) Ambiguous, (5) Form and (6) Undue Burden. See general objections, above. Subject-to and without waiving the foregoing objections, the following individuals have been employed by Responding Defendant as Assistant Professors in its School of Business during the time period indicated in this interrogatory:**

> **Abhishek Tripahti;**
> **Alberto Carbonilla;**
> **Anifere (Eddie) Inyang;**
> **Brenda Ghitulescu;**
> **Jean Brechman;**
> **Jingyi Duan;**
> **Jinsil Kim;**
> **Joyce Vincelette;**

**Lynn Braender;
Maria Santos Domingo;
Martine Bertin-Peterson;
Matthew Greenblatt;
Nonna Sorokina;
Peggy Ann Hughes;
Richard Baker;
Tae-Nyun Kim;
Ting Sun;
Trevor O'Grady; and
Xu (Henry) Han.**

**Responding Defendant reserves the right to supplement or amend this answer as discovery continues.**

11.     Describe in details any investigations conducted by Defendant TCNJ related to the performance or conduct of any individual employed by Defendant TCNJ during the period of time beginning one year prior to Plaintiff's employment through the present who held or holds the same or similar position, title, job duties or job description as Plaintiff.

**ANSWER:     Responding Defendant objects to this interrogatory on the following bases: (1) Confidential EEO Records, (2) Executive,   (3) Confidential   Personnel   Records, (4) Confidentiality, (5) Overbroad, (6) Undue Burden and (7) Relevance. This interrogatory is overbroad in scope and vague in that the term "investigation" is undefined. See general objections, above. Responding Defendant reserves the right to supplement or amend this answer as discovery continues.**

12.     Describe in details any disciplinary actions, terminations, reprimands, counseling, write-ups, demotions, or other adverse employment actions taken by TCNJ against any individual employed by Defendant TCNJ who held or holds the same or similar position, title or job description as Plaintiff during Dr. Keep's employment at TCNJ.

ANSWER:     **Responding Defendant objects to this interrogatory on the following bases: (1) Legal Conclusion, (2) Time Frame, (3) Relevance, (4) Ambiguous, (5) Form, (6) Overbroad, (7) Confidential Personnel Records and (8) Confidentiality. The information sought in this interrogatory constitute confidential personnel records that are not subject to disclosure pursuant to N.J.S.A. 47:1A-10, Executive Order 9 (Hughes) and Executive Order 11 (Byrne). See general objections, above.**

13.     Identify any individual(s) employed by Defendant TCNJ against whom an allegation, accusation or finding was made that such employee engaged in misconduct of any kind and describe in details any disciplinary actions, terminations, counseling, write-ups, demotions, or other adverse employment actions that were taken by Defendant TCNJ against such individual(s) during Dr. Keep's employment at TCNJ.

ANSWER:     **Responding Defendant objects to this interrogatory on the following bases: (1) Legal Conclusion, (2) Time Frame, (3) Relevance, (4) Ambiguous, (5) Form, (6) Overbroad, (7) Confidential Personnel Records, (8) Confidential EEO Records and (9) Confidentiality. The information sought in this interrogatory constitute confidential personnel records that are not subject to disclosure pursuant to N.J.S.A. 47:1A-10, Executive Order 9 (Hughes) and Executive Order 11 (Byrne). See general objections, above.**

14.     Identify any individual(s) employed by Defendant TCNJ who have been investigated, written up, disciplined, reprimanded or otherwise accused of or cited for insubordination or acts that could be considered insubordination and describe in detail the allegations against the employee and any disciplinary actions taken by Defendant.

ANSWER:     **Responding Defendant objects to this interrogatory on the following bases: (1) Legal Conclusion, (2) Time Frame, (3) Relevance, (4) Ambiguous, (5) Form, (6) Overbroad, (7) Confidential Personnel Records and (8) Confidentiality. This interrogatory is overbroad in scope and vague in that the term "investigation" and phrase "acts that could be considered insubordination" are undefined. Moreover, the information sought in this interrogatory constitute confidential personnel records that are not subject to disclosure pursuant to N.J.S.A. 47:1A-10, Executive Order 9 (Hughes) and Executive Order 11 (Byrne). See general objections, above.**

15.     Identify and provide details regarding any individual(s) employed by Defendant TCNJ who have been formally or informally teaching Student Fund Class at TCNJ, School of Business during Dr. Keep's employment at TCNJ.

ANSWER:     **Responding Defendant objects to this interrogatory on the following bases: (1) Ambiguous and (2) Form. See general objections, above. Subject-to and without waiving the foregoing objections, the Student Investment Fund class is a 0.5 unit independent study course in which students make investment decisions for the fund and a faculty member serves to facilitate the decisions made. The class was created and funded by Dr. Mayo, who has and continues to serve as the primary facilitator for this class. Plaintiff was co-listed in PAWS and observed class operations during the 2017 and 2018 fall semesters. Department Chair Choi has observed the class, though not on a weekly basis and, as such, was not formally listed in PAWS. Responding Defendant reserves the right to supplement or amend this answer as discovery continues.**

16.     Identify and provide detailed summary of any discussions of any individual(s) employed by Defendant TCNJ, its agents, servants, friends, partners, or anyone who has or who may have knowledge of Plaintiff regarding Plaintiff's claims in this lawsuit or have any knowledge, either directly or indirectly, of any statement or admission of any kind made by Plaintiff or anyone acting on Plaintiff's behalf regarding Plaintiff's claims or any other fact that might be relevant to this lawsuit who have contacted or held discussions with any members of Press regarding Plaintiff.

**ANSWER:**     **Responding Defendant objects to this interrogatory on the following bases: (1) Form, (2) Overbroad, (3) Ambiguous, (4) Relevance, (5) Repetitive, (6) Absence of Control, and (7) Undue Burden. This interrogatory is overly broad, unduly burdensome and unintelligible as drafted. See general objections, above. Subject-to and without waiving the foregoing objections, Responding Defendant in unaware of any individual employees who has "contacted or held discussions with any members of Press regarding Plaintiff." By way of further response, when asked to comment on an article run by the Trentonian, Responding Defendant's Media Relations Department provided a "no comment" response via email. Responding Defendant reserves the right to supplement or amend this answer as discovery continues.**

17.     Identify and provide detailed summary of the reason Dr. Hume's letter and disagreement with PRC recommendation was not reviewed, considered, investigated, implemented, and acted upon by Dr. Wong, Dr. Blake and Dr. Foster.

**ANSWER:**     **Responding Defendant objects to this interrogatory on the following bases: (1) Form and (2) Ambiguous. See general objections, above. Subject-to and without waiving the foregoing objections, all PRC-related materials are uploaded to and compiled on Vibe, Responding Defendant's electronic document management system. In this case, Dr. Hume submitted her letter to Dr. Leven, the Interim Dean of the School of Business, via email. Dr. Hume's letter was never provided to Dean Wong. Dr. Blake requested and received a copy of the letter from Dr. Hume. The letter was also reviewed and considered by Dr. Blake and President Foster. By way of further answer, Responding Defendant directs Plaintiff to the documents produced in response to Plaintiff's first request for production (TCNJ 270-475, 641-56). Responding Defendant reserves the right to supplement or amend this answer as discovery continues.**

18.     Describe in details any instance of communication between Dr. Foster and Dr. Blake that was related to Doe, Promotion and Reappointment Committee and Doe's reappointment application.

**ANSWER:**     **Responding Defendant objects to this interrogatory on the following bases: (1) Ambiguous, (2) Overbroad and (3) Undue Burden. See general objections, above. Subject-to and without waiving the foregoing objections, Responding Defendant is unaware of any communications between President Foster and Dr. Blake regarding the merits of Plaintiff's application for reappointment. President Foster simply requested Dr. Blake assume the Provost's role upon Interim Provost Keep's recusal from Plaintiff's reappointment process (TCNJ 618-19). Dr. Blake also forwarded his completed recommendation to President Foster after he received Plaintiff's response to the recommendation. By way of further answer, Responding Defendant directs Plaintiff**

**to the documents produced in response to Plaintiff's first request for production (TCNJ 641-56). Responding Defendant reserves the right to supplement or amend this answer as discovery continues.**

19.  Identify and describe in details any instance of tenue-track [sic] faculty teaching 5 courses or more per given semester.

ANSWER:   **Responding Defendant objects to this interrogatory on the following bases: (1) Ambiguous, (2) Form, (3) Undue Burden and (4) Time Frame. See general objections, above. Subject-to and without waiving the foregoing objections, Responding Defendant cannot formulate an answer to this interrogatory as written since faculty loads are measured by "faculty weighted hours" per academic year, not by the number of courses taught per semester. Thus, without regard to the number of courses taught in a given semester, full-time faculty members are expected to maintain a teaching load equal to 18 faculty weighted hours per academic year in addition to providing 6 faculty weighted hours for advising, mentoring, course enhancement and scholarship. Responding Defendant reserves the right to supplement or amend this answer as discovery continues.**

20.   Describe in details every instance of communications that Dr. Choi had with Dr. Leven and/or with Dr. Keep regarding Plaintiff during Dr. Keep's employment at TCNJ.

ANSWER:   **Responding Defendant objects to this interrogatory on the following bases: (1) Overbroad, (2) Undue Burden, (3) Relevance, and (4) Time Frame. See general objections, above. Subject-to and without waiving the foregoing objections, Responding Defendant refers Plaintiff to the documents produced along with Responding Defendant's Initial Disclosures (TCNJ 1-269) and in response to Plaintiff's first request for production (TCNJ 270-715), which may contain information responsive to this interrogatory. Responding Defendant reserves the right to supplement or amend this answer as discovery continues.**

21.   Describe in details any instance of communication between Dr. Foster and Dr. Wong that was related to Doe, Promotion and Reappointment Committee and Doe's reappointment application.

ANSWER:   **Responding Defendant objects to this interrogatory on the following bases: (1) Overbroad, (2) Undue Burden and (3) Ambiguous. See general objections, above. Subject-to and without waiving the foregoing objections, Responding Defendant is unaware of any communications between President Foster and Dean Wong regarding the merits of Plaintiff's reappointment application. President Foster simply requested Dean Wong serve the Dean's role in Plaintiff's reappointment process after Interim Dean Leven's recusal therefrom (TCNJ 620). Responding Defendant reserves the right to supplement or amend this answer as discovery continues.**

**22.**     Describe in details any instance of communication between Dr. Wong and Dr. Blake that was related to Doe, Promotion and Reappointment Committee and Doe's reappointment application.

**ANSWER:**     **Responding Defendant objects to this interrogatory on the following bases: (1) Overbroad, (2) Undue Burden and (3) Ambiguous. See general objections, above. Subject-to and without waiving the foregoing objections, Responding Defendant is unaware of any communications between Dean Wong and Interim Vice Provost Blake regarding the merits of Plaintiff's reappointment application. Dean Wong simply advised Interim Vice Provost Blake that she had completed her review and recommendation regarding Plaintiff's reappointment application (TCNJ 648). Responding Defendant reserves the right to supplement or amend this answer as discovery continues.**

**23.**     Describe in details any instance of communication between Dr. Wong and Dr. Patrick that was related to Doe, Promotion and Reappointment Committee and Doe's reappointment application.

**ANSWER:**     **Responding Defendant objects to this interrogatory on the following bases: (1) Overbroad, (2) Undue Burden and (3) Ambiguous. See general objections, above. Subject-to and without waiving the foregoing objections, Dean Wong met with Dr. Patrick to review the PRC recommendation on April 25, 2019 (TCNJ 630-35). Responding Defendant reserves the right to supplement or amend this answer as discovery continues.**

**24.**     Describe in details any instance of communication between Dr. Patrick and Dr. Blake that was related to Doe, Promotion and Reappointment Committee and Doe's reappointment application.

**ANSWER:**     **Responding Defendant objects to this interrogatory on the following bases: (1) Overbroad, (2) Undue Burden and (3) Ambiguous. See general objections, above. Subject-to and without waiving the foregoing objections, Responding Defendant is unaware of any communication between Drs. Patrick and Blake regarding Plaintiff's reappointment application. Responding Defendant reserves the right to supplement or amend this answer as discovery continues.**

## CERTIFICATION

The undersigned hereby certifies that they are authorized to sign the foregoing Answers to Interrogatories for and on behalf of Responding Defendant, The College of New Jersey; that the matters stated in the foregoing Answers to Interrogatories are not within their personal knowledge, and that there is no single official or employee of the Responding Defendant who has personal knowledge of all such matters; that the facts stated in the foregoing Answers to Interrogatories have been assembled at their direction by employees of Responding Defendant and its legal counsel; that the matters set forth in the foregoing Answers to Interrogatories are in accordance with the information available to the Responding Defendant and that the records maintained by the Responding Defendant and are true, insofar as it is possible to verify them.

The undersigned hereby certifies that the foregoing statements made by them are true. The undersigned is aware that if any of the foregoing statements made by them are willfully false, they may be subject to punishment.


_Michael J. Canavan_
MICHAEL J. CANAVAN
TCNJ Deputy General Counsel

Dated:        12/08/2020

# EXHIBIT C



*State of New Jersey*

PHILIP D. MURPHY
*Governor*

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO Box 112
TRENTON, NJ 08625-0112

GURBIR S. GREWAL
*Attorney General*

SHEILA Y. OLIVER
*Lt. Governor*

MICHELLE L. MILLER
*Director*

John P. Cascio, DAG
john.cascio@law.njoag.gov
NJ Bar #009881985

April 14, 2021

**VIA EMAIL**

Sergey Joseph Litvak, Esq.
Litvak Legal Group, PPLC
3070 Bristol Pike – Ste. 204
Bensalem, PA 19020

   **Re**:  <u>Jane Doe v. The College of New Jersey</u>
     Docket No. 19-cv-20674

Counsel:

As you know, this office represents The College of New Jersey (TCNJ) in the above-docketed matter. Kindly accept this correspondence supplementing TCNJ's earlier served responses to Plaintiff's first request for production as follows:

**11.**   Describe in details any investigations conducted by Defendant TCNJ related to the performance or conduct of any individual employed by Defendant TCNJ during the period of time beginning one year prior to Plaintiff's employment through the present who held or holds the same or similar position, title, job duties or job description as Plaintiff.

**ANSWER:**   **Responding Defendant objects to this interrogatory on the following bases: (1) Confidential EEO Records, (2) Executive, (3) Confidential Personnel Records, (4) Confidentiality, (5) Overbroad, (6) Undue Burden and (7) Relevance. This interrogatory is overbroad in scope and vague in that the term "investigation" is undefined. See general objections, above. Subject to and without waiving the previous objections, and limiting its response**



April 14, 2021
Page 2

**to tenure track faculty members in the Finance Department of the School of Business during the time of plaintiff's employment, Responding Defendant states as follows: Other than the investigation resulting from plaintiff's complaint to Defendant's EEO/AA Office, Professor Herbert Mayo was the subject of an investigation of a complaint filed by a former student alleging the use of inappropriate language in the classroom. The complaint was filed March 11, 2020 and was investigated by Defendant's EEO/AA Office. The determination of the investigation was that the allegations were unsubstantiated.  Responding Defendant reserves the right to supplement or amend this answer as discovery continues.**

**12.**      Describe in details any disciplinary actions, terminations, reprimands, counseling, write-ups, demotions, or other adverse employment actions taken by TCNJ against any individual employed by Defendant TCNJ who held or holds the same or similar position, title or job description as Plaintiff during Dr. Keep's employment at TCNJ.

**ANSWER:**      **Responding Defendant objects to this interrogatory on the following bases: (1) Legal Conclusion, (2) Time Frame, (3) Relevance, (4) Ambiguous, (5) Form, (6) Overbroad, (7) Confidential Personnel Records and (8) Confidentiality. The information sought in this interrogatory constitute confidential personnel records that are not subject to disclosure pursuant to N.J.S.A. 47:1A-10, Executive Order 9 (Hughes) and Executive Order 11 (Byrne). See general objections, above. Subject to and without waiving the previous objections, and limiting its response to tenure track faculty members in the Finance Department of the School of Business during the time of plaintiff's employment, Responding Defendant states as follows: Responding Defendant has no information that is responsive to this interrogatory.**

**13.**      Identify any individual(s) employed by Defendant TCNJ against whom an allegation, accusation or finding was made that such employee engaged in misconduct of any kind and describe in details any disciplinary actions, terminations, counseling, write-ups, demotions, or other adverse employment actions that were taken by Defendant TCNJ against such individual(s) during Dr. Keep's employment at TCNJ.

**ANSWER:**      **Responding Defendant objects to this interrogatory on the following bases: (1) Legal Conclusion, (2) Time Frame, (3) Relevance, (4) Ambiguous,**

**(5) Form, (6) Overbroad, (7) Confidential Personnel Records, (8) Confidential EEO Records and (9) Confidentiality. The information sought in this interrogatory constitute confidential personnel records that are not subject to disclosure pursuant to N.J.S.A. 47:1A-10, Executive Order 9 (Hughes) and Executive Order 11 (Byrne). See general objections, above. Subject to and without waiving the previous objections, and limiting its response to tenure track faculty members in the Finance Department of the School of Business during the time of plaintiff's employment, Responding Defendant states as follows: Responding Defendant has no information that is responsive to this interrogatory.**

**14.**     Identify any individual(s) employed by Defendant TCNJ who have been investigated, written up, disciplined, reprimanded or otherwise accused of or cited for insubordination or acts that could be considered insubordination and describe in detail the allegations against the employee and any disciplinary actions taken by Defendant.

**ANSWER:**     **Responding Defendant objects to this interrogatory on the following bases: (1) Legal Conclusion, (2) Time Frame, (3) Relevance, (4) Ambiguous, (5) Form, (6) Overbroad, (7) Confidential Personnel Records and (8) Confidentiality. This interrogatory is overbroad in scope and vague in that the term "investigation" and phrase "acts that could be considered insubordination" are undefined. Moreover, the information sought in this interrogatory constitute confidential personnel records that are not subject to disclosure pursuant to N.J.S.A. 47:1A-10, Executive Order 9 (Hughes) and Executive Order 11 (Byrne). See general objections, above. Subject to and without waiving the previous objections, and limiting its response to tenure track faculty members in the Finance Department of the School of Business during the time of plaintiff's employment, Responding Defendant states as follows: Responding Defendant has no information that is responsive to this interrogatory.**

Defendant also amends its response to request for documents to include:

Choi Benefits File  001-150 (Parts 1&2);

Choi Personnel  File  001-098 (Parts 1&2) ;

Choi Supplemental Payment File 001-012;

April 14, 2021
Page 4

Mayo Final Letter 5.08.2020.001;

Mayo Report 001-005;

Doe.Pogue HR_EEO Staement;

Kim Personnel File 001-036;

Kim Supplemental File 001-004.

Please note some of these documents will be sent in separate emails.

Please contact me with any questions

Respectfully submitted,

GURBIR S. GREWAL
**ATTORNEY GENERAL OF NEW JERSEY**

By:      _/s/ John P. Cascio_____
          John P. Cascio
          Deputy Attorney General

.

Cc:

**Via Email Only**
Michael Canavan, Esq.

JPC/jpc
Attachments

EXHIBIT D

**John Cascio**

| | |
|---|---|
| **From:** | jlitvak litvaklegalgroup.com <jlitvak@litvaklegalgroup.com> |
| **Sent:** | Wednesday, May 12, 2021 1:41 PM |
| **To:** | John Cascio |
| **Subject:** | [EXTERNAL] Re: TCNJ |

Hi John,

I can depo Dr. Keep on 6/3 and will ask you to update availability of Dr. Partick for another day.

I am going to raise 3 issues with the court regarding the discovery:

1. The files I received for Choi and Kim are not complete. They miss most documents regarding promotion and reappointment, including teaching evaluations and other documents related to their performance.
2. I will be requesting personnel files of other TCNJ School of Business faculty hired and promoted within 2014-2021 time frame. I believe there are several professors who fall into this category.
3. I will also be requesting personnel files of Dr. Keep, Dr. Partick and Dr. Mayo.

I will be more than happy to discuss the above at your convenience.

---

**From:** John Cascio <John.Cascio@law.njoag.gov>
**Sent:** Tuesday, May 11, 2021 12:42 PM
**To:** jlitvak litvaklegalgroup.com <jlitvak@litvaklegalgroup.com>
**Subject:** RE: TCNJ

Hi Joe, trust you are doing well.

I'm open tomorrow and Tuesday. Please send me an email with your concerns prior to our call.

I haven't heard back from you regarding dep dates for the other witnesses. Assume Dietrich and Hume are going forward next week.

John,

John P. Cascio
Deputy Attorney General
Office of the Attorney General, Division of Law
State Police, Employment & Corrections (SPEC)

1

R.J. Hughes Justice Complex
25 Market Street | P.O. Box 112
Trenton, NJ 08625-0112
**Mobile Phone**: (732) 710-7437
**Fax**: (609) 777-3607
**Email**: john.cascio@law.njoag.gov

---

**From:** jlitvak litvaklegalgroup.com <jlitvak@litvaklegalgroup.com>
**Sent:** Tuesday, May 11, 2021 11:28 AM
**To:** John Cascio <John.Cascio@law.njoag.gov>
**Subject:** [EXTERNAL] TCNJ

Hi John,

I hope this email finds you in good health and spirits.

I am asking for your availability do go over the discovery disputes before I write a letter to the court. Please let me know.
Best
CONFIDENTIALITY NOTICE The information contained in this communication from the Office of the New Jersey Attorney General is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this e-mail, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the Office of the Attorney General at (609) 292-4925 to arrange for the return of this information.

EXHIBIT E

**John Cascio**

---

| | |
|---|---|
| **From:** | John Cascio |
| **Sent:** | Friday, May 21, 2021 3:41 PM |
| **To:** | jlitvak litvaklegalgroup.com |
| **Cc:** | Canavan, Michael |
| **Subject:** | Sorokina v TCNJ |

Good afternoon Joe,

   Your document production consist of  parts 1 & 2 totaling 14,609 pages.  Part 1 documents are numbered 1-1679; part 2 1680-14,609. No sub-parts,  index or document groupings are provided.  Our document request no. 1 asks for all documents relied upon when preparing discovery and disclosure responses. Your response is plaintiff produces all documents and references Doe 1-1679.  Request no. 2 asks for all documents in support of the allegations in the complaint. Again, the response is to see Doe 1-1679. Request no. 3 asks for all relevant documents and the response is see Doe 1-1679.  Request no. 20 asks for documents regarding plaintiff's job search and references part 2 pages 1680-14609.  These documents are not included in responses to requests 1, 2 or 3 and  we do not expect plaintiff to rely upon the in support of her claims.

   The document production itself is randomly assembled and disorganized. They are not grouped by year, subject matter or by any other method or system.  For example, the approximately first 200 pages of part 1 contains the following documents in the order listed below:
1. Pgs. 1-10:  travel/expense forms;
2. Pgs. 11-28: article "Why do banks choose to finance with equity";
3. Pgs.29-24: travel/expense forms;
4. Pgs. 35-54 article "Reactions of equity markets to recent financial reforms";
5. Pg. 55: 5/22/18 letter re reappointment;
6. Pgs. 56-77: article  "Analyst optimism in the automotive industry";
7. Pgs. 78-109 article " Robust methods in event studies: empirical evidence and theoretical implications";
8. Pgs. 110-111 : 6/30/19 letter re reappointment;
9. Pgs. 112-113: undated application for 5th and 6th  year reappointment";
10. Pgs. 114-119: 5/1/19 third year summative review and application for reappointment;
11. Pgs. 120-124: 6/3/19 letter re reappointment;
12. Pgs. 125-126: 4/2/19 letter from pltf;
13. Pgs. 127-134: 3/7/19 EEOC interview;
14. Pgs. 135-136: checklist;
15. Pgs.137-140: MBA policies emails;
16. Pgs.141-146: 3/17/18 profession development essay;
17. Pgs.142-152: duplicate of above essay;
18. Pgs.153: web ex meeting invitation;
19. Pgs. 154-155: checklist;
20. Pgs. 156-157: cover page 4[th] year application for reappointment;
21. Pgs. 158-177: standardized curriculum vitae;
22. Pgs. 178-184: 8/20/15 Finance Dept. Disciplinary Standards;
23. Pg. 185: 5/6/19 letter from pltf.;
24. Pg. 186: duplicate of above 5/1/19 letter from pltf.;
25. Pgs. 187-188: 5/15/17 letter re reappointment;
26. Pg. 189-190: undated letter re MBA program;
27. Pg. 191:  1/23/19 letter From Princeton Medical Group;
28. Pg. 192: 3/27/19 email;

29. Pgs. 193-195: duplicate of pgs. 187-188 above;
30. Pgs. 195-201: 6/14/17 letter from dean re reappointment with attachments.

      The remainder of the documents are also not organized or grouped.  Plaintiff has alleged multiple claims of discrimination under the LAD  and Title VII. We requested specific responses for each category but no specific response was provided. Defendant should not have to search through all of the documents 1-1679  and speculate  which documents plaintiff will be relying upon in support of each claim. The particular requests and responses are as follows:

1.  Document request no. 30: this request is for documents supporting her Count I Title VII  gender based discrimination claim. Plaintiff refers to all documents in her possession nos. 1-1679.  Please provide the pages for the particular documents in support of this claim;

2.   Document request no. 31: this request is for documents supporting her Count II Title VII  national origin discrimination claim. Plaintiff refers to all documents in her possession nos. 1-1679.  Please provide the pages for the particular documents in support of this claim;

3.  Document request no. 32: this request is for documents supporting her Count III Title VII pregnancy based  discrimination claim. Plaintiff refers to all documents in her possession nos. 1-1679.  Please provide the pages for the particular documents in support of this claim;

4.  Document request no. 33: this request is for documents supporting her Count IV Title VII retaliation claim. Plaintiff refers to all documents in her possession nos. 1-1679.  Please provide the pages for the particular documents in support of this claim;

5.  Document request no. 34: this request is for documents supporting her Count V LAD  gender based discrimination claim. Plaintiff refers to all documents in her possession nos. 1-1679.  Please provide the pages for the particular documents in support of this claim;

6.  Document request no. 35: this request is for documents supporting her Count VI LAD  national origin based discrimination claim. Plaintiff refers to all documents in her possession nos. 1-1679.  Please provide the pages for the particular documents in support of this claim;

7.  Document request no. 36: this request is for documents supporting her Count VII  LAD  pregnancy based discrimination claim. Plaintiff refers to all documents in her possession nos. 1-1679.  Please provide the pages for the particular documents in support of this claim;

8.  Document request no. 37: this request is for documents supporting her Count VIII LAD  retaliation  based discrimination claim. Plaintiff refers to all documents in her possession nos. 1-1679.  Please provide the pages for the particular documents in support of this claim.

      The production is also deficient as follows:

9.  Document request no. 11: this request is for documents memorializing communications with defendant and this answer is that plaintiff will "'supplement" once available.  Does plaintiff have in her possession any responsive documents?

10. Document request no. 14 : please provide documents in plaintiff's possession. It is unacceptable to state the documents " are more accessible to TCNJ from its own records and file;

11. Document request no. 15: plaintiff states she has already provided the documents in response to this request but does not identify the documents-what are they?;

12. Document request no. 16: this requests all documents obtained from defendant and states "plaintiff produces all documents in her possession".  Were all of these documents obtained from defendant?

13. Document request no. 21: this request asks for records regarding civil or criminal lawsuits. Plaintiff's response is that the documents may contain privileged/work product documents and no documents were produced. Please provide us with non-privileged/non-work product documents;

14. Document request no. 23: please provide us with all non-expert investigative reports:

15. Document request no. 24: : this request asks for records regarding  claims against the State. Plaintiff's response is that the documents may contain privileged/work product documents and no documents were produced. Please provide us with non-privileged/non-work product documents;

With respect to the 3 issues raised in your 5/12/21 email:

1. We are searching for Dr. Choi and Dr. Kim documents regarding promotion and reappointment, teaching evaluations and other documents related to performace as requested and  will forard them to you after receipt and redaction.;

2. The request for personnel files of other TCNJ School of Business faculty hire and promoted within the 2014-2021 time frame was not included in your first request for production of documents.  Please serve us with a supplemntal request.

3. The request for personnel files of Dr. Keep, Dr. Patrick and Dr. Mayo was not included in your first request for production. Please serve us with a supplemental request.

I am avilable next week to further discuss.

John,


John P. Cascio
Deputy Attorney General
Office of the Attorney General, Division of Law
State Police, Employment & Corrections (SPEC)
R.J. Hughes Justice Complex
25 Market Street | P.O. Box 112
Trenton, NJ 08625-0112
**Mobile Phone**: (732) 710-7437
**Fax**: (609) 777-3607
**Email**: john.cascio@law.njoag.gov

EXHIBIT F

**John Cascio**

| | |
|---|---|
| **From:** | John Cascio |
| **Sent:** | Monday, May 31, 2021 1:25 PM |
| **To:** | jlitvak litvaklegalgroup.com |
| **Cc:** | Michael Canavan |
| **Subject:** | Sorokina v TCNJ |
| **Attachments:** | A. Dean Recommendation.001-004.pdf; A.CPTC.Recommendation.001.pdf; A.Provost.Letter.Choi_ssfversionfile_1548960409608_.pdf; A.PRC.Recommendation.001-006.pdf; Kim.Dean Evaluation Recommendation.001.pdf; Kim.PRC Recommendation Signed.001-005.pdf; Kim.PRC.Evaluation Recommendation.001-006.pdf; Kim.Provost Letter.001.pdf |

Good afternoon Joe, since you were unable to reach out to me Friday to discuss, in response to your "issues" below we respond as follows:

1.  In response to your document request no. 1  the Dean's Office records were produced and marked  TCNJ 476-600;
2.  In response to your document request no. 3 I have attached  the reappointment and promotion documents for Dr. Choi and Dr. Kim. These documents were served with our April 14, 2021 supplemental response;
3.  Your document request no. 4 pertains to student teaching evaluations and not to hiring, reappointment or promotion documents as stated by you and therefore no response is provided;
4.  Documents in response to your document request no. 9 were served with our April 14, 2021 supplemental response: Mayo Final Letter, Mayo Report and Doe Pogue Statement;
5.  Documents in response to your document request no. 14 were served with our April 14, 2021 supplemental response. I disagree with your recollection of Ms. Dietrich's deposition testimony;
6.  In response to your document request no. 22 we objected to the request on the grounds that the question is ambiguous and calls for a legal conclusion. It is our position that no "adverse employment actions" against Finance Dept. faculty members have been undertaken during the years in          question and therefore no documents provided.

Sincerely,

John P. Cascio
Deputy Attorney General
Office of the Attorney General, Division of Law
State Police, Employment & Corrections (SPEC)
R.J. Hughes Justice Complex
25 Market Street | P.O. Box 112
Trenton, NJ 08625-0112
**Mobile Phone**: (732) 710-7437
**Fax**: (609) 777-3607
**Email**: john.cascio@law.njoag.gov

---

**From:** jlitvak litvaklegalgroup.com <jlitvak@litvaklegalgroup.com>
**Sent:** Thursday, May 27, 2021 1:32 AM
**To:** John Cascio <John.Cascio@law.njoag.gov>
**Subject:** [EXTERNAL] TCNJ

**I hope you are doing well.**

**The issues for our upcoming phone call:**

1. **No 1. document request, the response is incomplete. As we learned from the documents produced so far, along with the testimony of Tammy Dietrich at the deposition, the Dean's Office maintained the second personnel file in the School of Business. I believe that TCNJ did not produce any of the documents from that file at all.**
2. **Request No. 3, TCNJ has not produced any documents.**
3. **Request No. 4 TCNJ has not produced any documents. This is my request that we discussed two weeks ago on the phone. I do not need their complete files, however, I will need their hiring, reappointment, and promotion papers.**
4. **Request No. 9 TCNJ has not produced any documents. These are the documents I was referring to in our conversation two weeks ago and also in the email. I am not seeking their complete personnel files, just the part related to the reports of discrimination, etc.**
5. **Request No. 14 TCNJ has not produced any documents. I hope you recall from the recent deposition that there were at least several discipline issues with other faculty.**
6. **Request No. 22 TCNJ has not produced and documents.**

**Sincerely,**
S. Joseph ("Joe") Litvak Esq., LL.M.(Taxation, Intellectual Property)
Attorney at Law,
Licensed in Pennsylvania, New York, New Jersey and North Carolina.

In PA: (215) 515-7113
In NJ: (732) 624-6283
In NY: (917) 960-2334
Direct: (267) 443-7755

Fax: (267) 543-5706

Litvak Legal Group, PLLC.
www.litvaklegalgroup.com

Lower Bucks County:
3070 Bristol Pike
Bldg One, Suite 204
Bensalem, Pennsylvania, 19020

In Philadelphia:
1700 Market Street, Suite 1005
Philadelphia, Pennsylvania, 19103



CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

If this email concerns bankruptcy issues, I am designated by federal law as a debt relief agent because I help people file for assistance under the bankruptcy laws.

**I do not consent and rescind any consent, implied or given, to the service of process or service of papers by electronic means or facsimile.**

# EXHIBIT G

**John Cascio**

| | |
|---|---|
| **From:** | jlitvak litvaklegalgroup.com <jlitvak@litvaklegalgroup.com> |
| **Sent:** | Thursday, May 27, 2021 1:32 AM |
| **To:** | John Cascio |
| **Subject:** | [EXTERNAL] TCNJ |

**I hope you are doing well.**

**The issues for our upcoming phone call:**

1. **No 1. document request, the response is incomplete. As we learned from the documents produced so far, along with the testimony of Tammy Dietrich at the deposition, the Dean's Office maintained the second personnel file in the School of Business. I believe that TCNJ did not produce any of the documents from that file at all.**
2. **Request No. 3, TCNJ has not produced any documents.**
3. **Request No. 4 TCNJ has not produced any documents. This is my request that we discussed two weeks ago on the phone. I do not need their complete files, however, I will need their hiring, reappointment, and promotion papers.**
4. **Request No. 9 TCNJ has not produced any documents. These are the documents I was referring to in our conversation two weeks ago and also in the email. I am not seeking their complete personnel files, just the part related to the reports of discrimination, etc.**
5. **Request No. 14 TCNJ has not produced any documents. I hope you recall from the recent deposition that there were at least several discipline issues with other faculty.**
6. **Request No. 22 TCNJ has not produced and documents.**


**Sincerely,**
S. Joseph ("Joe") Litvak Esq., LL.M.(Taxation, Intellectual Property)
Attorney at Law,
Licensed in Pennsylvania, New York, New Jersey and North Carolina.

In PA: (215) 515-7113
In NJ: (732) 624-6283
In NY: (917) 960-2334
Direct: (267) 443-7755

Fax: (267) 543-5706

Litvak Legal Group, PLLC.
www.litvaklegalgroup.com

Lower Bucks County:
3070 Bristol Pike
Bldg One, Suite 204
Bensalem, Pennsylvania, 19020

In Philadelphia:
1700 Market Street, Suite 1005
Philadelphia, Pennsylvania, 19103

I



CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

If this email concerns bankruptcy issues, I am designated by federal law as a debt relief agent because I help people file for assistance under the bankruptcy laws.

**I do not consent and rescind any consent, implied or given, to the service of process or service of papers by electronic means or facsimile.**

# EXHIBIT H

FY 2015 Faculty Travel Requests

| Faculty | Type of Request | Amount Requested | Amount Approved | Amount Expended | Estimate or Actual | Actual - Estimate | Travel Dates | Conference | Location | Reflected on Budget sheet |
|---|---|---|---|---|---|---|---|---|---|---|
| Blue shading = Request in system | | | | | | | | | | |
| Average per trip | | | | | | | | | | |
| Average per faculty | | #REF! | | $1,587.11 | | | | | | |
| Ostrander | SD | $2,101.40 | $2,101.40 | $2,124.36 | Actual | $22.96 | 03/11/15 | AACSB Assessment Conf | Austin, TX | apr |
| Greichman | C | $1,500.00 | $1,500.00 | $1,500.00 | Actual | $0.00 | 05/21/15 | Intl Comm Association | Puerto Rico, PR | Jun |
| Chiang | C | $1,385.00 | $1,500.00 | $1,500.00 | Actual | $0.00 | 08/02/14 | AAA 2014 Annual Meeting | Atlanta, GA | aug |
| Chiang | C | $320.00 | $320.00 | $300.00 | Actual | -$20.00 | 10/10/14 | 9th International Conference on Business and Ed | Arlington, VA | nov |
| Choi | RC | $1,418.00 | $1,461.95 | $1,461.95 | Actual | $0.00 | 10/14/14 | FMA Annual Meeting | Nashville, TN | nov |
| Domingo | C | $1,500.00 | $1,500.00 | $1,500.00 | Actual | $0.00 | 08/02/14 | AAA Annual Meeting | Atlanta, GA | aug |
| Germann | C | $10.00 | $10.00 | $10.00 | Actual | $0.00 | 10/14/14 | Rutgers NJCBAA | NJ | aug |
| Germann | SD | $1,908.06 | $1,908.06 | $1,908.06 | Actual | -$1,898.06 | 03/11/15 | AACSB Assessment Conf | New York, NY | apr |
| Hume | S | $34.00 | $34.00 | $31.35 | Actual | -$2.65 | 03/16/15 | JP Morgan Trip | New York, NY | apr |
| Hume | C | $2,152.32 | $1,500.00 | $1,500.00 | Actual | $0.00 | 07/08/14 | EGOS European Group & Org Studies | Netherlands | aug |
| Hume | C | $1,488.00 | $1,488.00 | $1,488.00 | Actual | $0.00 | 08/02/14 | AAA 2014 Annual Meeting | Atlanta, GA | aug |
| Hume | RC | $1,100.00 | $0.00 | $1,156.27 | Estimate | -$331.73 | 10/14/14 | FMA Annual Meeting | Nashville, TN | nov |
| Karlowitsch | S | $185.00 | $185.00 | $181.50 | Actual | -$3.50 | 10/16/14 | PA women's Conference | Philadelphia, PA | nov |
| Keep | FD | $535.15 | $535.15 | $545.14 | Actual | $9.99 | 03/31/15 | Congressional staff briefing and evening event | Washington, DC | apr |
| Keep | FD | $82.00 | $82.00 | $82.00 | Actual | $0.00 | 03/20/15 | Mid Atlantic Organizational Behavior Teaching | Newtown, PA | apr |
| Keep | C | $1,449.54 | $1,449.54 | $1,449.54 | Actual | $0.00 | 06/15/15 | CHARM conference | Long Beach, CA | jun |
| Keep | C | $2,672.00 | $2,672.00 | $1,075.57 | Actual | $0.00 | 06/15/15 | SBSI visit | Shanghai, China | jun |
| Keep | C | $0.00 | $0.00 | $0.00 | Actual | $0.00 | 11/04/14 | WorldatWork certification course | Boston, MA | dec |
| Kravitz | SD | $1,797.65 | $1,797.65 | $1,535.96 | Actual | -$261.69 | 03/11/15 | AACSB Assessment Conf | Austin, TX | apr |
| Kravitz | C | $1,791.00 | $1,500.00 | $1,500.00 | Actual | $0.00 | 08/02/14 | Academy of Legal Studies in Business | Seattle, WA | aug |
| Kravitz | SD | $2,355.20 | $2,355.20 | $2,068.15 | Actual | -$287.05 | 03/11/15 | AAA 2014 Annual Meeting | Austin, TX | apr |
| Laaber | RC | $645.00 | $645.00 | $616.00 | Actual | -$29.00 | 08/02/14 | ASSA Economics Conference | Philadelphia, PA | aug |
| Lecther | C | $185.00 | $185.00 | $150.00 | Actual | -$35.00 | 10/16/14 | PA women's Conference | Philadelphia, PA | nov |
| Lelkovik | FD | $82.00 | $82.00 | $82.00 | Actual | $0.00 | 03/20/15 | Academy of Management Annual Conference | Philadelphia, PA | apr |
| Lillevik | C | $1,213.00 | $1,352.25 | $1,352.25 | Actual | $0.00 | 10/23/14 | Association for Consumer Research | Baltimore, MD | nov |
| Marutca | C | $0.00 | $888.00 | $68.00 | Actual | -$68.00 | 11/09/14 | EEA | Wayne, NJ | dec |
| Marutca | C | $0.00 | $0.00 | $57.64 | Actual | $0.00 | 02/27/15 | WPRI National Sales Challenge | New York, NY | mar |
| McCarty | C | $310.00 | $64.00 | $350.40 | Actual | -$29.60 | 04/07/15 | National Collegiate Sales Competition | Kennesaw, GA | apr |
| Mirtcheva | C | $64.00 | $64.00 | $103.05 | Actual | -$48.86 | 04/17/15 | PSE National Conference | Houston, TX | may |
| Mirtcheva | C | $2,156.00 | $1,500.00 | $1,500.00 | Actual | $419.05 | 03/19/15 | SAS Analytics Workshop | New York, NY | nov |
| Mirtcheva | C | $1,914.00 | $1,500.00 | $1,006.63 | Actual | $0.00 | 08/02/14 | Academy of Int'l Business Annual Mtg | Rhode Island | dec |
| Moncada | RC | $482.00 | $482.00 | $0.00 | Actual | -$493.37 | 01/01/15 | ASSA Economics Conference | Boston, MA | feb |
| Naples | C | $2,172.76 | $2,172.76 | $1,500.00 | Actual | $0.00 | 08/02/14 | Academy of Management Annual Conference | Philadelphia, PA | aug |
| Neves | C | $250.00 | $249.85 | $1,500.00 | Actual | $0.00 | 11/06/14 | AAA 2014 Annual Meeting | Atlanta, GA | aug |
| Noun | S | $130.00 | $130.00 | $62.00 | Actual | -$0.15 | 11/09/14 | FSU Int'l Collegiate Sales Conf | Orlando, FL | dec |
| Pelham | S | $380.00 | $380.00 | $350.40 | Actual | -$68.00 | 04/07/15 | WPRI National Sales Challenge | Wayne, NJ | dec |
| Pelham | S | $1,407.69 | $1,407.69 | $1,398.94 | Actual | -$8.75 | 04/17/15 | National Collegiate Sales Competition | New York, NY | apr |
| Pelham | D | $70.00 | $70.00 | $59.50 | Actual | -$10.59 | 10/14/14 | SAS Analytics Workshop | New York, NY | mar |
| Samanta | C | $970.00 | $997.50 | $991.89 | Actual | -$5.61 | 11/12/14 | Academy of Int'l Business Annual Mtg | Rhode Island | dec |
| Samanta | RC | $210.00 | $210.00 | $200.18 | Actual | -$9.82 | 01/01/15 | ASSA Economics Conference | Boston, MA | feb |
| Samanta | S | $392.00 | $392.00 | $205.50 | Actual | -$186.50 | 02/26/15 | Eastern Economic Association Meeting | New York, NY | mar |
| Samanta | S | $70.00 | $70.00 | $67.95 | Actual | -$2.05 | 04/17/15 | ODE Student Research Conference | Collegeville, PA | may |
| Shahid | C | $2,108.00 | $1,500.00 | $1,500.00 | Actual | $0.00 | 08/02/14 | AAA 2014 Annual Meeting | Atlanta, GA | aug |
| Total all trips, all faculty | | #REF! | $40,971.89 | $37,411.63 | | -$3,377.84 | | | | |
| Vandegrift | C | $1,465.20 | $1,465.20 | $1,435.70 | Actual | -$29.50 | 01/01/15 | N Am Mtg of Regional Science Assoc | Orlando, FL | feb |
| Tucci | C | $1,311.50 | $1,311.50 | $1,368.11 | Actual | $56.61 | 11/12/14 | International Association of Business | Bethesda, MD | dec |
| Student related trip | | | | | | | | | | |

## FY 2015 Faculty Travel Requests

| Faculty | Type of Request | Amount Requested | Amount Approved | Amount Expended | Estimate or Actual | Actual-Estimate | Travel Dates | Conference | Location | Reflected on Budget sheet |
|---|---|---|---|---|---|---|---|---|---|---|
| Hume | C, S | $1,350.00 | $0.00 | | XI Rice Student Investment Forum Eastern Finance Association | September | | | | |
| | | | | | | | | | | |
| Shahid | N | $1,600.00 | $0.00 | 2483.54 | AAA National Conference | | | | | |
| | | | | | | | | | | |
| Chiang | C | $1,550.00 | $0.00 | $1,036.52 | American Accounting Association National Conference | 983.54 | | | | |
| | | | | | | | | | | |
| Evelhm | S | $125.00 | $0.00 | | William Paterson RE | September | | | | |
| Pelham | S | $220.00 | $0.00 | | National Collegiate Sales Competition | | | | | |
| Moreau | S | $872.00 | $0.00 | | CUR Student Poster Event | april | | | | |
| | | | | | | dec | | | | |
| | | | | | | april | | | | |
| | Non-Student | -$1,253.30 | | | | | | | | |
| | Student: | $2,718.50 | | | | $40,297.44 | | | | |

Legend for Abbreviations:
D: Development
N: National Conference
R: Regional Conference
F: Faculty Development
RC: Recruiting

## Faculty Development - President's Fund FY 15

| Faculty | Type of Request | Amount Requested | Potential $1500 max | Amount Approved | Amount Expended | Role | Estimate or Actual | Actual-Estimate | Travel Dates | Conference | Location | Reflected on Budget sheet |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monseau | F C | $663.60 | $663.60 | $663.60 | $554.60 | | Actual | -$109.00 | 11/06/14 | Global Challenges Institute: Educating Globally | Galloway, NJ | dec |
| Hume | C | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 | | Actual | $0.00 | 06/27/15 | Academy of International Business Annual Meeting | Bengaluru, India | jul |
| Chiang | C | $500.00 | $500.00 | $500.00 | -$200.00 | | Actual | -$200.00 | 04/01/15 | American Accounting Association Regional Meeting | N/A | may |
| Keep | C | $2,411.65 | $2,411.65 | $2,411.65 | $2,376.15 | | Actual | $0.00 | 04/25/15 | AACSB International Conference | Tampa, FL | may |
| Leven | C | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | | Actual | $0.00 | 06/19/15 | International Polish Conference | Toronto, CA | jun |
| Monseau | F | $864.00 | $864.00 | $864.00 | $719.00 | | Actual | -$145.00 | 04/24/15 | North East Acad Legal Studies Conference | Princeton, NJ | may |
| Lasher | F | $767.00 | $767.00 | $767.00 | $719.00 | | Actual | -$48.00 | 04/24/15 | North East Acad Legal Studies Conference | Princeton, NJ | may |
| Shahid | C | $415.00 | $0.00 | $415.00 | $285.00 | | Actual | $0.00 | 04/23/15 | AAA Mid Atlantic Regional Meeting | Cherry Hill, NJ | may |
| Keep | C | $120.23 | $120.23 | $120.23 | $120.23 | | Actual | $0.00 | 11/03/14 | Career Center visit to NYC | nyc | nov |
| Mircheva e | C | $816.20 | $816.20 | $816.20 | $741.20 | | Actual | -$75.00 | 1/10-1/22/15 Valparaiso | | Chicago | feb |
| Nouri | C | $600.00 | $600.00 | $305.00 | $280.00 | | Actual | -$25.00 | 04/23/15 | AAA Mid Atlantic Regional Meeting | Cherry Hill, NJ | may |
| Wallace | C | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 | | Actual | $0.00 | 3/17-3/20 | Cengage Learning 20th Annual Computing Conference | Phoenix, AZ | apr |
| Ahluwat | C | $1,000.00 | $1,000.00 | $1,000.00 | $1,500.00 | Estimate | | $500.00 | 6/26-29/15 | AABRS 18th Annual International Conference | Venice, Italy | jun |
| Letcher | T | $140.00 | $140.00 | $140.00 | $140.00 | | Actual | $0.00 | 04/01/15 | Great Courses Video Lectures on Data Analytics | n/a | jun |
| Neves | C | $60.00 | $60.00 | $60.00 | $61.00 | | Actual | $1.00 | 04/29/15 | NJ Big Data - Rowan University | Glassboro, NJ | may |
| Tang | C | $1,500.00 | $1,500.00 | $1,500.00 | $2,194.35 | | Actual | $694.35 | 06/19/15 | International Conference | Warsaw, Poland | jun |
| Ghitulescu | C | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 | | Actual | $0.00 | 5/31 - 6/6/15 | CARMA Short Courses in Qualitative Data Analysis | Boston, MA | jun |
| Total all trips, all faculty | | $21,879.68 | $16,942.68 | $15,562.68 | $14,490.53 | | | -$102.00 | | | | |

| | Allocation | $16,228.00 | | Total of Actuals and Projected Not Completed | $14,350.53 |
|---|---|---|---|---|---|
| | Remainder -$714.68 | Actual $1,737.47 | | Training Materials | $140.00 |
| | | | | Faculty Travel for Prof Development & Conf. Presentations | $14,490.53 |

1737.47

# FY 2016 Faculty Travel Requests

| Faculty | Type of | Amount | Amount Approved | Amount Expended | Estimate or Actual | Actual-Estimate | Travel Dates | Conference | Location | Reflected on Budget sheet |
|---|---|---|---|---|---|---|---|---|---|---|
| Allawat | F | $779.50 | $779.50 | $747.05 | Actual | -$32.45 | 10/22/15-10/24/15 | NABET Faculty Conference | State College, PA | nov |
| Allawat | S | $1,390.00 | $1,390.00 | $1,002.79 | Actual | -$387.21 | 2/2-2/6/16 | 2016 Academic Chairpersons Conference | Charleston,SC | Apr |
| Allawat | S | $1,325.00 | $1,325.00 | $0.00 | Actual | $0.00 | 3/30/16-4/3/16 | AABRI International Conference | San Antonio, TX | Did not go |
| Baker | F | $1,903.90 | $1,500.00 | $1,493.26 | Actual | -$6.74 | 11/20-24/15 | Southern Economic Association | San Luis Obispo, CA | July |
| Freedman | F | $1,500.00 | $1,500.00 | $0.00 | Estimate | $0.00 | 6/22/16-6/29/16 | AMA's Annual Public Policy Conference | San Antonio, TX | |
| Choi | F | $140.80 | $140.80 | $39.50 | Actual | -$101.30 | 4/27/16-4/27/16 | Thomson Reuters' Finance Forum | NY, NY | |
| Choi | F | $1,800.00 | $1,500.00 | $1,500.00 | Actual | $0.00 | 8/9/15-8/12/15 | American Accounting Association Nat'l Mtg | Chicago, IL | sep |
| Germana | F | $796.50 | $796.50 | $714.33 | Actual | -$82.17 | 10/14/15-10/16/15 | MAACBA Annual Conference | | |
| Germana | F | $42.00 | $42.00 | $23.25 | Actual | -$18.75 | 4/27/16-4/27/16 | Thomson Reuters' Finance Forum | NY, NY | sep |
| Germana | F | $42.00 | $42.00 | $18.75 | Actual | $18.75 | 4/27/16-4/27/16 | Thomson Reuters' Finance Forum | NY, NY | |
| Germana | F | $2,987.00 | $1,500.00 | $2,000.00 | Actual | $500.00 | 8/6/15-8/12/15 | Academy of Management Annual Conference | Vancouver, Canada | sep |
| Ghiuldescu | F | $2,130.75 | $1,500.00 | $1,500.00 | Actual | $0.00 | 12/19/15-12/22/15 | International Academy of Business and Economics | San Francisco, CA | Apr |
| Ghiulescu | F | $42.50 | $42.50 | $63.81 | Actual | $21.31 | 4/19/16-4/16/16 | Alumni Night | NY, NY | May |
| Ghiulescu | F | $800.00 | $800.00 | $471.03 | Actual | -$328.97 | 10/14/15-10/16/15 | MAACBA Annual Conference | | |
| Hantonitsch | F | $580.00 | $580.00 | $371.00 | Actual | -$209.00 | 9/25/15-10/1/15 | ISA tour | | |
| Josep | F | $541.00 | $541.00 | $633.25 | Actual | $92.25 | 10/13/15-10/14/15 | Panel discussion House of Representatives | | |
| Josep | F | $41.00 | $41.00 | $31.70 | Actual | -$9.30 | 4/27/16-4/27/16 | Thomson Reuters' Finance Forum | NY, NY | |
| Josep | F | $673.81 | $673.81 | $690.19 | Actual | $16.38 | 10/15-10/17/15 | Financial Management Association Annual Meeting | Orlando, FL | nov |
| Josep | F | $631.85 | $631.85 | $626.69 | Actual | -$5.16 | 4/7/16-4/9/16 | Eastern Finance Association Annual Meeting | Baltimore, MD | Apr |
| Kim | F | $35.00 | $35.00 | $32.00 | Actual | -$3.00 | 4/27/16-4/27/16 | Thomson Reuters' Finance Forum | NY, NY | May |
| Kim | F | $1,745.50 | $1,500.00 | $0.00 | Actual | $0.00 | 3/30/16-4/3/16 | AABRI International Conference | San Antonio, TX | Did not go |
| Kravitz | F | $1,574.23 | $1,574.23 | $1,171.65 | Actual | -$328.95 | 8/5/15-8/10/15 | Academy of Legal Studies in Business | Philadelphia, PA | sep |
| Lasker | F | $1,072.50 | $1,072.50 | $1,076.66 | Actual | $4.16 | 4/29/16-5/1/16 | NE. Academy of Legal Studies in Business | Manchester, VT | June |
| Lasker | F | $1,800.00 | $1,500.00 | $1,407.06 | Actual | -$92.94 | 5/8/16-5/14/16 | International Conference on EU Pension Benefits | Warsaw, Poland | June |
| Lasker | F | $3,114.50 | $1,500.00 | $2,000.00 | Actual | $500.00 | 8/6/15-8/12/15 | Academy of Management Annual Conference | Vancouver, Canada | sep |
| Leven | F | $55.80 | $55.80 | $55.80 | Actual | $0.00 | 5/9/16-5/9/16 | HRMA annual dinner | Princeton, NJ | June |
| Lillevik | F | $1,556.00 | $1,500.00 | $1,500.00 | Actual | $0.00 | 9/30/15-10/4/15 | Association for Consumer Research Annual Conf | | |
| Lillevik | F | $515.00 | $515.00 | $517.76 | Actual | $2.76 | 8/6/15-8/10/15 | Academy of Legal Studies in Business | Philadelphia, PA | sep |
| Lillevik | F | $1,599.75 | $1,500.00 | $1,243.78 | Actual | -$254.22 | 2/25/16-2/28/16 | Eastern Economic Association | Washington, DC | Apr |
| McCarty | F | $708.40 | $708.40 | | Estimate | $0.00 | 6/11/16-6/30/16 | Training in Cost-Effectiveness & Benefit-Cost Methods | NY, NY | July |
| Monteau | F | $89.40 | $89.40 | $65.17 | Actual | -$24.23 | 4/15/16-4/15/16 | 2016 ODE Undergraduate Economics Conference | Collegeville, PA | May |
| Staples | F | $1,072.50 | $1,072.50 | $785.00 | Actual | -$287.50 | 4/29/16-5/1/16 | North East Academy of Legal Studies Annual Meeting | Manchester, VT | May |
| Staples | F | $1,106.00 | $1,106.00 | $0.00 | Actual | $0.00 | 2/25/16-2/28/16 | Eastern Economic Association | Washington, DC | |
| Staples | F | $84.27 | $84.27 | $128.07 | Actual | $43.80 | 11/5/15-11/5/15 | Fed Challenge | Philadelphia, PA | Did not go |
| Gurri | F | $2,590.00 | $1,500.00 | $1,500.00 | Actual | $0.00 | 8/8/15-8/12/15 | American Accounting Association Nat'l Mtg | Chicago, IL | sep |
| Grady | F | $584.90 | $584.90 | $526.00 | Actual | $0.00 | 4/28/16-5/1/16 | Water: Evolution of Ownership | Tucson, AZ | june |
| Grady | F | $600.00 | $600.00 | $58.00 | Estimate | -$58.00 | 6/9/16-6/11/16 | Association of Enviro and Resources Economics | | july |

TCNJ 000699

FY 2016 Faculty Travel Requests

Page 2 of 2

| Faculty | Type of | Amount | Amount Approved | Amount Expended | Estimate or Actual | Actual-Estimate | Travel Dates | Conference | Location | Reflected on Budget sheet |
|---|---|---|---|---|---|---|---|---|---|---|
| Pelham | F | $196.00 | $196.00 | $46.00 | Actual | -$150.00 | 10/30-31/15 | Pi Sigma Epsilon Regional Competition | Langhorne, PA | nov |
| Pelham | F | $152.00 | $152.00 | $127.67 | Actual | -$24.33 | 11/17-21/15 | Wayne Patterson U, National Sales Challenge | Wayne, NJ | dec |
| Pelham | F | $227.00 | $227.00 | $194.92 | Actual | -$32.08 | 11/3-7/15 | Florida State University Int'l Sales Competition | Orlando, FL | dec |
| Pelham | F | $290.00 | $290.00 | $287.50 | Actual | -$2.50 | 11/12-14/15 | Northeast Intercollegiate Sales Competition | Smithfield, RI | dec |
| Pelham | F | $386.00 | $386.00 | $385.45 | Actual | -$0.55 | 4/1/16-4/1/16 | National Collegiate Sales Competition | Kennesaw, GA | Apr |
| Sumanta | F | $250.00 | $250.00 | $272.00 | Actual | $22.00 | 1/1/16-1/5/16 | Annual Conference of ASSA | San Francisco, CA | oct |
| Sumanta | F | $2,213.50 | $1,500.00 | $1,727.28 | Actual | $227.28 | 12/10/15-12/24/15 | Biennial conference of Indian Journal of Economics | Kolkata, India | ? |
| Sumanta | F | $83.60 | $83.60 | $85.70 | Actual | $2.10 | 4/15/16-4/15/16 | ODE Undergrad Research Conf. | Collegeville, PA | Apr |
| Ling | F | $1,500.00 | $1,500.00 | | Estimate | $0.00 | 6/15/16-6/18/16 | 2016 International Conference on Management | Taipei, Taiwan | August |
| Fucci | F | $1,561.21 | $1,500.00 | $1,575.16 | Actual | $75.16 | 1/1/16-1/6/16 | International Academy of Business &Public Admin | Orlando, FL | oct |
| Fucci | F | $882.87 | $0.00 | | Actual | $1,575.16 | 12/16/15-12/19/15 | SAS Workshop Data Mining | | oct |
| Fucci | F | $826.00 | $826.00 | $730.73 | Actual | -$55.27 | 3/17-20/16 | 2016 Sawtooth Software Marketing Analytics Consulting Challenge | Florida | Apr |
| Fucci | F | $549.00 | $549.00 | $0.00 | Estimate | $0.00 | 5/23/16-5/27/16 | Manhattan College Analytics Competition | NY, NY | June |
| Lindegrift | F | $65.25 | $65.25 | $64.25 | Actual | -$1.00 | 12/4/2015 | Phila Fed Policy Forum | Philadelphia, PA | |
| Vandegrift | F | $113.00 | $113.00 | $59.40 | Actual | -$53.60 | 4/15/16-4/15/16 | 2016 ODE Undergraduate Economics Conference | Collegeville, PA | May |
| Wallace | F | $2,225.00 | $1,500.00 | $0.00 | Actual | $0.00 | 3/8/16-3/13/16 | National Business and Economics Society Conf | Los Cabos, Mexico | Did not go |
| Total all trips, all faculty | | $49,229.79 | $40,845.58 | $31,090.32 | | $533.14 | | | | |
| Average per trip | | $963.35 | | | | | | | | |
| Average per faculty | | $657.56 | | | | | | | | |

| | |
|---|---|
| Non-Student | $54,074.08 |
| Student | $6,771.50 |

Legend for Abbreviations:

D: Development
N: National Conference
R: Regional Conference
F: Faculty Development
RC: Recruiting
SD: Staff Development
NET: Networking

C: Chair a session, participate in discussion, presenter
A: AACSB
S: Student Activity

## Faculty Development

| Faculty | Type of | Amount | Amount Approved | Amount Expended | Estimate or Actual | Actual | Travel Dates | Conference/Training | Location | Reflected on Budget sheet |
|---|---|---|---|---|---|---|---|---|---|---|
| Aldouri | F | $1,500.00 | $1,500.00 | | Actual | $0.00 | 6/25/15-6/28/15 | Paper Presentation, | Venice, Italy | July |
| Tosi | F | $1,006.31 | $1,006.30 | | Actual | -$0.01 | 7/12-7/17/15 | SAS Headquarters | Cary, NC | September |
| Samanta | F | $1,135.00 | $1,135.00 | | Actual | -$84.18 | 7/12-7/17/15 | SAS Headquarters | Cary, NC | August |
| Baker | F | $1,587.95 | $1,500.00 | | Actual | $0.00 | 11-5/16 | American Economic Association | San Francisco, CA | March |
| Ghulyeva | F | $750.00 | | | Estimate | $0.00 | 6/11-6/30/16 | Teachers College, Columbia University | New York, NY | jun |
| Ghulyeva | F | $2,987.00 | $500.00 | $500.00 | Actual | $0.00 | 8/6/15-8/12/15 | Academy of Management Annual Conference | Vancouver, Canada | October |
| Basu | F | $92.00 | $92.00 | $56.16 | Actual | -$35.84 | 10/27/15-10/28/15 | Rutgers University Innovation in Bus Ed | New Brunswick, NJ | April |
| Bechtum | S | $1,000.00 | $1,000.00 | $624.37 | Actual | -$375.63 | 1-4-8/16 | International Consumer Electronics Show & | Las Vegas, NV | jan? |
| AACSB | S | $8,000.00 | $8,000.00 | $7,160.61 | Actual | $839.39 | 4/23/16-4/5/2016 | AACSB | Boston, MA | May |
| Leone | S | $55.00 | $55.00 | $67.32 | Actual | $11.32 | 4/14/16-4/16/16 | The Council for European Studies | Philadelphia, PA | April |
| Kravitz | F | $924.45 | $927.06 | $929.72 | Actual | $2.27 | 2/2-2/6/16 | Academic Chairs Conference | Charleston SC | February |
| Patrick | F | $953.65 | $953.65 | $1,014.52 | Actual | $60.87 | 2/3-2/6/16 | 2016 Academic Chairpersons Conference | Charleston SC | February |
| Samanta | F | $725.00 | $1,200.00 | $679.10 | Actual | -$520.90 | 2/3-2/6/16 | 2016 Academic Chairpersons Conference | Charleston SC | February |
| Dietrich | F | $2,975.00 | $2,975.00 | $1,334.06 | Actual | -$1,640.94 | 4/2-4/5/16 | AACSB International Conference | Boston, MA | Apr |
| Kravitz | S | $55.94 | $55.94 | $54.94 | Actual | -$1.00 | 03/31/16 | Hot Topics in Employment Law | Princeton, NJ | May |
| Total all trips, all faculty | | $22,786.29 | $20,686.35 | $16,759.02 | | -$84.19 | | | | |
| Average per trip | | $2,987.00 | | | | | | | | |
| Average per faculty | | $500.00 | | | | | | | | |

| | Budget Total | Amount Approved | Amount Expended |
|---|---|---|---|
| Remaining | $16,228.00 | $16,228.00 | |
| | -$4,380.35 | -$350.02 | |
| | $2,987.00 | | |
| | $500.00 | $1,006.31 | $1,006.30 |
| | | $1,135.00 | $1,059.82 | $16,228.00 |
| | | $1,500.00 | $1,500.00 | $10,283.11 |
| | | | $708.40 | |
| | | $500.00 | $500.00 | |
| | | $1,000.00 | $624.37 | |
| | | $555.00 | $555.00 | |
| | | | $5,944.89 | |

Page 1 of 1

## FY 2017 Faculty Travel Requests

| Faculty | Type of Request | Amount Requested | Amount Approved | Amount Expended | Diff Est/Actual | Actual-Estimate | Travel Dates | Conference | Location | Reflected on Budget sheet |
|---|---|---|---|---|---|---|---|---|---|---|
| Hevik, Waheeda | F | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 | Actual | 8/4/16-8/9/16 | Academy of Management | Anaheim, CA | Sept. | |
| Petricek, Tammy | SD | $195.00 | $195.00 | $36.00 | $159.00 | Actual | 10/6/16-10/6/16 | PA Conference for Women | Philadelphia, PA | Oct. | Reg for both pd on pcard $350 |
| Zowulish, Patty | SD | $195.00 | $195.00 | $0.00 | $195.00 | Actual | 10/6/16-10/6/16 | PA Conference for Women | Philadelphia, PA | Oct. | TD paid from travel |
| Petrick, Thomas | R | $739.16 | $739.16 | $337.32 | $401.84 | Actual | 11/10/16-11/12/16 | Northeast Bus & Econ Assoc Annual Meeting | West Point, NY | Nov. | |
| Pelham, Alfred | R | $365.92 | $365.92 | $365.92 | $0.00 | Actual | 11/10/16-11/12/16 | Northeast Interesollegiate Sales Competition | Smithfield, RI | Nov. | |
| Dunn, Alfred | R | $166.40 | $166.40 | $74.52 | $91.88 | Actual | 11/16/16-11/19/16 | Wayne Paterson U National Sales Challenge | Wayne, NJ | Nov. | |
| Dunn, Alfred | S | $479.80 | $479.80 | $792.13 | -$312.33 | Actual | 11/2/16-11/5/16 | FSU Intercollegiate Sales Competition | Orlando, FL | Nov. | Paid student hotel approved for student travel |
| Jutsic, Susan | F | $904.90 | $904.90 | $904.90 | $0.00 | Actual | 9/20/16-9/23/16 | Academy of Business Conference | Atlantic City, NJ | Nov. | |
| Pelham, Alfred | R | $1,560.60 | $1,500.00 | $1,385.55 | $114.45 | Actual | 4/17/17-4/23/17 | PSE National Competition | St. Louis, MO | May | |
| Hagin, Nicole | A | $39.50 | $39.50 | $39.50 | $0.00 | Actual | 4/25/17-4/25/17 | Stoat Alumni Event | NY, NY | May | |
| Dietrich, Tammy | A | $39.50 | $39.50 | $99.50 | -$60.00 | Actual | 4/25/17-4/25/17 | Stoat Alumni Event | NY, NY | May | |
| Palmer, Stephanie | A | $39.50 | $39.50 | $39.50 | $0.00 | Actual | 4/25/17-4/25/17 | Stoat Alumni Event | NY, NY | May | |
| Pelham, William | A | $39.50 | $39.50 | $21.70 | $17.80 | Actual | 4/25/17-4/25/17 | Stoat Alumni Event | NY, NY | May | |
| Jutsic, Susan | R | $225.00 | $225.00 | $120.00 | $105.00 | Actual | 4/25/17-4/25/17 | CFA Investment Research Challenge | NY, NY | May | |
| Mroykina, Nonna | R | $43.00 | $43.00 | $46.00 | -$3.00 | Multiple | 5/5/17-5/5/17 | NYFed/NYU Conference | NY, NY | May | |
| Dievik, Waheeda | R | $65.00 | $65.00 | $55.00 | | Actual | 5/8/17-5/8/17 | HMS/SHRM Student Chapter Scholarship | Princeton, NJ | May | |
| Brady, Trevor | F | $1,168.80 | $1,168.80 | $1,500.00 | -$331.20 | Actual | 1/5/17-1/8/17 | ASSA Annual Meeting | Chicago, IL | March | |
| Mitcheva, Donka | F | $1,487.32 | $1,487.32 | $1,485.56 | $1.76 | Actual | 2/24/17-2/26/17 | Eastern Economic Assoc | NY, NY | March | |
| Uppp, William | N | $1,209.20 | $1,209.20 | $1,233.24 | -$24.04 | Actual | 2/5/17-2/7/17 | AACSB Annual Deans Conference | New Orleans, LA | March | Reg paid separately w/pcard $1145 |
| Mroykina, Nonna | F | $205.00 | $205.00 | $20.28 | $184.72 | Actual | 3/16/17-3/18/17 | Case Method Teaching Seminar | Boston, MA | March | |
| Mallace, Patricia | F | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 | Actual | 3/8/17-3/12/17 | NBES 18th Annual Conference | Vallarta, Mexico | March | |
| Hochman, Joan | FD | $395.50 | $395.50 | $347.45 | $48.05 | Actual | 5/12/2017-5/14/2017 | Advertising Age | Detroit, MI | June | |
| Mahela, Kevin | R | $109.00 | $109.00 | $109.00 | $0.00 | Actual | 6/2017 | Propeller Conf | Philadelphia, PA | June | Did not attend due to illness, reg paid on pcard |
| Dimic, Susan | D | $675.00 | $675.00 | $442.08 | $232.92 | Actual | 6/15/17-6/15/17 | Introduction to ESG, Sustainable & Impact Investing | Branch College, NY | June | Balance pd through AA Travel |
| Dzen, Bozena | F | $1,742.60 | $100.00 | $100.00 | $0.00 | Actual | 6/14/17-6/21/17 | 5th International Congress of Polish Studies | Krakow, Poland | June | Balance pd through AA Travel |
| Pelham, William | NET | $43.00 | $43.00 | $43.00 | $0.00 | Actual | 7/26/16-7/26/16 | Alumni visit | NY, NY | July | |
| Pelham, William | NET | $2,159.26 | $2,159.26 | $1,238.73 | $920.53 | Actual | 3/21/17-3/24/17 | Heidelberg, Finland and Spain | Germany/Spain | Jan/April | Airfier Int Jan/Travel expenses April/Reimburse airline |
| Poles, Michelle | R | $65.46 | $65.46 | $54.46 | $11.00 | Actual | 11/10/2016 | Fed Challenge | Easton, PA | Jan. | |
| Jutsic, Subarna | F | $200.00 | $200.00 | $45.00 | $155.00 | Actual | 11/15/2016 | Fighting the Next Recession Conference | Washington, DC | Jan. | |
| Jutsic, Subarna | R | $862.50 | $862.50 | $862.50 | $0.00 | Actual | 10/26/16-10/28/16 | MAACBA Deans Conference | NY, NY | Jan. | Reg paid separately w/pcard $450 |
| Uppp, William | NET | $10.00 | $10.00 | $10.00 | $0.00 | Actual | 11/30/16-11/30/16 | Alumni visit | NY, NY | Jan. | |
| Slezu, Lou | R | $1,538.03 | $1,500.00 | $1,500.00 | $0.00 | Actual | 11/17/11-6/17 | IABPAD | Orlando, FL | Feb. | |
| Dunn, Jingyi | N | $1,500.00 | $1,500.00 | $1,166.60 | $333.40 | Actual | 2/15/17-2/19/17 | Society for Consumer Psychology Annual Conference | San Francisco, CA | Feb. | |
| Lam, Hossein | N | $375.00 | $375.00 | $376.62 | -$1.62 | Actual | 2/23/17-2/25/17 | AAA Forensics Accounting Conference | Orlando, FL | Feb. | |
| Jutsic, Subarna | R | $302.40 | $302.40 | $290.28 | $12.12 | Actual | 2/24/17-2/25/17 | Eastern Economic Assoc | NY, NY | Feb. | |
| Dietrich, Tammy | NET | $39.50 | $39.50 | $72.75 | -$33.25 | Actual | 2/6/17-2/6/17 | Wells Fargo Site Visit | NY, NY | Feb. | |
| Dunc, Stephanie | NET | $39.50 | $39.50 | $39.50 | $0.00 | Actual | 2/6/17-2/6/17 | Wells Fargo Site Visit | NY, NY | Feb. | |
| Dunc, Richard | RC | $1,000.00 | $1,000.00 | $112.00 | $888.00 | Actual | 1/5/17-10/17 | Allied Social Sciences Assoc Meeting | Chicago, IL | Feb. | Balance pd through AA Travel |
| Ninrajo, Maria | F | $39.50 | $39.50 | $40.69 | $0.69 | Actual | 8/10/16-8/12/16 | American Accounting Assoc Annual Meeting | Orlando, FL | August | |
| Carty, John | RC | $625.27 | $625.27 | $625.27 | $0.00 | Actual | 8/31/16-8/7/16 | American Marketing Association Conference | Atlanta, GA | August | Difference in AA reimbursement |
| Ding, Bih-Horng | RC | $1,260.00 | $1,500.00 | $1,500.00 | -$240.00 | Actual | 8/6/16-8/10/16 | American Accounting Association Annual Meeting | NY, NY | August | |
| Deber, Nancy | F | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 | Actual | 8/7/16-8/12/16 | Academy of Legal Studies in Business Annual Conf | San Juan, PR | August | |

# FY 2017 Faculty Travel Requests

Page 2 of 2

| Faculty | Type of Request | Amount Requested | Amount Approved | Amount Expended | Diff Est/Actual | Actual-Estimate | Travel Dates | Conference | Location | Reflected on Budget sheet |
|---|---|---|---|---|---|---|---|---|---|---|
| Susana, Susanna | F | $1,500.00 | $1,500.00 | $1,075.00 | $425.00 | Actual | 8/7/16-8/13/16 | Academy of Legal Studies in Business Annual Conf | San Juan, PR | August | Pd for conf reg $425.00 on P card 7/5/16 |
| Hossein, Hossen | F | $1,273.40 | $1,273.40 | $1,168.40 | $105.00 | Actual | 8/8/16-8/10/16 | American Accounting Association Annual Meeting | New York, NY | August |
| Deterich, Tammy | S | $39.50 | $39.50 | $54.86 | -$15.36 | Actual | 3/29/17-3/29/17 | Finance Forum | NY, NY | April |
| Fortner, Stephanie | S | $39.50 | $39.50 | $7.00 | $32.50 | Actual | 3/29/17-3/29/17 | Finance Forum | NY, NY | April |
| Rupp, William | S | $39.50 | $39.50 | $26.50 | $13.00 | Actual | 3/29/17-3/29/17 | Finance Forum | NY, NY | April |
| Pillani, Alfred | R | $415.60 | $415.60 | $412.30 | $3.30 | Actual | 3/31/17-4/3/17 | National Collegiate Sales Competition | Kennesaw, GA | April |
| Inderdgrift, Don | S | $94.92 | $94.92 | $94.92 | $0.00 | Actual | 4/21/17-4/21/17 | ODE Research Conference - Ursinus | Collegeville, PA | April |
| Mokina, Norma | N | $37.00 | $37.00 | $37.00 | $0.00 | Actual | 4/25/17-4/25/17 | Stoat Alumni Event | NY, NY | April |
| Mock, Thomas | N | $39.00 | $39.00 | $21.70 | $17.30 | Actual | 4/25/17-4/25/17 | Stoat Alumni Event | NY, NY | April |
| Mock, Thomas | N | $39.00 | $39.00 | $22.70 | $16.30 | Actual | 3/29/17-3/29/17 | Finance Forum | NY, NY | April |
| Hume, Susan | N | $28.00 | $28.00 | $15.00 | $13.00 | Actual | 3/29/17-3/29/17 | Finance Forum | NY, NY | April |
| Mokina, Norma | N | $43.00 | $43.00 | $37.00 | $6.00 | Actual | 3/29/17-3/29/17 | Finance Forum | NY, NY | April |
| No, Seung Hee | N | $45.00 | $45.00 | $61.60 | -$16.60 | Actual | 3/29/17-3/29/17 | Finance Forum | NY, NY | April |
| Deterich, Tammy | RC | $53.15 | $53.15 | $42.80 | $10.35 | Actual | 11/8/16 - 11/8/16 | Pick up search candidate at airport | NY, NY | April |
| Inderdgrift, Don | RC | $246.00 | $246.00 | $246.00 | $0.00 | Actual | 1/5/17-1/8/17 | Amer Econ Association | Philadelphia, PA | Jan | Balance pd through AA Travel |
| Emric, Susan | R | $1,100.00 | $1,100.00 | $0.00 | $1,100.00 | Actual | | GAME Student Investment Forum | NY, NY | | Did not do this year |
| Duwai, Santia | RC | $1,130.00 | $1,130.00 | $0.00 | $1,130.00 | Actual | 8/7/16-8/8/16 | American Accounting Association Annual Meeting | NY, NY | | Did not attend |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Average per faculty | $453.88 | | | | | | | | | |
| Average per trip | $580.72 | | | | | | | | | |
| Total all trips, all faculty | $34,262.69 | $32,531.46 | $26,778.95 | $5,752.51 | | | | | | |

Requested not approved
Approved, pending travel
Expense report completed

| | | | |
|---|---|---|---|
| Total Trips, all including pcard registrations | $26,778.95 | $1,945.00 | $28,723.95 |

Legend for Abbreviations:

D: Development
N: National Conference
R: Regional Conference
F: Faculty Development
RC: Recruiting
SD: Staff Development
NET: Networking
Alumni: Alumni Networking Activity
C: Chair a session, participate in discussion, presenter
A: AACSB
S: Student Activity

Faculty Development

| Faculty | Type of Request | Amount Requested | Amount Approved | Amount Expended | Estimate or Actual | Actual-Estimate | Travel Dates | Conference/Training | Location | Reflected on Budget sheet |
|---|---|---|---|---|---|---|---|---|---|---|
| Tucci, Louis | FD | $185.00 | $185.00 | $153.85 | $34.15 | Actual | 8/7/16-8/9/16 | Retail's Academic Symposium | NY, NY | Sept |
| Tucci, Louis | FD | $848.10 | $848.10 | $284.10 | $564.00 | Actual | 7/25/16-7/28/16 | SAS Workshops for Educators | Cary, NC | Feb — Balance paid with CDC funds |
| Baker, Richard | FD | $1,200.14 | $1,200.14 | $1,120.11 | $80.03 | Actual | 9/16/16-9/18/16 | Economic History Assoc Annual Meeting | Boulder, CO | October |
| Chang, Bih-Horng | FD | $1,201.00 | $1,201.00 | $0.00 | $1,201.00 | Actual | 5/18/17-5/20/17 | AAA Annual Meeting | | Not attending |
| Tucci, Louis | FD | $24.00 | $24.00 | $17.50 | $6.50 | Actual | 10/26/16 | Artificial Intelligence in Market Research | Philadelphia | November |
| Tucci, Louis | FD | $125.00 | $125.00 | $115.00 | $10.00 | Actual | 11/18/2016 | PLS Path Modeling Online Webinar | Online | Oct. |
| Kim, Tae-Nyun | F | $949.17 | $949.17 | $1,002.85 | -$53.68 | Actual | 10/20/16-10/22/16 | FMA Annual Meeting | Las Vegas, NV | Oct. |
| Patrick, Thomas | FD | $1,516.00 | $1,500.00 | $0.00 | $0.00 | Actual | 2/8/17-2/11/17 | AACSB Chairs Conference | New Orleans, LA | March |
| Mitcheva, Donka | F | $456.80 | $456.80 | $456.80 | $0.00 | Actual | 6/11/16 | PA Economic Assoc | Pittsburgh, PA | |
| Kim, Tae-Nyun | F | $550.00 | $550.00 | $0.00 | $550.00 | Actual | 3/9/17-3/11/17 | SWFA Annual Meeting | Little Rock, AK | Not attending |
| O'Grady, Trevor | FD | $400.00 | $400.00 | $0.00 | $400.00 | Actual | 5/31/17-6/2/17 | Assoc of Environ & Resource Economics | Pittsburgh, PA | Did not go |
| Sorokina, Nonna | F | $1,295.00 | $1,295.00 | $882.61 | $412.39 | Actual | 5/21/17-5/24/17 | 70th CFA Institute Annual Conference | Philadelphia | June — birth of daughter, did not go |
| Lillvik, Wakeda | FD | $230.32 | $230.32 | $122.66 | $97.66 | Actual | 4/21/17-4/22/17 | SHRM Case Competition & Career Summit | Philadelphia | April |
| Brechman, Jean | FD | $395.50 | $395.50 | $347.45 | $48.05 | Actual | 5/3/2017-5/4/2017 | Advertising Age | Detroit, MI | June |
| Sorokina, Nonna | FD | $68.53 | $68.53 | $84.83 | -$16.30 | Actual | 6/3/17-6/3/17 | CFA Level II Exam | Philadelphia | June |
| Lasher, Nancy | N | $1,000.00 | $1,000.00 | $0.00 | $1,000.00 | Actual | 5/12/17-5/12/17 | Northeast Acad of Legal Studies in Business | Cooperstown, NY | |
| Moncau, Susanna | R | $90.00 | $0.00 | $0.00 | $90.00 | Actual | 4/23/17-4/23/17 | NEALSB Annual Conference | Cooperstown, NY | Did not go |
| Boesler, Lynn | FD | $81.88 | $81.88 | $0.00 | $81.88 | Actual | 4/21/17-4/23/17 | Bloomberg conference | W. Longbranch, NJ | Did not go |
| O'Grady, Trevor | FD | $81.88 | $81.88 | $0.00 | $81.88 | Actual | 4/8/17-4/13/17 | NBER Annual Faculty Showcase | Lahaina, HI | Did not go due to snowstorm |
| Sorokina, Nonna | FD | $1,500.00 | $1,500.00 | $0.00 | $1,500.00 | Actual | 4/21/17-4/22/17 | 2017 Applied Finance Conference | Philadelphia | May |
| Keep, William | FD | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 | Actual | 6/1/17-6/4/17 | Marketing History Conference | Liverpool, UK | June |
| Tang, Linghui | N | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 | Actual | 7/8/17-7/16/17 | 7th GRA Conference | Lisbon, Portugal | Not attending |
| Leven, Bozena | N | $1,742.60 | $1,500.00 | $0.00 | $0.00 | Actual | 6/14/17-6/21/17 | 5th International Congress of Polish Studies | Krakow, Poland | |
| Baker, Richard | RC | $1,000.00 | $1,000.00 | $1,000.00 | $0.00 | Actual | 1/5/17-1/9/17 | Allied Social Sciences Assoc Meeting | Chicago, IL | Feb |
| Mitcheva, Donka | S | $52.99 | $52.99 | $93.53 | -$40.54 | Actual | 4/21/17-4/21/17 | ODE Research Conference - Ursinus | Collegeville, PA | April — Transferred balance from 1301 |
| Naples, Michelle | S | $93.53 | $93.53 | $93.53 | $0.00 | Estimate | 4/21/17-4/21/17 | ODE Research Conference - Ursinus | Collegeville, PA | April |
| Sorokina, Nonna | FD | $52.00 | $52.00 | $43.00 | $9.00 | Actual | 6/1/17-6/1/17 | Bloomberg conference | NY, NY | June |
| Tucci, Louis | R | $807.00 | $807.00 | $769.19 | $37.81 | Actual | 5/21/17-5/23/17 | Manhattan College Analytics Competition | Bronx, NY | May |
| Kim, Tae-Nyun | F | $32.00 | $32.00 | $32.00 | $0.00 | Actual | 6/23/17-6/23/17 | Bloomberg Training | NY, NY | Did not attend |
| Tang, Linghui | F | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 | Actual | 6/15/16-7/10/16 | 2016 Int'l Conf on Mgmt in Pacific Rim | Taipei, Taiwan | July |
| Samanta, Subarna | F | $1,500.00 | $1,500.00 | $0.00 | $0.00 | Actual | 7/5/16-7/10/16 | Business & Economic Society International | Ljubljana, Slovenia | August |
| Sorokina, Nonna | FD | $950.80 | $950.80 | $805.80 | $145.00 | Actual | 8/8/16-8/9/16 | American Accounting Association Annual Meeting | NY, NY | August — This was not approved by TD, approved by SA |
| Miller, Gerald | RC | $950.80 | $950.80 | $805.80 | $145.00 | Actual | 8/8/16-8/9/16 | SAS Workshop | Cary, NC | |
| Neves, Joao | RC | $869.40 | $869.40 | $598.42 | $288.98 | Actual | 8/6/16-8/9/16 | Academy of Management Annual Conference | Anaheim, CA | Sept — Difference in AA reimbursement |
| Humc, Susan | F | $30.00 | $30.00 | $45.85 | -$15.85 | Actual | 6/23/17-6/23/17 | Bloomberg Training | NY, NY | June |
| Humc, Susan | D | $350.00 | $350.00 | $350.00 | $0.00 | Actual | 6/15/17-6/15/17 | Introduction to ESG, Sustainable & Impact Investing | Branch College, NY | June — Balance paid through AA Travel |

Legend:
- Requested, not approved (shaded)
- Approved, pending travel (shaded)
- Expense report completed

| | Amount Requested | Amount Approved | Amount Expended | Estimate or Actual |
|---|---|---|---|---|
| Total all trips, all faculty | $24,491.21 | $24,232.61 | $16,211.93 | $8,020.68 |
| Average per trip | $661.92 | | | |
| Average per faculty | $438.16 | | | $16.07 |
| Budget Total | | $16,228.00 | $16,228.00 | |
| Remaining | | -$8,084.61 | | |

TCNJ 000704

Page 1 of 1

FY 2018 Faculty Travel Requests

| Faculty | Type of Request | Program | Amount Requested | Amount Approved | Amount Expended | Diff Est/Actual | Actual/Estimate | Travel Dates | Conference | Location | Reflected on Budget sheet | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alfaraz, Sunita | F | Accounting | $950.00 | $950.00 | $950.00 | $0.00 | Actual | 3/2/18-3/4/18 | Forensic Acct Research Conf | Dallas, TX | April | submitted expenses were 1199.06 |
| Brogan, Nicole | SD | Staff | $87.50 | $87.50 | $75.50 | $12.00 | Actual | 10/3/17-10/3/17 | PA Conference for Women | Philadelphia, PA | July/October | $185 Reg on pcard july/expenses oct |
| Brogan, Nicole | N | Staff | $593.11 | $593.11 | $607.40 | -$14.29 | Actual | 10/11/17-10/13/17 | MAC CBA | Philadelphia, PA | August/November | $300 exp pd July/August |
| Brogan, Nicole | N | Staff | $0.00 | $0.00 | $0.00 | $0.00 | Actual | 10/11/17-10/13/17 | MAC CBA | Philadelphia, PA | April | |
| Brogan, Nicole | A | Staff | $39.50 | $39.50 | $82.92 | -$13.42 | Actual | 4/10/18-4/10/18 | Stout Alumni Event | NY, NY | June | |
| Brogan, Nicole | A | Staff | $42.50 | $39.50 | $39.50 | $0.00 | Actual | 6/5/18-6/5/18 | PBUSH | NY, NY | | |
| Choi, Seunghee | R | Finance | $69.35 | $69.35 | $39.50 | $29.85 | Estimate | 3/28/18-3/28/18 | Finance Forum | NY, NY | April | |
| Choi, Seunghee | N | Staff | $32.50 | $32.50 | $39.50 | -$7.00 | Actual | 3/28/18-3/28/18 | Finance Forum | NY, NY | April | |
| Choi, Seunghee | N | Staff | $32.50 | $32.50 | $39.50 | -$7.00 | Actual | 3/28/18-3/28/18 | Finance Forum | NY, NY | April | |
| Choi, Seunghee | A | Finance | $1,500.00 | $1,500.00 | $1,646.90 | -$131.10 | Actual | 8/6/17-8/10/17 | AAA Conf on T&L and Annual Meeting | Savannah, GA | Sept | Paid 2370 reg on Pcard Feb |
| Domingo, Maria | N | Staff | $1,454.00 | $1,454.00 | $1,374.22 | $79.78 | Actual | 5/1/18-5/5/18 | Eastern Academy of Management | Providence, RI | May | |
| Dziubakova, Brenda | R | Management | $2,620.35 | $2,590.00 | $0.00 | $2,590.00 | Actual | 6/25/18-6/29/18 | AOM Conference | Atlanta, GA | Sept | |
| Dziubakova, Brenda | N | Staff | $106.00 | $106.30 | $59.00 | $46.60 | Actual | 10/3/17-10/3/17 | PA Conference for Women | Philadelphia, PA | April | |
| Dolevich, Tammy | F | Staff | $45.30 | $45.30 | $45.30 | $0.00 | Actual | 10/3/17-10/3/17 | PA Conference for Women | Philadelphia, PA | Feb | |
| Goodliffe, Matthew | S | Management | $1,350.00 | $1,500.00 | $1,559.12 | -$587.20 | Actual | 4/11/18-4/14/18 | National Conf in Sales Management | Orlando, FL | Dec | NOT TAKING THIS TRIP -SUBSTITUTING; Balance of 2310 4k charge to 1313 |
| Han, Harry | R | Management | $1,236.00 | $1,236.00 | $648.80 | $587.20 | Actual | 11/17/17-11/19/17 | ICSC | San Diego, CA | Nov/December | Paid $299 on Pcard Oct |
| Horne, Stephanie | N | Staff | $765.66 | $765.66 | $703.68 | $59.98 | Actual | 11/17/17-11/19/17 | MAC/CBA | Philadelphia, PA | November | |
| Horne, Stephanie | R | Staff | $0.00 | $0.00 | $0.00 | $0.00 | Estimate | 1/29/18-1/30/18 | Digital Transformation Summit | Roosevelt Island, NY | Dec/Mar | Paid $175 on Pcard Nov |
| Horne, Stephanie | N | Staff | $1,494.00 | $1,494.00 | $1,290.58 | $114.42 | Actual | 2/6/18-2/10/18 | AACSB Deans Conference | Las Vegas, NV | | |
| Horne, Susan | N | Staff | $29.00 | $29.00 | $21.70 | $7.30 | Actual | 3/28/18-3/28/18 | Finance Forum | NY, NY | May | |
| Hume, Susan | N | Finance | $29.00 | $29.00 | $21.70 | $7.30 | Actual | 3/28/18-3/28/18 | Finance Forum | NY, NY | May | |
| Hume, Susan | SD | Finance | $28.00 | $28.00 | $19.50 | $8.50 | Actual | 4/10/18-4/10/18 | Stout Alumni Event | NY, NY | May | |
| Hume, Susan | N | Finance | $39.00 | $39.00 | $38.44 | $0.56 | Actual | 3/28/18-3/28/18 | Finance Forum | NY, NY | May | |
| Hume, Susan | R | Finance | $52.01 | $52.01 | $52.01 | $0.00 | Actual | 10/3/17-10/3/17 | PA Conference for Women | Philadelphia, PA | April | $185 Reg on pcard july/expenses oct |
| Hyung, Amelie | S | Marketing | $1,500.00 | $1,500.00 | $1,559.12 | -$59.12 | Actual | 4/11/18-4/14/18 | National Conf in Sales Management | Orlando, FL | Feb | |
| Keep, William | R | Marketing | $0.00 | $0.00 | $59.00 | $59.98 | Actual | 12/5/17-12/8/17 | Eastern Economic Conf | London | April | $185 Reg on pcard july/expenses oct |
| Keep, William | N | Staff | $0.00 | $0.00 | $0.00 | $0.00 | Actual | 2/6/18-2/10/18 | AACSB Deans Conference | Las Vegas, NV | | |
| Keep, William | N | Staff | $29.00 | $29.00 | $21.70 | $7.30 | Actual | 3/28/18-3/28/18 | Finance Forum | NY, NY | | |
| Keep, William | N | Staff | $29.00 | $29.00 | $21.70 | $7.30 | Actual | 3/28/18-3/28/18 | Finance Forum | NY, NY | | |
| Keep, William | N | Staff | $78.30 | $78.30 | $28.00 | $50.00 | Actual | 4/10/18-4/10/18 | Stout Alumni Event | Hoboken, NJ | | |
| Keep, William | N | Staff | $45.30 | $45.30 | $45.30 | $0.00 | Actual | 4/24/18-4/24/18 | Alumni Event | NY, NY | | |
| Keep, William (Alumni) | SD | Staff | $1,895.00 | $1,500.00 | $0.00 | $1,500.00 | Actual | 6/25/18-6/29/18 | Academy of Inter. Bus. Annual Meeting | Minneapolis, MN | June | Cancelled trip |
| Kim, Jinill | R | Management | $681.75 | $41.75 | $0.00 | $41.75 | Actual | 3/23/18-3/24/18 | Org Behavior Conf | Philadelphia, PA | March | All charged to 1313 |
| Kim, Jinill | F | Finance | $1,466.81 | $1,466.81 | $1,500.00 | -$33.19 | Actual | 11/15/17-11/18/17 | Southern Finance Assoc Annual Meeting | Key West, FL | May | |
| Kim, Jinill | N | Finance | $37.00 | $37.00 | $37.00 | $0.00 | Actual | 3/28/18-3/28/18 | Finance Forum | NY, NY | | |
| Kim, TaeNyun | N | IDB | $1,500.00 | $1,500.00 | $1,198.21 | $301.79 | Actual | 9/7/17-9/11/17 | Academy of Legal Studies in Business | Savannah, GA | Oct | Paid $488 reg on Pcard july 29, 2017; got stuck due to phase trouble; will be higher expenses |
| Kim, TaeNyun | N | IDB | $1,500.00 | $1,500.00 | $1,198.21 | $301.79 | Actual | 9/7/17-9/11/17 | Academy of Legal Studies in Business | Savannah, GA | Oct | |
| Luther, Nancy | N | IDB | $577.49 | $577.49 | $180.87 | $396.62 | Actual | 3/21/18-3/23/18 | NACADA Region 2 Conference | Dover, DE | April | $30.60 on CSS |
| Lebe-Furtado, Mary | SD | Staff | $40.00 | $40.00 | $0.00 | $40.00 | Actual | 5/31/18-5/31/18 | NACADA Drive-In Conference | Mount Laurel, NJ | June | |
| Lebe-Furtado, Mary | S | Staff | $1,000.00 | $1,500.00 | $1,500.00 | $0.00 | Actual | 6/18/18-6/31/4/18 | Doing Business in the US | Warsaw, Poland | March | |
| Leven, Bozena | N | Economics | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 | Actual | 7/2/17-7/10/17 | International Critical Mgmt. Conf. | Liverpool, England | August | |
| Liferik, Wakeda | N | Management | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 | Actual | 4/6/18-4/6/18 | B&K Sholarship Dinner | NY, NY | | |
| Liferik, Wakeda | SD | Management | $1,379.00 | $1,379.00 | $1,451.35 | -$72.35 | Actual | 10/6/17-10/8/17 | Marketing Edge Summit Conference | New Orleans, LA | October | |
| McCarty, John | R | Marketing | $1,111.90 | $1,111.90 | $1,152.83 | -$40.93 | Actual | 3/1/18-3/4/18 | Eastern Economic Assoc | Boston, MA | April | |
| Mendieva, Dunka | R | Economics | $355.35 | $355.35 | $304.95 | $50.40 | Actual | 2/21/18-3/1/18 | Valparaiso Univ Research Seminar | Valparaiso, IN | April | Paid $300 on Pcard July 6, 2017; got stuck due to phase trouble, will be higher expenses |
| Mironova, Svetlana | R | Economics | | | | | | 2/21/18-3/1/18 | Valparaiso Univ Research Seminar | | | |
| Mironova, Svetlana | S | IDB | $1,500.00 | $1,500.00 | $1,559.72 | -$59.72 | Actual | 8/7/17-8/11/17 | Academy of Legal Studies in Business | Savannah, GA | Sept | Paid 175 reg on Pcard Feb. Pd room & train for student |
| Mironova, Svetlana | N | IDB | $487.00 | $487.00 | $658.92 | -$171.92 | Actual | 4/17/18-4/18/18 | Posters on the Hill | Washington, DC | May | |

**FY 2018 Faculty Travel Requests**

| Faculty | Type of Request | Program | Amount Requested | Amount Approved | Amount Expended | Diff Est/Actual | Actual/Estimate | Travel Dates | Conference | Location | Reflected on Budget sheet |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Naples, Michele | S | Economics | $64.57 | $64.57 | $65.57 | -$1.00 | Actual | 11/09/17-11/09/17 | Fed Challenge | Bethlehem, PA | Jan |
| Naples, Michele | S | Economics | $98.99 | $98.99 | $69.91 | $29.08 | Actual | 4/20/18-4/20/18 | ODE Conf, Ursinus | Collegeville, PA | May |
| Nnsm, Hussein | N | Accounting | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 | Actual | 8/4/17-8/4/17 | AAA National Meeting | San Diego, CA | August |
| O'Grady, Trevor | S | Economics | $1,200.74 | $1,200.74 | | | Actual | 6/20/17-6/24/17 | Society for Institutional & Organizational Economics | Montreal, Canada | June / Cancelled |
| O'Grady, Trevor | S | Economics | $1,508.85 | $1,500.00 | $1,500.00 | $0.00 | Actual | 4/20/18-4/20/18 | Ursinus ODE Conference | Collegeville, PA | May |
| O'Grady, Trevor | F | Economics | $65.52 | $65.52 | $34.52 | $35.00 | Actual | | | Las Vegas, NV | May |
| O'Grady, Trevor | N | Finance | $656.50 | $656.50 | $80.00 | $576.50 | Actual | 4/4/18-4/6/18 | Pressing Issues in Public Land Mgmt. | NY, NY | April |
| Qin, Teri | S | Finance | $55.00 | $55.00 | $21.70 | $33.30 | Actual | 3/28/18-3/28/18 | Finance Forum | | April |
| Samana, Subarna | N | Economics | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 | Actual | 7/4/17-7/10/17 | Business & Economic Society International | Chania, Greece | August |
| Samana, Subarna | S | Economics | $0.00 | $0.00 | $0.00 | $0.00 | Estimate | 3/1/18-3/3/18 | Eastern Economic Assoc. | Boston, MA | March |
| Samana, Subarna | N | Economics | $0.00 | $0.00 | $0.00 | $0.00 | Actual | | | | Cancelled, not enough students |
| Sorokina, Nonna | R | Finance | $1,281.20 | $1,381.20 | $1,319.85 | $61.35 | Actual | 10/11/17-10/15/17 | DMA Annual Meeting | Boston, MA | Nov |
| Sorokina, Nonna | F | Finance | $55.53 | $55.53 | $55.53 | $10.06 | Actual | 11/16/17-11/16/17 | QW/AFBTW Greater Philadelphia | Villanova, PA | Dec / Submitted reimburse for 75.53 |
| Sorokina, Nonna | N | Finance | $157.09 | $157.09 | $118.84 | $18.25 | Actual | 4/27/18-4/27/18 | Finance Research Seminar | Hofstra Univ, NY | May |
| Sorokina, Nonna | N | Finance | $43.00 | $43.00 | $37.00 | $6.00 | Actual | 3/28/18-3/28/18 | Finance Forum | NY, NY | May |
| Vandegrift, Donald | R | Economics | $1,241.59 | $1,241.59 | $1,245.16 | -$3.57 | Actual | 10/3/17-10/7/17 | Western Assoc of Criminal Justice | Spokane, WA | October / Submitted for reimburse 1425.16 |
| Vandegrift, Donald | R | Economics | $98.85 | $98.85 | $66.95 | $31.90 | Actual | 4/20/18-4/20/18 | Ursinus ODE Conference | Ursinus, PA | May |
| Wallace, Patricia | N | IS | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 | Actual | 3/7/18-3/11/18 | Nat'l Bus and Econ Society Annual Meeting | Honolulu, HI | April / Submitted 1 days prior to trip |
| Wirtshava, Dusha | F | Economics | $900.00 | $900.00 | $154.72 | $745.28 | Actual | 10/4/17-5/15/18 | Bureau of Labor Statistics | NY, NY | Varies / Balance charged to 1313 |

**Requested not approved**

**Approved, pending travel**

**Expense report completed**

| | | | | | | |
|---|---|---|---|---|---|---|
| Number of faculty traveling FY18 | | 28 | | | | |
| Total all trips, all faculty | | $53,677.33 | $47,390.93 | $38,323.53 | $9,067.40 | |
| Average per trip | | $787.72 | | | | |
| Average per faculty | | $869.68 | | | | |
| Total Trips | $ | 38,323.53 | | | | |
| Placed registrations | $ | 8,640.40 | | | | |
| Grand Total Trips | $ | 46,963.93 | | | | |

*There is $16.84 charged in April for Jinsil Kim, I do not know what this is for

**Legend for Abbreviations:**
D: Development
N: National Conference
R: Regional Conference
F: Faculty Development
RC: Recruiting
SD: Staff Development
NET: Networking
Alumni: Alumni Networking Activity
C: Chair a session, participation in discussion, presenter
A: AACSB
S: Student Activity

Faculty Development

| Faculty | Type of Request | Program | Amount Requested | Amount Approved | Amount Expended | Estimate or Actual | Actual-Estimate | Travel Dates | Conference/Training | Location | Reflected on Budget sheet | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Samanta, Subarna | F | Economics | $772.50 | $772.50 | $568.39 | $204.11 | Actual | 7/23/17-7/26/17 | SAS Workshop on Neural network Modeling | Cary, NC | August | Charged |
| Leven, Brenna | F | Economics | $1,522.00 | $1,522.00 | $1,539.61 | -$17.61 | Actual | 7/14/17-7/21/17 | Visit for potential exchange program | Turin & Rome | July | Charged |
| Lilievik, Walfreda | F | Management | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 | Actual | 8/3/17-8/9/17 | Academy of Management Annual Meeting | Atlanta, GA | Sept | Charged |
| Tucci, Louis | F | Marketing | $0.00 | $0.00 | $0.00 | $0.00 | Estimate | 7/23/17-7/26/17 | SAS Workshop on Neural Network Models | Cary, NC | July | Seeking CDC Funding |
| Tucci, Louis | F | Marketing | $1,500.00 | $1,500.00 | $1,131.15 | $368.85 | Actual | 1/12/18-1/15/18 | IABD/AD | Orlando, FL | Jan | Charged |
| Sienkina, Norma | F | Finance | $111.00 | $111.00 | $0.00 | $111.00 | Estimate | 3/28/2018 | Temple University | Philadelphia, PA | March | Cancelled |
| Sienkina, Norma | F | Finance | $34.00 | $34.00 | $35.00 | -$1.00 | Actual | 5/4/18-5/4/18 | NYU Conf on Financial Intermediation | NY, NY | May | Charged |
| Sienkina, Norma | F | Finance | $218.00 | $218.00 | $192.50 | $25.50 | Actual | 5/11/18-5/11/18 | FMA Applied Finance Conf | NY, NY | May | Charged |
| Sienkina, Norma | F | Finance | $494.00 | $494.00 | $382.33 | $111.67 | Actual | 4/11/18-4/14/18 | Annual Eastern Finance Assoc Meeting | Philadelphia, PA | April | Charged |
| Sienkina, Norma | F | Finance | $73.50 | $73.50 | $61.58 | $11.92 | Actual | 4/29/17-5/29/17 | Drexel/PFED Conference | Philadelphia, PA | Sept | Charged |
| Sienkina, Norma | F | Finance | $578.03 | $578.03 | $468.19 | $109.84 | Actual | 9/14/17-9/15/17 | Research Seminar | Kent, OH | Sept | Charged |
| Olinduova, Brenda | F | Management | $1,705.00 | $0.00 | $1,500.00 | -$1,500.00 | Actual | 6/5/18-6/9/18 | Mgmt. & Org Behavior Teaching Conf | Conway, SC | June | Cancelled |
| Mitcheva, Dokla | F | Economics | $648.66 | $648.66 | $547.04 | $52.96 | Estimate | 1/4/18-1/7/18 | American Economic Assoc | Philadelphia, PA | Jan | Charged |
| Mitcheva, Dokla | F | Economics | $900.00 | $900.00 | $582.20 | $317.80 | Actual | 10/4/17-10/15/18 | Bureau of Labor Statistics | NY, NY | Varies | Balance charged to 1301 |
| Dyung, Eddie | F | Marketing | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 | Actual | 5/14/18-5/19/18 | Sales Educators Academy | Birmingham, UK | June | |
| Ting, Linghui | N | Economics | $2,000.00 | $1,500.00 | $1,269.84 | $230.16 | Actual | 5/22/18-5/29/18 | International Conf on Clusters and Industrial Districts | Valencia, Spain | May | Amount expended is what was paid not what was approved (1305.84) |
| Duan, Jingru | R | Marketing | $650.00 | $650.00 | $650.00 | $0.00 | Actual | 10/26/2017 | Research | Philadelphia, PA | Oct. | Charged |
| Tripathi, Abhishek | R | IS | $1,300.00 | $1,300.00 | $1,255.98 | $44.02 | Actual | 5/16/18-5/19/18 | 2018 MWAIS Conference | St. Louis, MO | May | |
| Luther, Nancy | F | IDB | $910.50 | $910.50 | $744.05 | $166.45 | Actual | 5/4/18-5/6/18 | North East Academy of Legal Studies in Business | Lakeville, CT | May | |
| Kim, Jinul | F | Management | $681.75 | $640.00 | $258.15 | $383.85 | Actual | 3/23/18-3/24/18 | Org Behavior Teaching Conf | Philadelphia, PA | March | Amount expended is what was paid not what was approved (274.99) |
| Tripathi, Abhishek | S | IS | $1,000.00 | $1,000.00 | $903.91 | $96.09 | Actual | 1/8/18-1/12/18 | SAS Visual Analytics | San Diego, CA | Jan | |
| Tucci, Lou | S | Marketing | $722.35 | $722.35 | $486.19 | $236.16 | Actual | 5/19/18-5/19/18 | Marketing Analytics Competition | NY, NY | May | |
| Leven, Brenna | S | Economics | $275.00 | $275.00 | $275.00 | $0.00 | Actual | 6/7/18-6/9/18 | Conference on Polish Studies | NY, NY | June | |
| Olinduova, Brenda | F | Management | $3,100.00 | $2,500.00 | $2,210.46 | $289.54 | Actual | 6/12/18-6/17/18 | International Symposium on Meaningful Work | Amsterdam, NE | June | Charge $2210.46 of this to 1313, balance to 1301 |

Requested, not approved
Approved, pending travel
Expense report completed

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total all trips, all faculty | | | $22,196.29 | $20,800.88 | $16,741.57 | $4,059.31 | |
| Average per trip | | | | $924.85 | $16,741.57 | | |
| Average per faculty | | | $607.57 | | | | |
| | | | Budget Total | Remaining | | | |
| | | | | -$4,059.31 | $16,741.57 | $0.00 | under this account |

Number of Faculty traveling FY18 | 14

**FY 2019 Faculty Travel Requests**

| Faculty | Type of Request | Program | Amount Requested | Amount Approved | Amount Expended | Diff Est/Actual | Actual/Estimate | Travel Dates | Conference | Location | Reflected on Budget sheet | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sorokina, Nonna | N | Finance | $500.00 | $0.00 | | $1.95 | Estimate | 8/4/18-8/8/18 | Cleveland Federal Reserve | Cleveland, OH | | Denied funding, suggest apply for CDC funding |
| Sun, Ting | F | Accounting | $1,500.00 | $1,500.00 | $1,488.05 | $11.95 | Actual | 8/4/18-8/8/18 | American Accounting Assoc Annual Meeting | Washington, DC | August | |
| Chang, Bea | F | Accounting | $2,143.55 | $1,500.00 | $1,500.00 | $0.00 | Actual | 8/4/18-8/8/18 | American Accounting Assoc Annual Meeting | Washington, DC | August | |
| Samanta, Subarna | F | Economics | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 | Actual | 7/4/18-7/10/18 | Business & Economic Society International | Lugano, Switzerland | August | |
| Quitinico, Brenda | C | Management | $1,500.00 | $1,500.00 | $1,509.95 | -$9.95 | Actual | 8/10/18-8/14/18 | Academy of Management | Chicago, IL | August | |
| Meneses, Susanna | C | IDB | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 | Actual | 8/8/18-8/15/18 | Academy of Legal Studies in Business | Portland, OR | August | |
| Tucci, Lou | R | Marketing | $1,500.00 | $1,500.00 | $0.00 | $0.00 | Actual | 1/2/19-1/5/19 | IABPAD | Orlando, FL | Jan | |
| Tucci, Lou | F | Marketing | $800.00 | $0.00 | $0.00 | $0.00 | Actual | 7/22/18-7/25/18 | SAS | North Carolina | July | Hoping to get CDC funding |
| Green, Brozma | Alumni | IDB | $95.15 | $95.15 | $55.48 | $39.67 | Actual | 10/25/18-10/28/18 | SAS with alumni | Philadelphia, PA | July | |
| Kim, Tae-Nyun | R | Finance | $1,291.31 | $1,291.31 | $1,193.30 | $8.01 | Actual | 3/13/19-3/16/19 | Southwestern Finance Assoc Annual Mtg | Houston, TX | March | |
| Imyang, Eddie | S | Marketing | $1,650.00 | $1,650.00 | $1,385.89 | $264.11 | Actual | 3/26/19-3/30/19 | PSE/NSCM Conference | Jacksonville, FL | April | |
| Sorokina, Nonna | C | Finance | $702.00 | $702.00 | $906.62 | -$204.62 | Actual | 3/8/19-3/10/19 | Midwest Finance Association | Chicago, IL | March | Split with 1313, surface $370.61 already charged on card |
| Becker-Olsen, Karen | C | Marketing | $1,500.00 | | $411.00 | $0.00 | Actual | 6/6/19-6/8/19 | Marketing & Public Policy | Washington, DC | June | |
| Tucci, Lou | R | Staff | $414.58 | $414.58 | $414.50 | $0.08 | Actual | 3/28/19-3/30/19 | GAME | Princeton, NJ | March | Reg paid on Pcard $185 |
| Hume, Susan | S | Finance | $550.00 | $550.00 | $0.00 | $550.00 | Actual | 10/26/18-10/28/18 | NJ Women's Conference | Princeton, NJ | Nov | Reg paid on Pcard $185 |
| Borden, Dosha | S | Economics | $752.00 | $752.00 | $668.83 | $83.17 | Actual | 10/26/18-10/28/18 | NJ Women's Conference | Princeton, NJ | Nov | Reg paid on Pcard $185 |
| Tucci, Lou | F | Management | $103.15 | $103.15 | $53.48 | $10.00 | Actual | 10/26/18-10/28/18 | Eastern Economics Association | Boston, MA | Dec | Not doing |
| Sorokina, Nonna | R | Finance | $1,600.00 | $1,500.00 | $1,500.00 | $1,500.00 | Actual | 05/01/18 | MBAC | Boston, NY | May | |
| Biegm, Nicole | N | Staff | $952.00 | $952.00 | $1,014.80 | -$82.80 | Actual | 10/5/18-10/5/18 | Drexel Conference | Cape May, NJ | May | Had to cancel due to exam schedule |
| Luther, Nancy | R | IS | $708.52 | $708.52 | $789.17 | -$80.65 | Actual | 10/7/18-10/9/18 | North East Academy of Legal Studies | State College, PA | Dec | |
| Tripathi, Abhishek | R | Staff | $216.85 | $216.85 | $429.91 | -$213.06 | Actual | 10/7/18-10/9/18 | NABET | Philadelphia, PA | Oct | |
| Ternece, Stephanie | R | Finance | $750.00 | $750.00 | $0.00 | $250.00 | Actual | 10/25/18-10/27/18 | NJFLA | Atlantic City, NJ | Oct | Did not attend |
| Green, Brozma | R | Staff | $66.22 | $66.22 | $70.22 | -$7.00 | Post | 10/18/18-10/19/18 | MAACBA | Rowan Univ, NJ | Oct | Pd $400 reg on Pcard |
| Ternece, Stephanie | R | Staff | $175.55 | $175.55 | $399.29 | -$223.74 | Actual | 10/7/18-10/9/18 | PA Women's Conference | Glassboro, NJ | Oct | Paid for reg & hotel on pcard ($400 & $150) |
| Quintero, Pasquale | R | Staff | $574.64 | $574.64 | $576.16 | -$1.52 | Actual | 10/18/18-10/19/18 | MAACBA | Rowan Univ, NJ | Oct | |
| Quintero, Pasquale | F | Staff | $1,500.00 | $1,500.00 | $1,271.52 | $228.48 | Actual | 10/26/18-10/28/18 | GMAC Americas Meetup | NY, NY | Oct | |
| Domingo, Maria | R | Accounting | $752.00 | $752.00 | $0.00 | $13.87 | Actual | 8/4/18-8/8/18 | American Accounting Assoc Annual Meeting | Washington, DC | Sept | |
| Shahid, Abbas | F | Accounting | $2,211.65 | $1,500.00 | $1,500.00 | $0.00 | Actual | 8/4/18-8/8/18 | Annual Meeting American Accounting Assoc | National Harbor, MD | Sept | |
| Sorokina, Nonna | R | Management | $1,500.00 | $1,500.00 | $406.24 | $1,093.76 | Actual | 10/18/18-10/19/18 | Academy of Management | Chicago, IL | Sept | Academics-Affairs paying $1,000 |
| Niaz, Lmai | F | Accounting | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 | Actual | 8/4/18-8/8/18 | Annual Meeting American Accounting Assoc | National Harbor, MD | September | |
| Biegm, Nicole | R | Management | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 | Actual | 8/10/15-8/15/15 | Academy of Management | Chicago, IL | September | |
| Hume, Susan | F | Finance | $2,309.00 | $2,309.00 | $2,239.40 | $69.60 | Actual | 9/25/8-9/7/18 | International Economics Forum | Krynica, Poland | September | |
| Niaz, Hossein | R | Finance | $84.50 | $84.50 | $70.03 | $14.47 | Actual | 9/6/18-9/6/18 | Federal Reserve | Philadelphia, PA | September | Submitted late pay by check |
| Ellcek, Waleeda | S | Economics | $180.00 | $180.00 | $64.35 | $115.65 | Estimate | Various Sept - Feb | CFA Research Challenge | NY, NY | Various | Total 3 trips, added 1 Sept, 1 Oct & 1 Feb to budget |
| Green, Brozma | F | Finance | $1,500.00 | $1,500.00 | $0.00 | $1,500.00 | Actual | 6/30/2019 | Multinational Finance Assoc Annual Conference | Jerusalem, Isreal | | Did not go, did not inform dean |
| Sorokina, Nonna | S | Economics | $37.70 | $37.70 | $82.56 | -$44.86 | Actual | 04/26/19 | Innovations in Graduate Business Education | Union, NJ | May | Plus PD $35 reg on Pcard |
| Ting, Lyno | S | Staff | $46.72 | $46.72 | $44.72 | $2.00 | Actual | 10/16/18-10/17/18 | Innovations in Graduate Business Education | New Brunswick, NJ | Oct | $750 reg paid on Pcard |
| Quintero, Pasquale | R | Staff | $164.32 | $164.32 | $75.32 | $89.00 | Actual | 10/26/18-10/27/18 | Meeting with alumni | NY, NY | Oct | |
| Green, Brozma | Alumni | Staff | $2,259.86 | $0.00 | $0.00 | $0.00 | Actual | 12/26/18-12/27/18 | Hawaii Accounting Research Conference | Honolulu, HI | NA | Denied funding as FY funding already used |
| Niaz, Hossein | F | Accounting | $52.50 | $52.50 | $114.73 | -$62.23 | Actual | 11/8/18-11/28/18 | | Philadelphia, PA | Oct | $185 reg paid on Pcard |
| Biegm, Nicole | R | Staff | $84.50 | $84.50 | $0.00 | $0.00 | Actual | 10/12/18-10/12/18 | PA Women's Conference | Easton, PA | Nov | |
| Naples, Michele | S | Economics | $72.50 | $72.50 | $81.32 | -$12.18 | Actual | 11/8/18-11/28/18 | Fed Challenge | Bloomberg Alumni meeting | Nov | Bought lunch for and drove students |
| Green, Brozma | Alumni | Staff | $69.14 | $69.14 | $69.14 | $0.00 | Actual | 10/25/18-10/25/18 | Bloomberg Alumni meeting | NY, NY | Oct | |
| Green, Brozma | Alumni | Staff | $54.71 | $54.71 | $69.14 | -$14.43 | Actual | 11/13/18-11/13/18 | Alumni meeting | NY, NY | Nov | |
| Green, Brozma | R | Staff | $475.00 | $475.00 | $680.10 | -$205.10 | Actual | 11/29/18-12/1/18 | Strasbourg ESC Site Visit | Germany | Dec | |
| Imyang, Eddie | N | Marketing | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 | Actual | 6/4/19-6/6/19 | Global Sales Science Center Conference | Panama City, Panama | June | Includes reg $155 paid with Pcard |
| Jurtado, Mary | R | Staff | $610.00 | $610.00 | $507.44 | $102.56 | Actual | 3/15/19-3/16/19 | NACADA | | March | |

**FY 2019 Faculty Travel Requests**

| Faculty | Type of Request | Program | Amount Requested | Amount Approved | Amount Expended | Diff Est/Actual | Actual/Estimate | Travel Dates | Conference | Location | Reflected on Budget sheet | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dietrich, Tammy | R | Staff | $56.14 | $56.14 | $56.14 | $0.00 | Actual | 1/22/19-1/22/19 | NJCPA Fall Meeting | NY, NY | Dec | |
| Leven, Brozena | R | Staff | $71.66 | $71.66 | $90.37 | -$18.71 | Actual | 12/9/18-12/9/18 | Alumni meeting | New York, NY | May | |
| Quintero, Pasquale | R | Staff | $74.84 | $74.84 | $74.84 | $0.00 | Actual | | MBA Tour | | Feb | |
| Sordana, Noma | R | Finance | $197.00 | $197.00 | $194.00 | $3.00 | Actual | 05/17/19-5/17/19 | FAM Applied | NY, NY | May | |
| Sordana, Noma | R | Finance | $60.00 | $60.00 | $63.73 | -$3.73 | Actual | | | NY, NY | May | "Holden moved until Fall 19, use for Yeshiva?" |
| Sumsin, Saksin | SD | Finance | $148.00 | $148.00 | $144.52 | $3.48 | Actual | 3/23/19-3/23/19 | American Marketing Association | NY, NY | March | |
| Leven, Brozena | R | Economics | $148.00 | $148.00 | $104.52 | $43.48 | Actual | 3/22/19-3/22/19 | Higher Ed Roundtable | Philadelphia, PA | March | |
| Leven, Brozena | Alumni | Finance | $38.20 | $38.20 | $38.20 | $0.00 | Actual | 2/15/19-2/15/19 | Alumni meeting | NY, NY | Feb | |
| Dietrich, Tammy | SD | Staff | $71.66 | $71.66 | $71.66 | $0.00 | Actual | 1/22/19-1/22/19 | Alumni meeting | NY, NY | Feb | |
| Leven, Brozena | Alumni | Staff | $40.00 | $40.00 | $0.00 | $40.00 | Actual | 2/21/19-2/21/19 | Emerging Tech Trends | Trenton, NJ | Feb | Kevin never submitted travel request or receipt, multiple attempts to reach him regarding this |
| Leven, Brozena | Alumni | Staff | | | | | | | | | | |
| Nakola, Kevin | R | IDB | | | | | | | | | | |
| Greenblatt, Matthew | N | Economics | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 | Actual | 6/29/19-7/2/19 | Western Economic Association Annual Meeting | San Francisco, CA | June | |
| Leven, Brozena | MBA | Staff | $420.00 | $420.00 | $572.80 | $6.59 | Actual | 5/9/19-9/4/19 | 44th World Conference... | Washington, DC | May | Additional $500 on Req on Pcard |
| Sun, Ting | N | Accounting | $750.00 | $750.00 | $750.00 | $0.00 | Actual | 3/21/19-3/22/19 | 4th World continues... | Seville, Spain | March | Will be reimbursed by ACC budget |
| Horner, Stephanie | N | Staff | $42.50 | $42.50 | $40.50 | $34.50 | Actual | 4/9/19-4/9/19 | Stout Alumni Event | NY, NY | April | |
| Horner, Stephanie | R | Staff | $42.50 | $42.50 | $8.00 | $2.00 | Actual | 4/22/19-4/22/19 | Finance Forum | NY, NY | April | |
| Dietrich, Tammy | S | Staff | $42.50 | $42.50 | $73.00 | -$30.50 | Actual | 4/22/19-4/22/19 | Stout Alumni Event | NY, NY | April | TD paid for train ticket |
| Leven, Brozena | Alumni | Staff | $42.50 | $42.50 | $30.50 | $30.50 | Actual | 4/22/19-4/22/19 | Finance Forum | NY, NY | April | |
| Leven, Brozena | Alumni | Staff | $54.10 | $54.10 | $19.02 | $35.08 | Actual | 4/9/19-4/9/19 | Stout Alumni Event | NY, NY | May | |
| Leven, Brozena | S | Staff | $184.00 | $184.00 | $116.59 | $67.41 | Actual | 4/22/19-4/22/19 | Finance Forum | NY, NY | May | |
| Leven, Brozena | S | Staff | $98.00 | $98.00 | $115.69 | -$17.69 | Actual | 4/9/19-4/9/19 | Stout Alumni Event | NY, NY | April | |
| Leven, Brozena | S | Staff | $67.40 | $67.40 | $80.04 | -$12.64 | Actual | 3/20/19-3/20/19 | Ram Dinn | NJ | March | |
| Leven, Brozena | S | Staff | $67.40 | $67.40 | $67.40 | $0.00 | Actual | 3/20/19-3/20/19 | Ram Dinn | NJ | March | |
| Bragin, Nicole | R | Finance | $60.00 | $60.00 | $49.88 | $49.88 | Actual | 3/18/19-3/18/19 | Finance Forum prep | NJ | March | |
| Dietrich, Tammy | Alumni | Staff | $49.88 | $49.88 | $0.00 | $2.90 | Actual | 3/20/19-3/20/19 | Ram Dinn | NJ | April | Drove with TD |
| Bragin, Nicole | MBA | Staff | $54.52 | $54.52 | $51.62 | -$28.08 | Actual | 3/20/19-3/20/19 | Ram Dinn | NJ | April | |
| Sordana, Noma | R | Finance | $75.70 | $75.70 | $101.78 | $5.03 | Actual | 4/5/19-4/5/19 | NJBHA | Jersey City, NJ | April | TD paid for train ticket |
| Leven, Brozena | S | Staff | $60.00 | $60.00 | $54.97 | $0.00 | Actual | 3/18/19-3/18/19 | Research Seminar at Yeshiva U | NY, NY | March | |
| Sordana, Noma | Alumni | Economics | $109.68 | $109.68 | $109.68 | $0.00 | Actual | 3/22/19-3/22/19 | Princeton Club | NY, NY | March | |
| Sordana, Noma | Alumni/S | Finance | $420.00 | $420.00 | $0.00 | $0.00 | Actual | 4/22/19-4/22/19 | Finance Forum | Collegeville, PA | May | |
| Sordana, Noma | S | Finance | $65.00 | $65.00 | $65.00 | $63.00 | Actual | 4/23/19-4/23/19 | Finance Forum | NY, NY | April | Cancelled |
| Biederson, Dorka | Alumni/S | Finance | $38.00 | $38.00 | $38.00 | $0.00 | Actual | 4/9/2019 | Ursinus IDB | NY, NY | May | |
| Sordana, Noma | S | Economics | $65.54 | $65.54 | $26.28 | -$1.74 | Actual | 4/26/19-4/26/19 | Finance Forum | Collegeville, PA | May | Plus PD $35 reg on Pcard |
| Chou, Seung-Hee | S | Finance | $42.70 | $42.70 | $45.12 | $10.42 | Actual | 4/23/19-4/23/19 | Finance Forum | NY, NY | May | |
| Samaha, Suharna | S | Finance | $61.00 | $61.00 | $40.50 | $20.50 | Actual | 4/22/19-4/22/19 | Finance Forum | NY, NY | May | |
| | S | Economics | $81.80 | $81.80 | $81.80 | $0.00 | Actual | 4/26/19-4/26/19 | Ursinus IDB | Collegeville, PA | May | |

**Legend for Abbreviations:**

- D: Development
- N: National Conference
- R: Regional Conference
- F: Faculty Development
- RC: Recruiting
- SD: Staff Development
- NET: Networking
- Alumni: Alumni Networking Activity
- C: Chair a session, participate in discussion, presenter
- A: AACSB
- S: Student Activity

| | | |
|---|---|---|
| Requested not approved | | |
| Approved, pending travel | | |
| Expense report completed | | |

| | | |
|---|---|---|
| Number of faculty traveling FY19 | 26 | |
| Average per faculty | $499.88 | |
| Average per trip | $577.39 | |
| Total all trips, all faculty | $47,345.99 | $39,508.63 |

| | |
|---|---|
| Amount Expended | $33,610.44 |
| Plus P-card | $3,565.00 |
| Total | $37,175.44 |

TCNJ 0000709

## Faculty Development

| Faculty | Type of Request | Program | Amount Requested | Amount Approved | Amount Expended | Estimate or Actual | Actual-Estimate | Travel Dates | Conference/Training | Location | Reflected on Budget sheet |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Chang, Bea | F | Accounting | $79.00 | $79.00 | $94.47 | -$15.47 | Actual | 8/2/18-8/3/18 | PWC Acct & Tax Symposium | Washington, DC | August |
| Lesher, Nancy | N | IDB | $2,357.59 | $1,590.00 | $1,590.00 | $0.00 | Actual | 8/9/18-8/14/18 | Academy of Legal Studies in Business | Portland, OR | August |
| Tripathi, Abhishek | N | IS | $1,675.00 | $1,500.00 | $1,500.00 | $0.00 | Actual | 8/15/18-8/18/18 | American Conf on Info Sys | New Orleans, LA | Sept |
| Irving, Eddie | S | Marketing | $125.00 | $125.00 | $299.78 | -$174.78 | Actual | 11/7/18-11/10/18 | ICSC Competition | Orlando, FL | Nov |
| Moresco, Susanna | F | IDB | $932.00 | $932.00 | $0.00 | $932.00 | Estimate | 5/3/19-5/5/19 | Academy of Legal Studies in Business | Cape May, NJ | May | Did not end up attending |
| Hume, Susan | F | Finance | $455.00 | $455.00 | $358.50 | $96.50 | Actual | 4/8/19-4/9/19 | International Conf o Bus & Eco Dev (ICBED) | New York, NY | May |
| Samanta, Subarna | F | Economics | $315.00 | $315.00 | $323.73 | -$8.73 | Actual | 1/3/19-1/6/19 | American Economic Association | Atlanta, GA | Jan |
| Samanta, Subarna | F | Economics | $120.00 | $120.00 | $104.00 | $16.00 | Actual | 9/28/18-9/29/18 | Modern Monetary Theory Conf | NY, NY | Oct |
| Sorokina, Nonna | C | Finance | $720.00 | $720.00 | $761.05 | -$41.05 | Actual | 10/12/18-10/12/18 | FMA Annual Meeting | San Diego, CA | Oct |
| Sorokina, Nonna | R | Finance | $47.00 | $47.00 | $60.33 | -$13.33 | Actual | 3/1/19-3/1/19 | Research Seminar at Fordham | NY, NY | March |
| Sorokina, Nonna | R | Finance | $70.00 | $70.00 | $63.75 | $6.25 | Actual | 2/22/19-2/22/19 | Rutgers Research Seminar | Philadelphia, PA | Feb |
| Sorokina, Nonna | F | Finance | $120.00 | $120.00 | $59.42 | $60.58 | Actual | 12/7/18-12/7/18 | Research Seminar at Temple | Philadelphia, PA | Dec |
| Irving, Eddie | S | Marketing | $50.00 | $50.00 | $38.90 | $11.10 | Actual | 10/18/18-10/20/18 | AT&T B2B Sales Competition | Dallas, TX | Nov |
| Sorokina, Nonna | C | Finance | $508.00 | $508.00 | $447.96 | $60.04 | Actual | 3/8/19-3/10/19 | Midwestern Finance Association | Chicago, IL | March | Changed from original trip (EFA), split w/1301 Mid West Fin Assoc |
| Sorokina, Nonna | R | Finance | $66.50 | $66.50 | $58.58 | $7.92 | Actual | 04/24/19 | Temple Research Seminar | Philadelphia, PA | May |
| Baker, Richard | F | Economics | $1,500.00 | $1,590.00 | $1,270.46 | $229.54 | Actual | 6/5/19-6/9/19 | Economic and Business History Society | Detroit, MI | June |
| Tucci, Lou | | Marketing | $95.00 | $95.00 | $95.00 | $0.00 | Actual | No date | Online course in PLS Modeling | | Feb |
| Lilevik, Waheeda | F | Management | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 | Actual | 6/26/18-6/28/18 | AIB 2018 Annual Meeting | Montreal, Canada | June |
| Kim, Jinsu | N | Management | $1,500.00 | $1,500.00 | $0.00 | $1,500.00 | Estimate | 6/24-19-6/27/19 | AIB 2019 Annual Meeting | Copenhagen, Denmark | June | Cancelled with us last minute; $895 charged on pcard for reg |
| Tang, Lynn | F | Economics | $2,020.00 | $2,020.00 | $1,069.40 | $950.60 | Actual | 3/17/19-3/19/19 | AACSB Assessment Conference | Charleston, SC | March |
| Chang, Bea | F | Accounting | $124.80 | $124.80 | $94.42 | $30.38 | Actual | 4/5/19-4/5/19 | NJ Big Data Alliance Symposium | Jersey City, NJ | April |
| Tripathi, Abhishek | F | IS | $171.00 | $171.00 | $0.00 | $171.00 | Actual | 4/5/19-4/5/19 | NJ Big Data Alliance Symposium | Jersey City, NJ | April | Get ill, did not attend |
| Ahluwal, Sunita | F | Accounting | $58.06 | $58.06 | $0.00 | $58.06 | Actual | 4/5/19-4/5/19 | NJ Big Data Alliance Symposium | Jersey City, NJ | April | Did not end up attending |
| Lilevik, Waheeda | S | Management | $77.04 | $77.04 | $77.04 | $0.00 | Actual | 4/8/19-4/8/19 | HRMA Award Dinner | Princeton, NJ | April |
| Bruelder, Lynn | F | Accounting | $173.00 | $173.00 | $97.72 | $75.28 | Actual | 4/5/19-4/5/19 | NJ Big Data Alliance Symposium | Jersey City, NJ | May |
| Borderon, Donka | F | Finance | $943.00 | $943.00 | $769.56 | $173.54 | Actual | 5/15/19-5/17/19 | NIH Conference | Baltimore, MD | May |
| Hamichou, Susan | F | Economics | $461.20 | $461.20 | $558.50 | $102.70 | Actual | 4/13/19-4/14/19 | Yale Sustainability Conference | | May |
| Leven, Bozena | F | Economics | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 | Actual | 5/7/19-5/11/19 | Warsaw Conference | Warsaw, Poland | May |
| Tang, Lynn | C | Economics | $1,500.00 | $1,500.00 | $0.00 | $0.00 | Actual | 6/21/19-6/28/19 | Academy of International Business Conf | Copenhagen, Denmark | June | Moved from 1301 |

TCNJ 000710

## Faculty Development

| Faculty | Type of Request | Program | Amount Requested | Amount Approved | Amount Expended | Estimate or Actual | Actual-Estimate | Travel Dates | Conference/Training | Location | Reflected on Budget sheet |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Becker-Olsen, Karen | C | Marketing | $1,500.00 | $1,089.00 | $1,089.00 | $0.00 | Actual | 6/6/19-6/8/19 | Marketing & Public Policy | Washington, DC | Split with 1313, $1089 to 1313 & $411 to 1301 |
| | | | | | | | | | | June | |
| Total all trips, all faculty | | | $20,663.19 | $19,319.60 | $15,091.07 | $4,228.53 | | | | | |
| Average per trip | | | $688.77 | | | | | | | | |
| Average per faculty | | | $593.84 | | | | | | | | |
| | | Budget Total Remaining | $16,591.55 | $16,591.55 | | | | | | | |
| | | | -$2,728.05 | $1,500.48 | | | | | | | |

Requested, not approved
Approved, pending travel
Expense report completed

| Number of faculty travelling FY19 | 14 |
|---|---|

## FY 2020 Faculty Travel Requests

| Faculty | Type of Request | Program | Amount Requested | Amount Approved | Amount Expended | Diff Est/Actual | Actual/Estimate | Travel Dates | Conference | Location | Reflected on Budget sheet | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jiang, Bea | F | Accounting | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 | Actual | 8/10/19-8/13/19 | American Accounting Assoc Annual Meeting PwC | San Francisco, CA | August | Cancelled, will not be attending |
| Liu, Ting | F | Accounting | $700.00 | $700.00 | $0.00 | $700.00 | Actual | Nov-19 | World Continuous Auditing & Reporting symposium | New Brunswick, NJ | | Cancelled |
| Liu, Henry | F | Accounting | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 | Actual | 8/9/19-8/13/19 | Annual Meeting Academy of Management | Boston, MA | | Did not attend due to family issues |
| Wallace, Tirah | RC | IST | $1,288.40 | $1,288.40 | $1,267.93 | $20.47 | Actual | 8/13/19-8/18/19 | AMCIS 2019 | Cancun, Mexico | September | Balance to be paid by AA for cancellation |
| | C | Economics | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 | Actual | 7/4/19-7/9/19 | Business & Economics Society Intl | Verona, Austria | August | |
| | C | Management | $1,465.00 | $1,465.00 | $1,226.09 | $238.91 | Actual | 8/10/19-8/13/19 | AOM Conference | Boston, MA | September | |
| | F | Management | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 | Actual | 8/10/19-8/13/19 | AOM Conference | Boston, MA | August | |
| Gindelsky, Brenda | F | Management | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 | Actual | 8/6/19-8/14/19 | AOM Conference | Boston, MA | August | |
| Gutber, Nancy | RC | IDB | $670.00 | $670.00 | $655.58 | $14.42 | Actual | 8/11/19-8/12/19 | Academy of Management | Boston, MA | August | |
| NicCaty, John | RC | Management | $1,500.00 | $1,500.00 | $0.00 | $1,500.00 | Actual | 8/9/19-8/14/19 | Academy of Legal Studies in Business | Boston, MA | August | |
| Steves, Joao | N | Management | $3,097.52 | $3,097.52 | $2,715.60 | $381.92 | Actual | 10/6/19-10/11/19 | Academy Conference | Lisbon, Portugal | October | |
| Owen, Bozena | C | Staff | $1,133.00 | $1,133.00 | $539.75 | $593.25 | Actual | 8/8/19-8/12/19 | Academy of Management | Philadelphia, PA | October | |
| Noam, Hosein | C | Accounting | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 | Actual | 8/2/19-8/15/19 | American Accounting Assoc Annual Meeting | San Francisco, CA | September | |
| | C | Finance | $897.00 | $897.00 | $911.88 | -$14.88 | Actual | 10/23/19-10/26/19 | FMA | New Orleans, LA | October | |
| You, Seung Hee | D | Marketing | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 | Actual | 10/17/19-10/20/19 | ACR Conference | Atlanta, GA | October | |
| NicCaty, John | RC | Staff | $1,316.00 | $1,316.00 | $1,336.00 | -$20.00 | Actual | 1/2/20-1/5/20 | Int. Assoc. Business, Prof & Admin Disciplines | Orlando, Florida | January | Cancelled flight due to death in family |
| Ricci, Lou | N | Staff | $1,500.00 | $1,500.00 | $0.00 | $1,500.00 | Actual | 10/9/19-10/13/19 | Academy of Legal Studies in Business | Philadelphia, PA | September | Not attending |
| Sophos, Michele | S | Staff | $100.00 | $100.00 | $162.73 | -$62.73 | Actual | 10/3/19-10/6/19 | PA Women Conf | NY, NY | November | |
| Tornez, Stephanie | S | Economics | $200.00 | $200.00 | $290.19 | -$69.19 | Actual | 11/7/2019 | Fed Challenge | Princeton, NJ | November | |
| Tornez, Stephanie | D | Staff | $13.34 | $13.34 | $13.34 | $0.00 | Actual | 10/25/19 | NJ Womens Conf | Princeton, NJ | October | |
| | D | Staff | $66.52 | $66.52 | $78.50 | -$11.98 | Actual | 10/02/19 | PA Womens Conf | Philadelphia, PA | October | |
| | S | Staff | $14.50 | $14.50 | $29.00 | -$14.50 | Actual | 9/25/2019 | Chamber of Commerce Lunch | New Orleans, LA | November | Also paid $50 on Pcard for reg |
| | S | Marketing | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 | Actual | 9/6/19-8/11/19 | Academy of Legal Studies in Business | Montreal, Canada | September | |
| Dietrich, Tammy | NET | Staff | $61.60 | $61.60 | $12.18 | $49.42 | Actual | 11/6/19-11/9/19 | ICSC Competition | Orlando, Flora | January | |
| Gin, Tae-Nyun | S | Finance | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 | Actual | 10/23/19-10/26/19 | FMA Annual Meeting | New Orleans, LA | November | |
| Gin, Tae-Nyun | D | Finance | $1,647 | $1,647 | $8.00 | $16.47 | Actual | 09/05/19 | FMA Annual Meeting | Princeton, NJ | November | |
| Oingen, Nicole | S | Staff | $1,500.00 | $1,500.00 | $539.75 | $535.25 | Actual | 10/2/2019 | ALP Annual Conference | Princeton, NJ | October | Did not attend, funeral |
| Oingen, Nicole | D | Staff | $16.59 | $16.59 | $16.24 | $0.35 | Actual | 9/25/2019 | PA Womens Conf | Princeton, NJ | October | |
| Oingen, Nicole | Alumni | Finance | $1,718.10 | $1,718.10 | $1,500.00 | $0.00 | Actual | 10/23/19-10/26/19 | Salt Creek Grill | New Orleans, LA | November | Only included 1500 in budget |
| Dietrich, Tammy | S | Staff | $2,676.55 | $2,676.55 | $2,591.04 | $85.51 | Actual | 12/9/19-12/14/19 | FIE Internships | London, UK | January | Intended to come from 1313 - moved |
| Swoldan, Norma | S | Marketing | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 | Actual | Apr-20 | PSE Nationals | Norfolk, VA | | All travel cancelled |
| Ceven, Bozena | C | EBHO | $1,500.00 | $1,500.00 | $0.00 | $1,500.00 | Actual | Apr-20 | AUD Annual Conference | Sterling, UK | | All travel cancelled |
| Owong, Eddie | C | Finance | $1,500.00 | $1,500.00 | $0.00 | $1,500.00 | Actual | Mar-20 | Midwest Finance Assoc Meeting | Chicago, IL | | All travel cancelled |
| | C | Accounting | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 | Actual | 12/10/19-12/15/19 | RAST Conference | Singapore | January | Did not include on budget, over budget |
| Liu, Ting | N | Marketing | $1,500.00 | $1,500.00 | $0.00 | $1,500.00 | Actual | 6/3/20-6/6/20 | Global Sales Science Institute Conference | Montpelier, France | | All travel cancelled |
| Burns, Susan | S | Finance | $620.00 | $620.00 | $0.00 | $620.00 | Actual | 3/28/20-3/30/20 | GAME Student Investment Forum | NY, NY | | Cancelled |
| Ping, Lynn | AAC SB | Economics | $1,427.80 | $1,427.80 | $0.00 | $1,427.80 | Actual | 3/19/20-3/22/20 | AAC SB Assessment and Impact | Houston, TX | | PD $1095 reg on Pcard, cancelled due to corona virus, $1095 credit with AASCB to be used by 6/21 |
| Dietrich, Tammy | R | Staff | $99.76 | $99.76 | $99.76 | $0.00 | Actual | 10/21/19-10/22/19 | MAACBA Annual Meeting | New Brunswick, NJ | November | PD $450 for reg with Pcard |
| Ceven, Bozena | R | Staff | $591.91 | $591.91 | $591.91 | $0.00 | Actual | 10/21/19-10/22/19 | MAACBA Annual Meeting | New Brunswick, NJ | October | |
| Wilson, Sarita | R | Accounting | $616.80 | $616.80 | $537.20 | $79.40 | Actual | 11/7/19-11/9/19 | NAFE Conference | State College, PA | November | |
| O'Grady, Trevor | R | Economics | $933.00 | $933.00 | $1,107.30 | -$174.30 | Actual | 11/14/19-11/16/19 | RIDGE Conference | Houston, TX | March | |
| Tornez, Stephanie | D | Staff | $2,500.00 | $2,500.00 | $615.61 | $1,884.39 | Actual | 3/12/20-3/15/20 | NAPHAE | San Diego, CA | | Paid $550 reg on Pcard, getting refund, Trip cancelled. Flight (credit only). |
| Muller, Gerald | R | Accounting | $248.00 | $248.00 | $0.00 | $248.00 | Actual | 12/5/19-12/5/19 | Rutgers Govt Acct Conf | New Brunswick, NJ | January | Cancelled |
| Tornez, Stephanie | Alumni | Staff | $42.50 | $42.50 | $0.00 | $42.50 | Actual | 4/21/20 | Sbaa Alumni event | New York, NY | | Cancelled |

# FY 2020 Faculty Travel Requests

| Faculty | Type of Request | Program | Amount Requested | Amount Approved | Amount Expended | Diff Est/Actual | Actual/Estimate | Travel Dates | Conference | Location | Reflected on Budget sheet |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dietrich, Tammy | Alumni | Staff | $42.50 | $42.50 | $0.00 | $42.50 | Actual | 4/21/20 | Stout Alumni event | New York, NY | Cancelled |
| Joseph, Nicole | Alumni | Staff | $42.50 | $42.50 | $0.00 | $42.50 | Actual | 4/21/20 | Stout Alumni event | New York, NY | Cancelled |
| Leven, Bozena | Alumni | Staff | $91.75 | $91.75 | $0.00 | $91.75 | Actual | 4/21/20 | Stout Alumni event | New York, NY | Cancelled |
| Dietrich, Stephanie | S | Staff | $42.50 | $42.50 | $0.00 | $42.50 | Actual | 4/27/20 | Finance Forum | New York, NY | Cancelled |
| Dietrich, Tammy | S | Staff | $42.50 | $42.50 | $0.00 | $42.50 | Actual | 4/27/20 | Finance Forum | New York, NY | Cancelled |
| Leven, Bozena | S | Staff | $104.63 | $104.63 | $0.00 | $104.63 | Actual | 4/27/20 | Finance Forum | New York, NY | Cancelled |
| Grady, Trevor | S | Economics | $32.14 | $32.14 | $0.00 | $32.14 | Actual | 4/17/20 | Ursinus ODE Conference | Ursinus, PA | All travel cancelled |
| Greenbush, Matt | S | Economics | $97.00 | $97.00 | $0.00 | $97.00 | Actual | 4/17/20 | Ursinus ODE Conference | Ursinus, PA | All travel cancelled |
| Marc, Richard | S | Economics | $121.78 | $121.78 | $0.00 | $121.78 | Actual | 4/17/20 | Ursinus ODE Conference | Ursinus, PA | All travel cancelled |
| Leven, Bozena | Alumni | Staff | $46.00 | $46.00 | $0.00 | $46.00 | Actual | 3/5/20 | NJ Alumni Association | West Orange, NJ | All travel cancelled |
| deFurtado, Mary | R | Staff | $810.35 | $810.35 | $0.00 | $810.35 | Actual | 4/26/20-4/29/20 | NACADA | Norfolk, VA | Also paid $195 on pearl for reg. All travel cancelled, reg to be refunded |
| Ling, Lynn | C | Economics | $1,500.00 | $1,500.00 | $0.00 | $1,500.00 | Actual | 6/10/19-6/20/19 | European Conf on Research Methodology | Aveiro, Portugal | All travel cancelled |
| | | | | | | | | | | | |
| | Requested not approved | | | | | | | | | | |
| | Approval, pending travel | | | | | | | | | | |
| | Expense report completed | | | | | | | | | | |
| | Total all trips, all faculty | $47,350.01 | $47,111.91 | $29,374.83 | $17,737.08 | | | | | | |
| | Average per trip | $880.91 | | | | | | | | | |
| | Average per faculty | $534.69 | | | | | | | | | |
| Number of faculty traveling FY20 | | 27 | | | | | | | | | |

Legend for Abbreviations:
D - Development
N - National Conference
R - Regional Conference
F - Faculty Development
RC - Recruiting
SD - Staff Development
NET - Networking
Alumni - Alumni Networking Activity
C - Chair a session, participate in discussion, presenter
A - AACSB

| Total Expended | $29,374.83 |
|---|---|
| PD with card | $17,737.08 |
| Card refunds pend | $2,340.00 |
| | -$1,640.00 |
| Grand total | $30,054.83 |

Faculty Development

| Faculty | Type of Request | Program | Amount Requested | Amount Approved | Amount Expended | Estimate or Actual | Actual-Estimate | Travel Dates | Conference/Training | Location | Reflected on Budget sheet |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lin, Ting | | Accounting | $1,500.00 | $1,500.00 | $0.00 | $1,500.00 | Actual | 8/9/19-8/14/19 | American Accounting Assoc Annual Meeting | San Francisco, CA | Did not attend |
| Fuoci, Lou | | Economics | $932.32 | $932.32 | $0.00 | $932.32 | Actual | 7/21/19-7/26/19 | SAS | Cary, NC | Applying for CDC funding |
| Samanta, Subrata | | Economics | $900.00 | $900.00 | $858.80 | $41.20 | Actual | 7/21/19-7/26/19 | SAS | Cary, NC | |
| Doo, Seung Hee | | Finance | $1,369.47 | $1,369.47 | $1,369.47 | $0.00 | Actual | 8/14/2019 | CFA Level I Exam (CFA Chartholder) | Online | August |
| Hlavaj, Stania | | Accounting | $930.40 | $930.40 | $979.72 | -$49.32 | Actual | 8/21/19-8/23/19 | PwC Analytics | Washington, DC | September |
| Domingo, Maria | | Accounting | $802.00 | $802.00 | $598.17 | $203.83 | Actual | 8/21/19-8/23/19 | PwC Analytics | Washington, DC | Sept |
| Fuoci, Lou | | Marketing | $336.20 | $336.20 | $317.80 | $18.40 | Actual | NA | Bayes Server Software for research | Atlanta, FA | April |
| Serokina, Nonna | | Finance | $120.00 | $120.00 | $0.00 | $120.00 | Actual | 10/02/19 | Temple U Seminar Presentation | Philadelphia, PA | Trip Cancelled |
| Serokina, Nonna | | Finance | $50.00 | $50.00 | $35.00 | $15.00 | Actual | 11/15/19 | NYU Fed Conference | New York, NY | November |
| Serokina, Nonna | | Finance | $120.00 | $120.00 | $68.01 | $51.99 | Actual | 11/15/19 | Drexel Conf - Phila Fed | Philadelphia, PA | |
| Serokina, Nonna | | Finance | $150.00 | $150.00 | $0.00 | $150.00 | Actual | 12/6/2019 | Temple U Seminar Presentation | Philadelphia, PA | January |
| Serokina, Nonna | | Finance | $120.00 | $120.00 | $0.00 | $120.00 | Actual | TBD | Seminar at Rutgers | New Brunswick, NJ | ? |
| Serokina, Nonna | | Finance | $70.00 | $70.00 | $70.00 | $70.00 | Actual | TBD | Seminar at Hofstra U | New York, NY | ? |
| Serokina, Nonna | | Finance | $300.00 | $300.00 | $0.00 | $300.00 | Actual | TBD | Seminar at Yeshiva U | New York, NY | ? |
| Serokina, Nonna | R | Finance | $700.00 | $700.00 | $0.00 | $700.00 | Actual | Mar-20 | Presentation at Phila Fed | Philadelphia, PA | Trip Cancelled |
| Serokina, Nonna | R | Finance | $300.00 | $300.00 | $0.00 | $300.00 | Actual | May-20 | FMA Applied Conf | New York, NY | All travel cancelled |
| Medina, Nancy | | IDB | $987.28 | $987.28 | $0.00 | $987.28 | Actual | May-20 | EFA Annual Meeting | Boston, MA | All travel cancelled |
| Samanta, Subrata | | Economics | $837.00 | $837.00 | $837.00 | $837.00 | Actual | 5/1/20-5/3/20 | Northeast Academy of Legal Studies in Bus | Lakeville, CT | Trip Cancelled |
| Chang, Bea | | Economics | $515.00 | $515.00 | $574.44 | -$59.44 | Actual | 1/2/20-1/6/20 | AEA Conference | San Diego, CA | January |
| Jimo, Susan | | Finance | $541.76 | $541.76 | $574.98 | -$33.22 | Actual | 11/7/19-11/8/19 | Nabet Conference | Pennsylvania | November |
| | | Management | $1,500.00 | $1,500.00 | $0.00 | $1,500.00 | Actual | 28-Jun-20 | Multinational Finance Assoc Meeting | London, UK | All travel cancelled |
| Hivil, Waheeda | | Management | $1,500.00 | $1,500.00 | $0.00 | $1,500.00 | Actual | 5/21/20-5/22/20 | International Conf on Population & Development | State College, PA | All travel cancelled |
| Tirathi, Abhishek | | IS | $814.16 | $814.16 | $625.64 | $188.52 | Actual | 11/7/19-11/8/19 | Nabet Conference | Pennsylvania | January |
| Yin, Ting | D | Management | $919.45 | $919.45 | $979.72 | -$60.27 | Actual | 1/23/20-1/24/20 | PwC Conference | Atlanta, FA | February |
| Petersch, Tammy | | Staff | | | | | Actual | | MAACBA Conference | | |
| Goody, Trevor | | Economics | $1,500.00 | $1,500.00 | $0.00 | $1,500.00 | Actual | 6/25/20-7/2/20 | Western Economics Association | Denver, CO | Not doing, all travel cancelled |
| Lilevik, Waheeda | | Management | $148.60 | $148.60 | $148.60 | $0.00 | Actual | 2/27/20-2/28/20 | MOBTC Program | Philadelphia, PA | All travel cancelled |
| Sulbolilu, Abet | | Management | $164.70 | $164.70 | $164.70 | $164.70 | Actual | 2/27/20-2/28/20 | MOBTC Program | Philadelphia, PA | Conference cancelled |
| Doo, Seung Hee | F | Finance | $1,568.47 | $1,500.00 | $0.00 | $1,500.00 | Actual | NA | CFA Level II Exam (CFA Chartholder) | NA | October |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total all trips, all faculty | | | $19,565.81 | $19,498.34 | $6,891.75 | $12,606.59 | | | | | |
| Average per trip | | | $67.48 | | | | | | | | |
| Average per faculty | | | $246.13 | | | | | | | | |
| Budget Total | | | | $22,390.11 | $22,390.11 | $15,498.36 | $22,390.11 | | | | |
| Remaining | | | | $2,891.77 | $6,891.75 | | | | | | |

Legend:
- Requested, not approved
- Approved, pending travel
- Expense report completed

Number of faculty traveling FY20: 14

Cancelled Conexus

| Faculty | Type of Request | Program | Amount Requested | Amount Approved | Amount Expended | Estimate or Actual | Actual/Estimate | Travel Dates | Conference/Training | Location | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sotelicu, Norma | R | Finance | $300.00 | $300.00 | $0.00 | $300.00 | Actual | May-20 | FMA Applied Conf | New York, NY | All travel cancelled |
| Sotelicu, Norma | R | Finance | $987.28 | $987.28 | $0.00 | $987.28 | Actual | May-20 | EFA Annual Meeting | Boston, MA | All travel cancelled |
| Luther, Nancy | F | IDI | $87.00 | $87.00 | $0.00 | $87.00 | Actual | 5/1/20-5/15/20 | Northeast Academy of Legal Stud | Labor/HR, CT | Trip Cancelled |
| Hume, Susan | F | Finance | $1,500.00 | $1,500.00 | $0.00 | $1,500.00 | Actual | 28-Jun-20 | Multinational Finance Assoc Meeting | | All travel cancelled |
| Lillevik, Waheeda | F | Management | $1,500.00 | $1,500.00 | $0.00 | $1,500.00 | Actual | 5/21/20-5/22/20 | International Conf on Population- London, UK | | All travel cancelled |
| O'Grady, Trevor | F | Economics | $1,500.00 | $1,500.00 | $0.00 | $1,500.00 | Actual | 6/25/20-7/2/20 | Western Economics Association | Denver, CO | All travel cancelled |
| Lillevik, Waheeda | F | Management | $148.60 | $148.60 | $0.00 | $148.60 | Actual | 2/27/20-2/28/20 | MOBTC Program | Philadelphia, PA | Conference cancelled |
| Carbonllo, Abel | F | Management | $164.70 | $164.70 | $0.00 | $164.70 | Actual | 2/27/20-2/28/20 | MOBTC Program | Philadelphia, PA | Conference cancelled |
| | | | $6,937.58 | $6,937.58 | | | | | | | |

TCNJ 000715