IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NONNA SOROKINA<br><br>Plaintiff,<br><br>v.<br><br>THE COLLEGE OF NEW JERSEY<br><br>Defendant(s) | CIVIL ACTION<br><br>3:19-CV-20674-GC-DEA |

**ORDER**

IT IS on this 10th day of August, 2022

    ORDERED THAT:

1. Parties shall conclude Oral Depositions of Expert Witnesses no later than October 21, 2022.

2. Parties wishing to file dispositive motions, shall file their respective dispositive motions by December 9th, 2022 with the Responses due in 14 days and Replies to Responses due in Seven (7) days thereafter.

 

_____
DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE