

## State of New Jersey

| | | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO BOX 112<br>TRENTON, NJ 08625 | MATTHEW J. PLATKIN<br>*Attorney General* |
| SHEILA Y. OLIVER<br>*Lt. Governor* | | MICHAEL T.G. LONG<br>*Director* |

November 17, 2022

**VIA E-MAIL**

Hon. Douglas E. Arpert, U.S.M.J.
U.S. District Court - District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

  **Re:** <u>Sorokina v. The College of New Jersey</u>
     Docket No. 19-cv-20674

Dear Judge Arpert:

  This office represents defendant, The College of New Jersey, in the above-docketed matter and dispositive motions are scheduled to be filed by December 9, 2022.

  <u>With the consent of my adversary, I am requesting that the filing deadline be changed to January 27, 2023</u>. During our November 7, 2022 status conference before Your Honor I advised that I might need additional time due to a recent medical issue, and it turns out I will need the additional time.

  Thank you.



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) • FAX: (609)
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

Respectfully submitted,

MATTHEW J. PLATKIN
Acting Attorney General of New Jersey

By: */s/ John P. Cascio*
    John P. Cascio
    Deputy Attorney General

cc:    S. Joseph Litvak, Esq. (via email)

**\*\*In order to accommodate counsel's request for additional time, the Clerk is directed to administratively terminate this action from the Court's active docket, subject to reinstatement upon the filing of defendant's dispositive motion.**

**SO ORDERED** on this 21st day of November 2022,

_____
**DOUGLAS E. ARPERT**
**UNITED STATES MAGISTRATE JUDGE**