MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112
25 Market Street
Trenton, New Jersey 08625-0112
*Attorney for Defendant,*
*The College of New Jersey*

By: John P. Cascio (Attorney ID # 009881985)
    Deputy Attorney General
    (609) 376-2256
    john.cascio@law.njoag.gov

    Thomas W. Carter (Attorney ID # 212422017)
    Deputy Attorney General
    (609) 376-3312
    thomas.carter@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON

| | |
|---|---|
| NONNA Y. SOROKINA, | HON. FREDA F. WOLFSON, U.S.D.J. |
| | HON. DOUGLAS E. ARPERT, U.S.M.J. |
| Plaintiff, | |
| | CIVIL ACTION NO. 3:19-cv-20674 |
| v. | |
| THE COLLEGE OF NEW JERSEY, | |
| Defendant. | |

TO: Clerk of the Court

   Sergey Joseph Litvak, Esq.
   Litvak Legal Group, P.L.L.C.
   3070 Bristol Pike, Ste. 1-204
   Bensalem, Pennsylvania  19020

   **PLEASE TAKE NOTICE** that on Friday, **February 21, 2023**, or on such other date as may please the Court, Matthew J. Platkin,

Attorney General of New Jersey, by Deputy Attorneys General John P. Cascio and Thomas W. Carter, appearing on behalf of the Defendant, The College of New Jersey (hereinafter "TCNJ"), will apply to the United States District Court for the District of New Jersey, at the Courthouse located in Trenton, New Jersey, for an Order both (1) granting TCNJ's Motion for Summary Judgment, with prejudice, in its entirety; and (2) dismissing each and every one of Plaintiff's claims, with prejudice, in its entirety, all pursuant to Fed. R. Civ. P. 56.

**PLEASE TAKE FURTHER NOTICE** that it is requested that the Court consider this motion on the papers submitted unless opposition is entered, in which case oral argument is requested.

In support of its motion, TCNJ will rely upon the attached Brief, Statement of Material Facts, and attached exhibits.

A proposed form of Order is attached.

**Discovery End Date:** June 1, 2022

**Arbitration Date:**   N/A

**Trial Date:**   N/A

        MATTHEW J. PLATKIN
        ATTORNEY GENERAL OF NEW JERSEY

By:   /s/ John P. Cascio
      John P. Cascio, Deputy Attorney General
      Attorney ID No. 009881985
      *Attorneys for Defendant,*
      *The College of New Jersey*

```
                         By:  /s/ Thomas W. Carter
                              Thomas W. Carter, Deputy Attorney General
                              Attorney ID No. 212422017
                              Attorneys for Defendant,
                              The College of New Jersey
```

DATED:     January 17, 2023