

Litvak Legal Group, PLLC., Attorneys at Law

The Honorable Robert Kirsch
United States District Court
District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, NJ 08608

6/17/2025

Re:  **Nonna Y. Sorokina v. The College of New Jersey**
     **Civil Action: 3:19-cv-20674-RK-JBD**

Dear Judge Kirsch:

We represent Plaintiff, Dr. Sorokina in the above referenced matter. The parties are submitting their updated Proposed Order with minor corrections to the header and the text. agreed to the attached proposed order. We respectfully ask the Court to approve the order.

                                              RESPECTFULLY SUBMITTED,

                                              **LITVAK LEGAL GROUP, PLLC.**

                                              By: /s/ S.J. Litvak
                                              _____
                                              SERGEY JOSEPH LITVAK, ESQUIRE
                                              LITVAK LEGAL GROUP, PLLC.
                                              Attorney for Plaintiff