IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NONNA Y. SOROKINA <br><br> Plaintiff, <br><br> v. <br><br><br> THE COLLEGE OF NEW JERSEY <br><br><br> Defendant(s) | CIVIL ACTION <br><br> 3:19-cv-20674-RK-JBD |

**ORDER**

AND NOW, this <u>17th</u> day of <u>June</u>, 2025, it is **ORDERED** that the Mandate of the U.S. Court of Appeals for the Third Circuit entered on May 5, 2025 is hereby implemented and this Court's Order (ECF No. 130) is hereby **VACATED** only as to Plaintiff's Claims of gender discrimination and retaliation claims concerning the non-renewal of her employment contract. It is **FURTHER ORDERED** that this case shall be transferred to the calendar of Honorable Judge Robert Kirsch and Magistrate Judge J. Brendan Day for all further proceedings. It is **FURTHER ORDERED** that Costs shall not be taxed.

_____
Honorable Judge Robert Kirsch